

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
XUEDAN WANG, on behalf of herself and all
others similarly situated

        Plaintiff                                   Civ. No. 12 CIV 0793

        v.

THE HEARST CORPORATION                    AFFIDAVIT OF SERVICE

        Defendant
------------------------------------------------------X
STATE OF NEW YORK  )
                        S.S.:
COUNTY OF NEW YORK)

        FREDERICK PRINGLE, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, D.L.S., INC., and is not a party to this action.

        That on the 2nd day of February, 2012, at approximately 12:30 pm, deponent served a true copy of the **COVER LETTER, SUMMONS IN A CIVIL ACTION, CLASS ACTION COMPLAINT, CIVIL COVER SHEET, ELECTRONIC CASE FILING RULES & INSTRUCTIONS, and INDIVIDUAL PRACTICES OF JUDGE HAROLD BAER, JR.** upon THE HEARST CORPORATION c/o CT Corporation System at 111 Eighth Avenue, New York, NY, by personally delivering and leaving the same with AIXA FLORES, who informed deponent that she is a Process Specialist authorized by appointment to receive service at that address.

        Aixa Flores is a Latina female, approximately 50 years of age, stands approximately 5 feet 6 inches tall, weighs approximately 150 pounds with black hair and brown eyes wearing glasses.

*Frederick Pringle*

FREDERICK PRINGLE, # 1350201

Sworn to before me this
7th day of February, 2012

JONATHAN T. RIPPS
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01RI6109718
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES MAY 17, 2012

NOTARY PUBLIC

D.L.S., Inc.
401 Broadway
Ste. 510
New York, NY 10013
212-925-1220
www.dlsnational.com