**OUTTEN & GOLDEN LLP**
Adam T. Klein
Rachel Bien
Elizabeth H. Wagoner
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone:  212-245-1000

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| XUEDAN WANG, on behalf of herself and all others similarly situated, |  |
| Plaintiff, | 12 Civ. 0793 (HB) |
| v. |  |
| THE HEARST CORPORATION, |  |
| Defendant. |  |

### NOTICE OF FILING OF CONSENT TO BECOME PARTY PLAINTIFF

PLEASE BE ON NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiff hereby files Consent to Join form(s) for the following person(s), a true and correct copy of which is attached hereto as Exhibit A:

1.  Elizabeth Mancini
2.  Matthew Jordan Wagster

Dated: February 8, 2012
        New York, New York

                            Respectfully submitted,


                    By:     /s/ Rachel M. Bien
                            Rachel M. Bien

                            OUTTEN & GOLDEN LLP
                            Adam T. Klein
                            Rachel M. Bien
                            Elizabeth H. Wagoner
                            3 Park Avenue, 29th Floor
                            New York, New York 10016
                            Telephone:  (212) 245-1000

                            **Attorneys for Plaintiff and the Putative Class**