## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| XUEDAN WANG, on behalf of herself and all others similarly situated, | |
| Plaintiff, | **ECF** |
| v. | 12-cv-00793 (HB)(AJP) |
| THE HEARST CORPORATION, | **NOTICE OF APPEARANCE** |
| Defendant. | |

To the Clerk of this Court and all parties of record:

Please enter the appearance of Jonathan R. Donnellan, Esq. of Hearst Corporation

as counsel of record in this case for Defendant Hearst Corporation.

I certify that I am admitted to practice in this Court.

Dated: New York, New York
      April 4, 2012

Respectfully submitted,

Jonathan R. Donnellan
Hearst Corporation
300 W. 57th Street, 40th Floor
New York, New York 10019
Tel: (212) 841-7000
Fax: (212) 554-7000
Email: jdonnellan@hearst.com

*Attorney for Defendant Hearst Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that I have caused a true and correct copy of the foregoing to be served on all counsel of record, this 4th day of April, 2012, by operation of the Court's CM/ECF electronic filing system.

_____
Jonathan R. Donnellan