USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/12/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
XUEDAN WANG, on behalf of herself and all :
others similarly situated, :
 :
                Plaintiff, :
 : 12 CV 793 (HB)
  - against - :
 : **ORDER**
THE HEARST CORPORATION :
 :
                Defendants. :
-----------------------------------------------------------x

**Hon. HAROLD BAER, JR., District Judge:**

    WHEREAS Defendant Hearst Corporation's motion to strike the class and collective allegations is currently pending before this Court; and

    WHEREAS Plaintiff Xuedan Wang indicates that she requires discovery to respond to the motion and requests a stay of the briefing schedule; and

    WHEREAS Defendant agrees to produce certain items, but objects to other requests for discovery and to Plaintiff's request for a stay; it is hereby

    ORDERED that Defendant shall produce the items to which it acquiesces in its April 9, 2012 letter including:

        (1) Document discovery regarding the terms and conditions of Defendant's internship programs, including documents referenced in Defendant's motion, and

        (2) Declarants from the Human Resources Department for deposition; and it is further

    ORDERED that this discovery will take place over the next 30 days from the date hereof; and it is further

    ORDERED that in the event that Plaintiff believes she requires further discovery to respond to this motion, Plaintiff shall contact Chambers to schedule a telephone conference; and it is further

ORDERED that Plaintiff's opposition to this motion shall be due on or before May 28, 2012; and it is further

ORDERED that Defendant's reply to this motion shall be due on or before June 4, 2012.

**SO ORDERED.**

New York, New York
April __, 2012

_____
HAROLD BAER, JR.
**United States District Judge**