IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| XUEDAN WANG, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE HEARST CORPORATION,<br><br>Defendant. | 12 Civ. 0793 (HB)<br><br>CONSENT TO JOIN |

1.   I consent to be a party plaintiff in a lawsuit against The Hearst Corporation and/or related entities and individuals in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2.   By signing and returning this consent form, I designate Outten & Golden LLP ("O&G") to represent me and make decisions on my behalf concerning the litigation and any settlement. I understand that reasonable costs expended on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that O&G will petition the Court for attorneys' fees from any settlement or judgment in the amount of the greater of: (1) the "lodestar" amount, calculated by multiplying reasonable hourly rates by the number of hours expended on the lawsuit, or (2) 1/3 of the gross settlement or judgment amount. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable.

3.   I also consent to join any separate or subsequent action to assert my claim against Hearst Corporation and/or related entities or persons potentially liable.

*Stephanie Shaw* (signature)
Signature

Stephanie Lauren Shaka
Full Legal Name (print)

REDACTED    NY NY 10023
Address

NY NY                10023
City, State          Zip Code