# OUTTEN & GOLDEN LLP

*Advocates for Workplace Fairness*

Wayne N. Outten
Anne Golden
Adam T. Klein
Laurence S. Moy
Kathleen Peratis
Justin M. Swartz
Jack A. Raisner
Wendi S. Lazar
Carmelyn P. Malalis
Tammy Marzigliano
René S. Roupinian

Allegra L. Fishel
Lewis M. Steel
Paul W. Mollica

Nantiya Ruan

Reena Arora
Delyanne D. Barros
Rachel M. Bien
Katherine Blostein
Molly Brooks
Cyrus Dugger
Cara E. Greene
Jennifer Liu
Ossai Miazad
Carmel Mushin
Melissa Pierre-Louis
Sandra Pullman
Michael Scimone
Dana Sussman
Amber Trzinski
Juno Turner
Elizabeth Wagoner

June 4, 2012

**Via Facsimile: (212) 805-7901**
The Honorable Harold Baer, Jr.
U.S. District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/5/12

Re:   *Wang v. Hearst Corp.*, No. 12 Civ. 00793 (HB)

Dear Judge Baer,

We represent the Plaintiff in the above-referenced wage and hour action on behalf of Hearst unpaid interns. We write to respectfully request a 5 page extension of the 25 page limit for Plaintiff's response to Defendant's Motion to Strike.

We asked Defendant for its position on Plaintiff's request, but it did not get back to us.

Respectfully submitted,

*Rachel B—*
Rachel Bien

cc:   Jonathan R. Donnellan, Esq. (via email)
      Mark W. Batten, Esq. (via email)

Denied

SO ORDERED:

*Harold Baer*
Harold Baer, Jr., U.S.D.J.
Date: 6/5/12

3 Park Avenue, 29th Floor, New York, NY 10016   Tel 212-245-1000   Fax 212-977-4005
6 Landmark Square, Suite 400, Stamford, CT 06901   Tel 203-363-7888   Fax 203-363-0333
203 North LaSalle Street, Suite 2100, Chicago, IL 60601   Tel 312-924-4888   Fax 646-509-2075
og@outtengolden.com   www.outtengolden.com