**OUTTEN & GOLDEN LLP**
Adam T. Klein
Rachel Bien
Elizabeth H. Wagoner
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone: 212-245-1000

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| XUEDAN WANG, on behalf of herself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> THE HEARST CORPORATION, <br><br> Defendant. | 12 Civ. 0793 (HB) |

### NOTICE OF CROSS-MOTION FOR CONDITIONAL CERTIFICATION AND COURT-AUTHORIZED NOTICE PURSUANT TO SECTION 216(b)

For the reasons set forth in Plaintiff's Memorandum of Law in Opposition to Defendant's Motion to Strike the Class and Collective Action Allegations and in Support of Plaintiff's Cross-Motion for Conditional Certification and Court-Authorized Notice Pursuant to Section 216(b) and in the Declaration of Rachel Bien and the exhibits attached thereto, Plaintiff respectfully requests that the Court enter an Order:

(1)   Conditionally certifying the following collective pursuant to 29 U.S.C. § 216(b) and authorizing notice to be issued:

   All persons who have worked as unpaid or underpaid interns at Hearst Magazines between February 1, 2009 and the date of final judgment in this matter.

(2)   Ordering the parties to meet and confer on the form of a proposed Court-Authorized notice; and

(3)   Ordering Hearst to produce a computer-readable data file containing the names, last known mailing addresses, last known telephone numbers, last known email addresses, and internship start and end dates for all collective members.

Dated: June 7, 2012
New York, New York

                                                     Respectfully submitted,

By:   */s/ Rachel Bien*
      Rachel Bien

**OUTTEN & GOLDEN LLP**
Adam T. Klein
Rachel Bien
Elizabeth H. Wagoner
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone: (212) 245-1000

**Attorneys for Plaintiff and the Putative Class**