# Exhibit E

## Denholtz, Nancy

| | |
|---|---|
| **From:** | Roberts, Scherri L |
| **Sent:** | Thursday, July 28, 2011 3:49 PM |
| **To:** | Bailey, Glenda; Boodro, Michael; Caponigro, Dara; Carpenter, Maile L; Casey, Susan; Coles, Joanna L; Ellis, Rosemary; Fielden, Jay; Granger, David M; Herzig, Jill A; Levine, Ellen R; Mayhew, Elizabeth; Meigs, James B; Miller, Sarah Gray; Myers, Robbie; Peterson, Sara; Shoket, Ann; Turner, Newell; White, Kate; Allen, Chris; Berger Cardone, Nancy; Bruno, Jennifer L; Congdon, William E; Essig, Jack; Friedmann, Barbara; Haegele, Patricia; Jamison, Jayne E; Kalajian Lagani, Donna; Kelly Smith, Kate; Morgan, Mary E; O'Malley, Kevin C; Salembier, Valerie; Seelig, Jill D; Smith, Carol A; Sutton, Ginger; Wellington, Vicki; Abbondante, Liberta; Bodden, Kim St Clair; Bookbinder, Judith; Brown, Glen Ellen; Chang, Jeannette; Euripidou, Fotoulla; Gon, Susan L; Hamill, Jeff W; Kleiman, Jessica S; Luthringer, Paul J; Reid, Laura C; Robinson, Debra C; Rohan, Jack A; Shriver, Debra; Welker, Kristine L |
| **Cc:** | Helmus, Amy M; Baughman, Douglas; Prime, Caryn; Kakstys, Sue; Abbey, Sally S; Bauman, Jeffrey; Bell, Adam; Benson, Susan; Bertoncini, Astrid O; Cain, Michael S; Cheney, Kim E; Greene, Abigail R; Grippo, Amy E; Rosengarten, Andrea I; Rubinstein, Helene F; Scrymser, Sarah; Smith, Leslie C; Soucy, Gyna S; Warhop, Bill; Abromowitz, Steve; Bell, Nancy K; Benham, Michael R; Cazzola, Rae M; Chung, Thomas; Darbasie, Curtis S; Denholtz, Nancy; Gerbes, Steven E; Greenblatt, Larry D; Healy, Margaret M; Holtmeyer, William J; LeBrasseur, Brian T; Mancuso, Jacqueline M; McKay, Xavier; Mitnick, Bruce A; Perri, Donald; Rockefeller, David L; Rubin, Elyssa H; Schmidt, Peter L; Sim, Leslie G; Tosti, Christopher J; Winter, Jay; Corrigan, Scott; Hucks, Michelle; Kaplan, Eliot J; Martinez, Ashley; Miceli, Janine; Persichette, Alice C; Thomas, Elizabeth B; Topiel, Nina P |
| **Subject:** | Hiring Criteria for Internships |

As some of our departments provide fall internships, below is an outline of Hearst Magazines' guidelines for hiring interns:

- Hearst Magazines' internships are unpaid and interns must be able to receive school credit. Receipt of college credit for unpaid internships ensures that students receive something of monetary value related to college tuition. This is a critical element to staying on the right side of labor law.

    Before an internship begins, each intern must provide your department's internship coordinator with a letter verifying that his or her school will recognize the internship as contributing toward the student's credits. The personalized letter must be on university letterhead, state the amount of college credit the student will receive and be signed by a representative of the school. Please send a copy of the letter to magazineinternship@hearst.com or fax it to 646-280-3685. Building IDs will not be issued to unpaid interns who have not provided letters of credit.

    Interns also must be able to provide documentation to show that they are legally able to work in the US.

- Internships budgeted through Hearst Magazines' diversity program are an exception to the "no pay" rule and are paid through the Human Resources department.

For recruiting assistance or questions about the above, please contact Amy Helmus in Human Resources. Please pass this along to those on your staff who have a need to know. Thanks.

SCHERRI L. ROBERTS
Vice President, Human Resources
Hearst Magazines
300 W. 57th Street, 41st Floor
New York, NY 10019
212-649-2066 (P)

1

CONFIDENTIAL                                                                                                                                    D0002588