# Exhibit F

| | |
|---|---|
| **From:** | Helmus, Amy M |
| **Sent:** | Monday, April 16, 2012 4:03 PM |
| **To:** | Segal, Jana |
| **Cc:** | Barrows, Leslie; Wilson, Alexa; Sullivan, Sean K |
| **Subject:** | RE: Internship Credit Issue |

I need to see that letter before she starts.
Thanks!

**From:** Segal, Jana
**Sent:** Monday, April 16, 2012 1:18 PM
**To:** Helmus, Amy M
**Cc:** Barrows, Leslie; Wilson, Alexa; Sullivan, Sean K
**Subject:** Re: Internship Credit Issue

Hi Amy,

We've completed our final round of interviews with ▮▮▮▮▮▮▮▮▮ (interview attached). She found a program at Brandeis University that will give her credit for this internship and has been approved by upper management. Please advise on how to proceed.

Thank you,
Jana


On 4/10/12 10:03 AM, "Helmus, Amy M" <ahelmus@hearst.com> wrote:

Yale has always been a problem. Unfortunately this is not going to work out unless she goes through another school for credit. I know that University of Massachusetts takes students in this situation.


**From:** Segal, Jana
**Sent:** Tuesday, April 10, 2012 9:49 AM
**To:** Helmus, Amy M
**Subject:** Internship Credit Issue

Hi Amy,

I hope this note finds you well! I wanted to get in touch because we have been interviewing for summer internships and found a fantastic candidate from Yale. As I'm sure you know, Ivy Leagues do not give credit, however, she forwarded me this link: http://ucs.yalecollege.yale.edu/content/academic-credit from her Dean explaining that Yale does not award credit for internships but can provide an official letter detailing the university's policy. Please let me know if this is acceptable for Hearst, or if there are any other ways to solve the internship credit issue.

Thanks!
Jana



**Jana Segal**

CONFIDENTIAL                                                                                                          D0004938

Marketing Coordinator
**T** 212.903.5104
janasegal@hearst.com

CONFIDENTIAL
D0004939