# Exhibit S

**From:** Benson, Susan
**Sent:** Monday, April 23, 2012 12:24 PM
**To:** Helmus, Amy M
**Subject:** RE: Are you still handling intern questions?

Thanks, Amy.  We'll come to you first if we do have interest in a non-US student.

**From:** Helmus, Amy M
**Sent:** Monday, April 23, 2012 12:16 PM
**To:** Benson, Susan
**Cc:** Muzician, Olga
**Subject:** RE: Are you still handling intern questions?

It is not completely true that we only consider US students, so please be careful with that, but as for this Canadian student, we have adopted a policy that Hearst Magazines will not consider J-1 holders who are applying only for short-term internships.  It actually does cost us money as well… please just let the student know that unfortunately this will not work out.  You can ask me specifically in the future if this happens again—no worries!

**From:** Benson, Susan
**Sent:** Monday, April 23, 2012 11:49 AM
**To:** Helmus, Amy M
**Cc:** Muzician, Olga
**Subject:** RE: Are you still handling intern questions?

In that case, I've pasted a note below.  (If this should have gone to Michelle H instead please let me know—not sure what the boundaries are now.)  This is a Canadian college student who applied for internship in our art dept.  We'd told her we could only consider US students (based on info we got from HR in 2010).  We're not going to engage her anyway, but just wonder for future if her info is correct and we <u>are</u> able to consider a Canadian student.  Thanks!

> I have been going through the process of obtaining my J-1 Visa for
> this summer and was told by the United States embassy that this is the
> correct procedure to intern in New York. With this, I have obtained a
> sponsor through my university and can be available for work in the
> states as of May 15th. I was wondering if it would be possible for me
> to contact your HR department directly to explain this to them. It is
> my understanding that my obtaining a
> J-1 visa is a simple process and should not present any obstacles in
> me completing an internship with your company.
> I would love the opportunity to intern with you this summer and hope
> that this works out.


***Susan Benson***
Managing Editor

Hearst Magazines International
300 West 57th Street/37th Floor
New York, NY 10019

Tel:  212-649-2258;  Fax:  646-280-2258
<u>sbenson@hearst.com</u>

**From:** Helmus, Amy M
**Sent:** Monday, April 23, 2012 11:27 AM

CONFIDENTIAL                                                  D0003986

**To:** Benson, Susan
**Subject:** RE: Are you still handling intern questions?

I am not handling the recruiting, but still helping with the questions!

---

**From:** Benson, Susan
**Sent:** Monday, April 23, 2012 10:44 AM
**To:** Helmus, Amy M
**Subject:** Are you still handling intern questions?

Hi, Amy,
And  if you're not, to whom should we reach out?
Thanks!

*Susan Benson*
Managing Editor

Hearst Magazines International
300 West 57th Street/37th Floor
New York, NY 10019

Tel:  212-649-2258;  Fax:  646-280-2258
sbenson@hearst.com

CONFIDENTIAL

D0003987