# Exhibit CC

| | |
|---|---|
| **From:** | Israel, Wendy S |
| **Sent:** | Tuesday, March 20, 2012 2:49 PM |
| **To:** | Helmus, Amy M |
| **Subject:** | Re: Intern question |
| **Attachments:** | image.jpg; image.jpg; scan.pdf |

Thank you!!! Attached.

On 3/20/12 2:45 PM, "Helmus, Amy M" <ahelmus@hearst.com> wrote:

Do you have the letter you can send me so I can follow up with the dean?
Thanks!

**From:** Israel, Wendy S
**Sent:** Tuesday, March 20, 2012 2:40 PM
**To:** Helmus, Amy M
**Subject:** FW: Intern question

Hi Amy,

I see that Ashley is out of the office. Are you familiar with the request below or should I wait until Ashley is back in the office?

Thx,
Wendy

------ Forwarded Message
**From:** <Israel>, Wendy S <wisrael@hearst.com>
**Date:** Tue, 20 Mar 2012 14:38:54 -0400
**To:** "Martinez, Ashley" <ashleymartinez@hearst.com>
**Conversation:** Intern question
**Subject:** FW: Intern question

Hi Ashley,

Sorry to nag, but any word on whether [Redacted] qualifies for school credit? Anything that I can do to move the process along?

Thx,
Wendy

------ Forwarded Message
**From:** <Israel>, Wendy S <wisrael@hearst.com>
**Date:** Tue, 13 Mar 2012 10:01:29 -0400
**To:** "Martinez, Ashley" <ashleymartinez@hearst.com>
**Conversation:** Intern question
**Subject:** Re: Intern question

Terrific! Thank you so much. I can't believe summer is almost here.

-- Wendy


On 3/13/12 10:00 AM, "Martinez, Ashley" <ashleymartinez@hearst.com> wrote:
Hi Wendy,

I've been able to reach people at the school who have verified she is a student but I haven't been able to reach the person who signed the letter yet. Once I can speak with her I will give you the notice.

Ashley


**From:** Israel, Wendy S
**Sent:** Tuesday, March 13, 2012 9:52 AM
**To:** Martinez, Ashley
**Subject:** Re: Intern question

Hi Ashley,

Did you have a chance to verify the authenticity of this school letter? And if so, can you pls confirm absolutely that the letter is acceptable? Cosmo will only hire interns that can receive school credit.

Once you do, I will forward your email to Cosmo so that there is no misunderstanding.

Thank you,
Wendy


Wendy S. Israel
Manager of Editorial Operations
Hearst Magazines
212-649-2325




On 3/9/12 2:26 PM, "Martinez, Ashley" <ashleymartinez@hearst.com> wrote:
The letter looks sufficient from my perspective and as long as the school can confirm the information in it, she would be receiving academic credit and able to intern with us.  Are you still looking to find her an internship? If so I can reach out and see who has space open.

Ashley


**From:** Israel, Wendy S
**Sent:** Friday, March 09, 2012 1:56 PM
**To:** Martinez, Ashley
**Subject:** Re: Intern question

Oh my. Never occurred to me! She sounds like the nicest girl. Jack has been putting a lot of pressure on me to find her an internship at one of the magazines and none have any money in their budgets, so they must receive school credit.

Thank you for following up!


On 3/9/12 1:52 PM, "Martinez, Ashley" <ashleymartinez@hearst.com> wrote:
Hi Wendy,

I'm going to call and verify this is accurate from the school and will keep you informed.

Ashley


CONFIDENTIAL D0005394

**From:** Israel, Wendy S
**Sent:** Friday, March 09, 2012 1:45 PM
**To:** Martinez, Ashley
**Subject:** Intern question

Hi Ashley,

We haven't met but I understand you are now the HR contact for Hearst interns.

Attached is a school letter form a potential summer intern, Redacted Is it acceptable?

Redacted came to my attention via Jack Rohan and Michael Jackson, EVP and CFO of iCrossing.

Thank you,
Wendy

Wendy S. Israel
Manager of Editorial Operations
Hearst Magazines
212-649-2325



------ Forwarded Message
From: Redacted
Date: Thu, 8 Mar 2012 22:13:43 -0600
To: Wendy S Israel <wisrael@hearst.com>
Subject: Letter from School Dean

Hello Wendy,

My dean sent me the letter to give to you. If there is anything else you need please let me know!

Thank you again!
Redacted

------ End of Forwarded Message

------ End of Forwarded Message

------ End of Forwarded Message