IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| XUEDAN WANG and STEPHANIE SKORKA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE HEARST CORPORATION,<br><br>Defendant. | No. 12 Civ. 0793 (HB)<br><br>**CONSENT TO JOIN** |

1. I consent to be a party plaintiff in a lawsuit against The Hearst Corporation in order to seek redress for alleged violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2. By signing and returning this consent form, I hereby designate Lead Plaintiffs Wang and Skorka and their attorneys Outten & Golden LLP to represent me in such lawsuit and to make decisions on my behalf concerning the litigation and any settlement. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable and to be bound by any settlement entered into on my behalf by the Lead Plaintiffs and their attorneys. I understand that reasonable costs expended by the attorneys on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that the attorneys will petition the Court to award them attorneys' fees from any settlement or judgment, in an amount the greater of: (1) their "lodestar," calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) 1/3 of the gross settlement or judgment amount.

_Dana L Vogel_
Signature

_Dana L. Vogel_
Print

REDACTED
Address

_11-17-2012_
Date

REDACTED
Telephone number

_New York, NY 10025_
City, State and Zip Code

REDACTED
Email address