**OUTTEN & GOLDEN LLP**
Adam T. Klein
Rachel Bien
Juno Turner
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone:  212-245-1000

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| XUEDAN WANG and ERIN SPENCER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE HEARST CORPORATION,<br><br>Defendant. | 12 Civ. 0793 (HB) |

**DECLARATION OF RACHEL BIEN IN OPPOSITION TO DEFENDANT'S MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS**

I, Rachel Bien, declare, under penalty of perjury pursuant to 28 U.S.C. § 1746, as follows:

1. I am an attorney at Outten & Golden LLP ("O&G"), counsel for Plaintiffs in the above-captioned action. I am an attorney in good standing admitted to practice in the State of New York and before this Court.

2. I have been one of the attorneys primarily responsible for the prosecution of this action.

3. I make the statements below based on my personal knowledge and would so testify if called as a witness at trial.

4. Attached hereto as **Exhibit A** is a true and correct copy of the Bill Jacket to the 1974 amendment to the New York Labor Law.

5. Attached hereto as **Exhibit B** is a true and correct copy of correspondence, dated

July 28, 2011, produced by Defendant to Plaintiffs in this case.

  I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 7, 2012
    New York, New York

                */s/ Rachel Bien*
                Rachel Bien
                **Outten & Golden LLP**
                3 Park Avenue, 29th Floor
                New York, NY 10016
                Telephone: (212) 245-1000