# Proskauer»  Proskauer Rose LLP   One International Place   Boston, MA 02110-2600

December 28, 2012

Honorable Harold Baer, Jr.
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/3/13

Mark W. Batten
Member of the Firm
d 617.526.9850
f 617.526.9899
mbatten@proskauer.com
www.proskauer.com

Re:   Xeudan Wang v. The Hearst Corporation
      12-CV-793 (HB)(AJP)

Dear Judge Baer:

As explained in our letter opposing plaintiffs' request to compel disclosure of Hearst's privileged communications, our good faith defense does not depend in any way on the advice of counsel. Because Hearst's magazines run independent intern programs without any central control, our defense was predicated on the state of mind of those senior editors at each magazine concerning the legality of that magazine's program -- which, according to the factual investigation we have conducted to date, did not involve communications between the magazines, on one hand, and Hearst's legal department on the other.

Hearst accordingly never intended to put its privileged communications at issue, nor to assert any defense that would render privileged communications relevant, either offensively or defensively. The company highly values the ability of its attorneys to provide advice without fear of disclosure, and has never waived the privilege in litigation.

Therefore, in light of the Court's ruling, Hearst hereby withdraws the good faith defense, and requests leave to submit an amended answer omitting it, rather than produce any privileged communications for in camera review.

Very truly yours,

*Mark W. Batten/rc*

Mark W. Batten

MWB/rc

[Handwritten annotation from Judge:] *amendments every w/ exception to subjects of me ... trial is done ... Harold Baer, Jr., U.S.D.J. 1/2/13*

33946598v1

Endorsement:

       Amendments even at this date are freely given and yours is no exception do it within 10 days and it is unlikely to be objected to by the plaintiff or me and let's get on with it - your trial is looming and your motions if any ought to come first.