UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Plaintiff, Xuedan Wang

-v-

Defendant. Hearst Corp

------------------------------------------------------------X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/16/13

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

12 Civ. 793 (HB) (AJP)

Andrew Peck

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

✓ Specific Non-Dispositive Motion/Dispute:*
   Discovery dispute
   _____

   If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: 1/16/13 – 3/4/13

___ Settlement*

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
   Purpose: _____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
   Particular Motion: _____

   All such motions: ____

Matter is to be resolved in concert with the Pretrial Scheduling Order attached.

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:   New York, New York
         1/16/2013

_____
United States District Judge