IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| XUEDAN WANG and ERIN SPENCER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE HEARST CORPORATION,<br><br>Defendant. | 12 Civ. 0793 (HB) (AJP) |

**SUPPLEMENTAL DECLARATION OF RACHEL BIEN IN SUPPORT OF PLAINTIFFS' MOTIONS FOR PARTIAL SUMMARY JUDGMENT AND CLASS CERTIFICATION PURSUANT TO FED. R. CIV. P. 23**
**(PART I OF IV)**

I, Rachel Bien, declare, under penalty of perjury pursuant to 28 U.S.C. § 1746, as follows:

1. I am a partner at Outten & Golden LLP ("O&G"), counsel for Plaintiffs and opt-in Plaintiffs ("Plaintiffs") in the above-captioned action.

2. I am an attorney in good standing admitted to practice in the State of New York and before this Court.

3. I have been one of the attorneys primarily responsible for the prosecution of this action.

4. I make this declaration in support of Plaintiffs' Motions for Partial Summary Judgment and Class Certification Pursuant to Fed. R. Civ. P. 23. I have personal knowledge of the matters set forth herein and would so testify if called as a witness at trial.

5. Attached hereto are exhibits 1 through 70 to the Declaration of Rachel Bien In Support of Plaintiffs' Motions for Partial Summary Judgment and Class Certification Pursuant to Fed. R. Civ. P. 23, ECF No. 109.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
March 6, 2013

Respectfully submitted,

*/s/ Rachel Bien*
Rachel Bien

Adam T. Klein
Rachel Bien
Juno Turner
Outten & Golden LLP
3 Park Avenue, 29th Floor
New York, NY  10016
Telephone:  (212) 245-1000
Facsimile:  (212) 977-4005