IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| XUEDAN WANG and ERIN SPENCER, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> THE HEARST CORPORATION, <br><br> Defendant. | ECF <br><br> Civil Action No. 1:12-cv-00793-HB |

**DECLARATION OF KRISTINA E. FINDIKYAN
IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFFS'
MOTIONS FOR SUMMARY JUDGMENT AND CLASS CERTIFICATION**

KRISTINA E. FINDIKYAN declares, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1.      I am Counsel to Hearst Corporation, in the Office of the General Counsel, and an attorney to defendant Hearst Corporation in this matter.  I make this Declaration in support of Defendant's Opposition to Plaintiffs' Motions for Summary Judgment and Class Certification. The matters stated herein are true of my own personal knowledge, except for those matters expressly stated on information and belief, which matters I believe to be true.

2.      A true and correct copy of the Declaration of Sarah T. Abbey (Seventeen magazine), dated March 29, 2012, is attached hereto as Exhibit 1.

3.      A true and correct copy of the Declaration of Alyssa Afuang, dated December 30, 2012, is attached hereto as Exhibit 2.

4.      A true and correct copy of the Declaration of Alesandra Ajlouni, dated January 24, 2013, is attached hereto as Exhibit 3.

5.      A true and correct copy of the Declaration of Eddie Alterman (Car and Driver magazine), dated April 3, 2012, is attached hereto as <u>Exhibit 4</u>.

6.      A true and correct copy of the Declaration of Hannah Anderson, dated January 4, 2013, is attached hereto as <u>Exhibit 5</u>.

7.      A true and correct copy of the Declaration of Catharine Andrews, dated January 20, 2013, is attached hereto as <u>Exhibit 6</u>.

8.      A true and correct copy of the Declaration of Alyssa Bailey, dated January 11, 2013, is attached hereto as <u>Exhibit 7</u>.

9.      A true and correct copy of the Declaration of Molly Barker, dated December 26, 2012, is attached hereto as <u>Exhibit 8</u>.

10.      A true and correct copy of the Declaration of Maria Baugh (Food Network magazine), dated April 2, 2012, is attached hereto as <u>Exhibit 9</u>.

11.      A true and correct copy of the Declaration of Douglas Baughman (Elle magazine), dated April 3, 2012, is attached hereto as <u>Exhibit 10</u>.

12.      A true and correct copy of the Declaration of Jeffrey Bauman (House Beautiful magazine), dated March 29, 2012, is attached hereto as <u>Exhibit 11</u>.

13.      A true and correct copy of the Declaration of Adam Bell (O, The Oprah Magazine), dated April 2, 2012, is attached hereto as <u>Exhibit 12</u>.

14.      A true and correct copy of the Declaration of Margurite Berard, dated January 10, 2013, is attached hereto as <u>Exhibit 13</u>.

15.      A true and correct copy of the Declaration of Casey Lynn Brodley, dated January 10, 2013, is attached hereto as <u>Exhibit 14</u>.

16.      A true and correct copy of the Declaration of Samuel Broekema (Harper's Bazaar magazine), dated March 23, 2012, is attached hereto as <u>Exhibit 15</u>.

17.      A true and correct copy of the Declaration of Tara Buchalter, dated January 10, 2013, is attached hereto as <u>Exhibit 16</u>.

18.    A true and correct copy of the Declaration of Jeffrey Burfield (Hearst Digital Media), dated March 15, 2013, is attached hereto as <u>Exhibit 17</u>.

19.    A true and correct copy of the Declaration of Allison Cacich, dated January 16, 2013, is attached hereto as <u>Exhibit 18</u>.

20.    A true and correct copy of the Declaration of Michael Cain (Popular Mechanics magazine), dated April 2, 2012, is attached hereto as <u>Exhibit 19</u>.

21.    A true and correct copy of the Declaration of Catherine Caldwell, dated January 18, 2013, is attached hereto as <u>Exhibit 20</u>.

22.    A true and correct copy of the Declaration of Andrew Carbone (Country Living magazine), dated April 2, 2012, is attached hereto as <u>Exhibit 21</u>.

23.    A true and correct copy of the Declaration of Gloria Cavallaro, dated January 9, 2013, is attached hereto as <u>Exhibit 22.</u>

24.    A true and correct copy of the Declaration of Rae Cazzola (Town & Country magazine), dated April 2, 2012, is attached hereto as <u>Exhibit 23</u>.

25.    A true and correct copy of the Declaration of Anna Chelak, including Exhibits A and B, dated December 11, 2012, is attached hereto as <u>Exhibit 24.</u>

26.    A true and correct copy of the Declaration of Kim Cheney (Redbook magazine), dated April 3, 2012, is attached hereto as <u>Exhibit 25</u>.

27.    A true and correct copy of the Declaration of Nicole Chiang, dated January 16, 2013, is attached hereto as <u>Exhibit 26</u>.

28.    A true and correct copy of the Confidential Declaration of Debi Chirichella (Controller's Office), dated March 18, 2013, is attached hereto as <u>Exhibit 27</u>.

29.    A true and correct copy of the Declaration of Elizabeth Cleaver, dated January 16, 2013, is attached hereto as <u>Exhibit 28</u>.

30.    A true and correct copy of the Declaration of Julia Corbett, dated January 7, 2013, is attached hereto as <u>Exhibit 29</u>.

31.     A true and correct copy of the Declaration of Alethea Critides, dated January 10, 2013, is attached hereto as <u>Exhibit 30</u>.

32.     A true and correct copy of the Declaration of Kaitlin Cubria, dated January 8, 2013, is attached hereto as <u>Exhibit 31</u>.

33.     A true and correct copy of the Declaration of Lauren Degnan, dated December 16, 2012, is attached hereto as <u>Exhibit 32</u>.

34.     A true and correct copy of the Declaration of Salvatore Del Giudice (Food Network magazine, et al.), dated April 3, 2012, is attached hereto as <u>Exhibit 33</u>.

35.     A true and correct copy of the Declaration of Matt Delorenzo (Road & Track magazine), dated April 3, 2012, is attached hereto as <u>Exhibit 34</u>.

36.     A true and correct copy of the Declaration of Nancy Denholtz (O, The Oprah Magazine), dated March 30, 2012, is attached hereto as <u>Exhibit 35</u>.

37.     A true and correct copy of the Declaration of Katherine DeWitt, dated January 11, 2013, is attached hereto as <u>Exhibit 36</u>.

38.     A true and correct copy of the Declaration of Angela Diegel, dated November 29, 2012, is attached hereto as <u>Exhibit 37</u>.

39.     A true and correct copy of the Declaration of Alexandra Dotson, dated January 17, 2013, is attached hereto as <u>Exhibit 38</u>.

40.     A true and correct copy of the Declaration of Caitlin Dunn, including Exhibit A, dated January 7, 2013, is attached hereto as <u>Exhibit 39</u>.

41.     A true and correct copy of the Declaration of Monica Dziedzina, dated December 22, 2012, is attached hereto as <u>Exhibit 40</u>.

42.     A true and correct copy of the Declaration of Amanda Elser, dated January 11, 2013, is attached hereto as <u>Exhibit 41</u>.

43.     A true and correct copy of the Declaration of Michelle ("Mimi") Faucett, dated January 11, 2013, is attached hereto as <u>Exhibit 42</u>.

44.     A true and correct copy of the Declaration of Kerry Fazio, dated December 13, 2012, is attached hereto as <u>Exhibit 43</u>.

45.     A true and correct copy of the Declaration of Maura Feil, dated December 3, 2012, is attached hereto as <u>Exhibit 44</u>.

46.     A true and correct copy of the Declaration of Alexandra Feuer, dated December 28, 2012, is attached hereto as <u>Exhibit 45</u>.

47.     A true and correct copy of the Declaration of Francie Fisher, dated January 31, 2013, is attached hereto as <u>Exhibit 46</u>.

48.     A true and correct copy of the Declaration of Ruthie Friedlander, dated January 15, 2013, is attached hereto as <u>Exhibit 47</u>.

49.     A true and correct copy of the Declaration of Michelle Gonzalez, dated January 9, 2013, is attached hereto as <u>Exhibit 48</u>.

50.     A true and correct copy of the Declaration of Lawrence Greenblatt (Seventeen magazine), dated March 30, 2012, is attached hereto as <u>Exhibit 49</u>.

51.     A true and correct copy of the Declaration of Abigail Greene (Cosmopolitan magazine), dated April 3, 2012, is attached hereto as <u>Exhibit 50</u>.

52.     A true and correct copy of the Declaration of Amy Grippo (Town & Country magazine), dated April 2, 2012, is attached hereto as <u>Exhibit 51</u>.

53.     A true and correct copy of the Declaration of Melissa Groher, dated November 28, 2012, is attached hereto as <u>Exhibit 52</u>.

54.     A true and correct copy of the Declaration of Karee Hackel, dated December 9, 2012, is attached hereto as <u>Exhibit 53</u>.

55.     A true and correct copy of the Declaration of Alison Hard, dated January 9, 2013, is attached hereto as <u>Exhibit 54</u>.

56.     A true and correct copy of the Declaration of Hannah Harris, dated January 10, 2013, is attached hereto as <u>Exhibit 55</u>.

57.     A true and correct copy of the Declaration of Margaret Healy (Elle magazine), dated March 28, 2012, is attached hereto as <u>Exhibit 56</u>.

58.     A true and correct copy of the Declaration of Amy Helmus Ascalon (Hearst Magazines Human Resources), including Exhibits A through B, dated April 4, 2012, is attached hereto as <u>Exhibit 57</u>.

59.     A true and correct copy of the Declaration of Danielle O. Henderson, dated December 18, 2012, is attached hereto as <u>Exhibit 58</u>.

60.     A true and correct copy of the Declaration of Robin Hilmantel, dated December 13, 2012, is attached hereto as <u>Exhibit 59</u>.

61.     A true and correct copy of the Declaration of Kimberley Holiver, dated November 29, 2012, is attached hereto as <u>Exhibit 60</u>.

62.     A true and correct copy of the Declaration of Hannah Kay Hunt, dated January 10, 2013, is attached hereto as <u>Exhibit 61</u>.

63.     A true and correct copy of the Declaration of Kayla Hutzler, dated December 12, 2012, is attached hereto as <u>Exhibit 62</u>.

64.     A true and correct copy of the Declaration of Ashley Johns, dated December 6, 2012, is attached hereto as <u>Exhibit 63</u>.

65.     A true and correct copy of the Declaration of Mallory Johnson, dated January 12, 2013, is attached hereto as <u>Exhibit 64</u>.

66.     A true and correct copy of the Declaration of Laura Kahn, dated January 13, 2013, is attached hereto as <u>Exhibit 65</u>.

67.     A true and correct copy of the Declaration of Sue Kakstys (Woman's Day magazine), dated April 2, 2012, is attached hereto as <u>Exhibit 66</u>.

68.     A true and correct copy of the Declaration of Dori Klotzman, dated December 11, 2012, is attached hereto as <u>Exhibit 67</u>.

69.     A true and correct copy of the Declaration of Michelle Kohen, dated December 15, 2012, is attached hereto as <u>Exhibit 68</u>.

70.     A true and correct copy of the Declaration of Kayla Kommer, dated November 29, 2012, is attached hereto as Exhibit 69.

71.     A true and correct copy of the Declaration of Lin Kristensen, dated January 3, 2013, is attached hereto as Exhibit 70.

72.     A true and correct copy of the Declaration of Sarah Lindig, dated January 21, 2013, is attached hereto as Exhibit 71.

73.     A true and correct copy of the Declaration of Stephanie Lokuta, dated December 11, 2012, is attached hereto as Exhibit 72.

74.     A true and correct copy of the Declaration of Amelia Lovaglio, dated January 16, 2013, is attached hereto as Exhibit 73.

75.     A true and correct copy of the Declaration of Elizabeth Mancini, dated May 2, 2012, is attached hereto as Exhibit 74.

76.     A true and correct copy of the Declaration of Melissa Mariola (HGTV magazine), dated April 2, 2012, is attached hereto as Exhibit 75.

77.     A true and correct copy of the Declaration of Meghan McCloskey, dated December 27, 2012, is attached hereto as Exhibit 76.

78.     A true and correct copy of the Declaration of Emily McCoy, dated January 2, 2013, is attached hereto as Exhibit 77.

79.     A true and correct copy of the Declaration of Brittany Melvin, dated January 27, 2013, is attached hereto as Exhibit 78.

80.     A true and correct copy of the Declaration of Saroyah Mevorach, dated January 10, 2013, is attached hereto as Exhibit 79.

81.     A true and correct copy of the Declaration of Charlotte Miller, including Exhibit A, dated January 11, 2013, is attached hereto as Exhibit 80.

82.     A true and correct copy of the Declaration of Bruce Mitnick (Popular Mechanics magazine), dated April 4, 2012, is attached hereto as Exhibit 81.

83.     A true and correct copy of the Declaration of Page Mullins, dated January 11, 2013, is attached hereto as Exhibit 82.

84.     A true and correct copy of the Declaration of Ariel Nagi, dated April 24, 2012, is attached hereto as Exhibit 83.

85.     A true and correct copy of the Declaration of Ariel Nagi, dated February 15, 2013, is attached hereto as Exhibit 84.

86.     A true and correct copy of the Declaration of Kaitlin Neckles, dated January 15, 2013, is attached hereto as Exhibit 85.

87.     A true and correct copy of the Declaration of Bryan Neilon, dated January 2, 2013, is attached hereto as Exhibit 86.

88.     A true and correct copy of the Declaration of Alyssa Nelson, dated January 16, 2013, is attached hereto as Exhibit 87.

89.     A true and correct copy of the Declaration of Lilly Nhan, dated January 17, 2013, is attached hereto as Exhibit 88.

90.     A true and correct copy of the Declaration of Margaret Niemiec, dated January 17, 2013, is attached hereto as Exhibit 89.

91.     A true and correct copy of the Declaration of Marisa Novello, dated January 14, 2013, is attached hereto as Exhibit 90.

92.     A true and correct copy of the Declaration of Lindsey Wakeman Officer (Harper's Bazaar magazine), including Exhibits A and B, dated April 2, 2012, is attached hereto as Exhibit 91.

93.     A true and correct copy of the Declaration of Soojin Park, dated December 20, 2012, is attached hereto as Exhibit 92.

94.     A true and correct copy of the Declaration of Elizabeth Perle, dated January 17, 2013, is attached hereto as Exhibit 93.

95.     A true and correct copy of the Declaration of Donald Perri (Esquire magazine), including Exhibit A, dated April 2, 2012, is attached hereto as Exhibit 94.

96.     A true and correct copy of the Declaration of Sara Claro Piwko, dated January 16, 2013, is attached hereto as Exhibit 95.

97.     A true and correct copy of the Declaration of Danielle Pozsonyi, dated January 12, 2013, is attached hereto as Exhibit 96.

98.     A true and correct copy of the Declaration of Rebecca Pratt, dated January 10, 2013, is attached hereto as Exhibit 97.

99.     A true and correct copy of the Declaration of Allison Ramirez, dated January 16, 2013, is attached hereto as Exhibit 98.

100.    A true and correct copy of the Declaration of Leslie Reyes, dated December 6, 2012, is attached hereto as Exhibit 99.

101.    A true and correct copy of the Declaration of Shimriya Richard, dated December 15, 2012, is attached hereto as Exhibit 100.

102.    A true and correct copy of the Declaration of Lynn Rickert, dated January 2, 2013, is attached hereto as Exhibit 101.

103.    A true and correct copy of the Declaration of Kathy Riess (Marie Claire magazine), including Exhibit A, dated April 2, 2012, is attached hereto as Exhibit 102.

104.    A true and correct copy of the Declaration of Heather Rinder, dated December 16, 2012, is attached hereto as Exhibit 103.

105.    A true and correct copy of the Declaration of Katie Riordan, dated January 2, 2013, is attached hereto as Exhibit 104.

106.    A true and correct copy of the Declaration of Molly Ritterbeck, dated January 3, 2013, is attached hereto as Exhibit 105.

107.    A true and correct copy of the Declaration of Scherri Roberts (Hearst Magazines Human Resources), including Exhibits A and B, dated April 4, 2012, is attached hereto as Exhibit 106.

108.    A true and correct copy of the Declaration of David Rockefeller (Good Housekeeping magazine, et al.), dated April 2, 2012, is attached hereto as Exhibit 107.

109.    A true and correct copy of the Declaration of Karla Rodriguez, dated January 12, 2013, is attached hereto as Exhibit 108.

110.    A true and correct copy of the Supplemental Declaration of Karla Rodriguez, dated February 5, 2013, is attached hereto as Exhibit 109.

111.    A true and correct copy of the Declaration of Jessica Roelant, dated January 2013, is attached hereto as Exhibit 110.

112.    A true and correct copy of the Declaration of Michael Roselli, dated January 14, 2013, is attached hereto as Exhibit 111.

113.    A true and correct copy of the Declaration of Andrea Rosengarten (Harper's Bazaar magazine), dated April 2, 2012, is attached hereto as Exhibit 112.

114.    A true and correct copy of the Declaration of Ashley Ross, dated January 10, 2013, is attached hereto as Exhibit 113.

115.    A true and correct copy of the Declaration of Rachel Rothman, dated December 17, 2012, is attached hereto as Exhibit 114.

116.    A true and correct copy of the Declaration of Elyssa Rubin (Redbook magazine), dated April 2, 2012, is attached hereto as Exhibit 115.

117.    A true and correct copy of the Declaration of Helene Rubinstein (Esquire magazine), dated April 4, 2012, is attached hereto as Exhibit 116.

118.    A true and correct copy of the Declaration of Melanie Rud, dated December 13, 2012, is attached hereto as Exhibit 117.

119.    A true and correct copy of the Declaration of Melanie Rush (Fashion Institute of Technology), dated March 23, 2012, is attached hereto as Exhibit 118.

120.    A true and correct copy of the Declaration of Stephanie Saltzman, dated January 9, 2013, is attached hereto as Exhibit 119.

121.    A true and correct copy of the Declaration of Dana Elle Salzberg, dated January 22, 2013, is attached hereto as Exhibit 120.

122.    A true and correct copy of the Declaration of Ashley Santucci, dated December 15, 2012, is attached hereto as <u>Exhibit 121</u>.

123.    A true and correct copy of the Declaration of Peter Schmidt (Cosmopolitan magazine), including Exhibit A, dated April 2, 2012, is attached hereto as <u>Exhibit 122</u>.

124.    A true and correct copy of the Declaration of Sarah Scrymser (Good Housekeeping magazine), dated March 29, 2012, is attached hereto as <u>Exhibit 123</u>.

125.    A true and correct copy of the Declaration of Melise Senaydin, dated December 11, 2012, is attached hereto as <u>Exhibit 124</u>.

126.    A true and correct copy of the Declaration of Melissa Shapiro, dated January 11, 2013, is attached hereto as <u>Exhibit 125</u>.

127.    A true and correct copy of the Declaration of Emily Simmons, dated January 24, 2013, is attached hereto as <u>Exhibit 126</u>.

128.    A true and correct copy of the Declaration of Stephanie Skorka, dated April 25, 2012, is attached hereto as <u>Exhibit 127</u>.

129.    A true and correct copy of the Declaration of Samantha Snowden, dated December 18, 2012, is attached hereto as <u>Exhibit 128</u>.

130.    A true and correct copy of the Declaration of Patricia Slate (former U.S. Department of Labor, Wage and Hour Division), dated April 4, 2012, is attached hereto as <u>Exhibit 129</u>.

131.    A true and correct copy of the Declaration of Gyna Soucy (Elle Décor magazine), dated March 30, 2012, is attached hereto as <u>Exhibit 130</u>.

132.    A true and correct copy of the Declaration of Leslie Smith (Marie Claire magazine), dated April 2, 2012, is attached hereto as <u>Exhibit 131</u>.

133.    A true and correct copy of the Declaration of Casey Sullivan, dated January 4, 2013, is attached hereto as <u>Exhibit 132</u>.

134.    A true and correct copy of the Declaration of Sean K. Sullivan (House Beautiful magazine, et al.), dated April 4, 2012, is attached hereto as <u>Exhibit 133</u>.

135.    A true and correct copy of the Declaration of Miriam Taylor, dated January 14, 2013, is attached hereto as Exhibit 134.

136.    A true and correct copy of the Declaration of Annick Thomas, dated January 11, 2013, is attached hereto as Exhibit 135.

137.    A true and correct copy of the Declaration of Katie Tomlinson, dated December 13, 2012, is attached hereto as Exhibit 136.

138.    A true and correct copy of the Declaration of Meeghan Truelove (Veranda magazine), dated March 27, 2012, is attached hereto as Exhibit 137.

139.    A true and correct copy of the Declaration of Bethany Verdone, dated February 8, 2013, is attached hereto as Exhibit 138.

140.    A true and correct copy of the Declaration of Sarah Williams, dated January 9, 2013, is attached hereto as Exhibit 139.

141.    A true and correct copy of the Declaration of Mary Beth Yale, dated December 17, 2012, is attached hereto as Exhibit 140.

142.    A true and correct copy of the Declaration of Allison Zick, dated January 8, 2013, is attached hereto as Exhibit 141.

143.    True and correct copies of relevant excerpts of the deposition transcript of Hannah Anderson, dated January 25, 2013, are attached hereto as Exhibit 142.

144.    True and correct copies of relevant excerpts of the deposition transcript of Margurite Berard, dated January 29, 2013, are attached hereto as Exhibit 143.

145.    True and correct copies of relevant excerpts of the deposition transcript of Jessica Best, dated February 22, 2013, are attached hereto as Exhibit 144.

146.    True and correct copies of relevant excerpts of the deposition transcript of Sam Broekema, dated January 23, 2013, are attached hereto as Exhibit 145.

147.    True and correct copies of relevant excerpts of the deposition transcript of Tara Buchalter, dated January 28, 2013, are attached hereto as Exhibit 146.

148.    True and correct copies of relevant excerpts of the deposition transcript of Anna Chelak, are attached hereto as <u>Exhibit 147</u>.

149.    True and correct copies of relevant excerpts of the deposition transcript of Debi Chirichella, dated January 25, 2013, are attached hereto as <u>Exhibit 148</u>.

150.    True and correct copies of relevant excerpts of the deposition transcript of Alethea Critides, dated January 30, 2013, are attached hereto as <u>Exhibit 149</u>.

151.    True and correct copies of relevant excerpts of the deposition transcript of Caitlin Dunn, dated January 30, 2013, are attached hereto as <u>Exhibit 150</u>.

152.    True and correct copies of relevant excerpts of the deposition transcript of Michelle Faucett, dated February 1, 2013, are attached hereto as <u>Exhibit 151</u>.

153.    True and correct copies of relevant excerpts of the deposition transcript of Kerry Fazio, dated January 29, 2013, are attached hereto as <u>Exhibit 152</u>.

154.    True and correct copies of relevant excerpts of the deposition transcript of Melissa Groher, dated January 28, 2013, are attached hereto as <u>Exhibit 153</u>.

155.    True and correct copies of relevant excerpts of the deposition transcript of Amy Helmus Ascalon, dated May 25, 2012, are attached hereto as <u>Exhibit 154</u>.

156.    True and correct copies of relevant excerpts of the deposition transcript of Robin Hilmantel, dated January 25, 2013, are attached hereto as <u>Exhibit 155</u>.

157.    True and correct copies of relevant excerpts of the deposition transcript of Kimberly Holiver, dated January 28, 2013, are attached hereto as <u>Exhibit 156</u>.

158.    True and correct copies of relevant excerpts of the deposition transcript of Ashley Johns, dated January 23, 2013, are attached hereto as <u>Exhibit 157</u>.

159.    True and correct copies of relevant excerpts of the deposition transcript of Caitlin Leszuk, dated January 4, 2013, are attached hereto as <u>Exhibit 158</u>.

160.    True and correct copies of relevant excerpts of the deposition transcript of Elizabeth Mancini, dated December 6, 2012, are attached hereto as <u>Exhibit 159</u>.

161.    True and correct copies of relevant excerpts of the deposition transcript of Emily McCoy, dated January 30, 2013, are attached hereto as <u>Exhibit 160</u>.

162.    True and correct copies of relevant excerpts of the deposition transcript of Alexandra Rappaport, dated January 17, 2013, are attached hereto as <u>Exhibit 161</u>.

163.    True and correct copies of relevant excerpts of the deposition transcript of Leslie Reyes, dated January 25, 2013, are attached hereto as <u>Exhibit 162</u>.

164.    True and correct copies of relevant excerpts of the deposition transcript of Katie Riordan, dated January 31, 2013, are attached hereto as <u>Exhibit 163</u>.

165.    True and correct copies of relevant excerpts of the deposition transcript of Molly Ritterbeck, dated February 1, 2013, are attached hereto as <u>Exhibit 164</u>.

166.    True and correct copies of relevant excerpts of the deposition transcript of Scherri Roberts, dated May 21, 2012, are attached hereto as <u>Exhibit 165</u>.

167.    True and correct copies of relevant excerpts of the deposition transcript of Scherri Roberts, dated January 24, 2013, are attached hereto as <u>Exhibit 166</u>.

168.    True and correct copies of relevant excerpts of the deposition transcript of Rachel Rothman, dated January 30, 2013, are attached hereto as <u>Exhibit 167</u>.

169.    True and correct copies of relevant excerpts of the deposition transcript of Melanie Rud, dated January 28, 2013, are attached hereto as <u>Exhibit 168</u>.

170.    True and correct copies of relevant excerpts of the deposition transcript of Emily Simmons, dated February 13, 2013, are attached hereto as <u>Exhibit 169</u>.

171.    True and correct copies of relevant excerpts of the deposition transcript of Stephanie Skorka, dated January 18, 2013, are attached hereto as <u>Exhibit 170</u>.

172.    True and correct copies of relevant excerpts of the deposition transcript of Erin Spencer, dated December 7, 2012, are attached hereto as <u>Exhibit 171</u>.

173.    True and correct copies of relevant excerpts of the deposition transcript of Lisa Tam, dated January 29, 2013, are attached hereto as <u>Exhibit 172</u>.

174.    True and correct copies of relevant excerpts of the deposition transcript of Annick Thomas, dated February 4, 2013, are attached hereto as <u>Exhibit 173</u>.

175.    True and correct copies of relevant excerpts of the deposition transcript of Matthew Wagster, dated November 30, 2012, are attached hereto as <u>Exhibit 174</u>.

176.    True and correct copies of relevant excerpts of the deposition transcript of Xuedan Wang, dated December 18, 2012, are attached hereto as <u>Exhibit 175</u>.

177.    True and correct copies of relevant excerpts of the deposition transcript of Sarah Wheels, dated January 23, 2013, are attached hereto as <u>Exhibit 176</u>.

178.    True and correct copies of relevant excerpts of the deposition transcript of Abbe Wright, dated January 30, 2013, are attached hereto as <u>Exhibit 177</u>.

179.    True and correct copies of relevant excerpts of the deposition transcript of Mary Beth Yale, dated January 30, 2013, are attached hereto as <u>Exhibit 178</u>.

180.    True and correct copies of relevant excerpts of the deposition transcript of Angela Diegel, dated January 22, 2013, are attached hereto as <u>Exhibit 179</u>.

181.    True and correct copies of relevant excerpts of the deposition transcript of Maura Feil, dated January 28, 2013, are attached hereto as <u>Exhibit 180</u>.

182.    True and correct copies of relevant excerpts of the deposition transcript of Charlotte Miller, dated January 31, 2013, are attached hereto as <u>Exhibit 181</u>.

183.    True and correct copies of relevant excerpts of the deposition transcript of Marisa Novello, dated February 4, 2013, are attached hereto as <u>Exhibit 182</u>.

184.    A true and correct copy of Internship Agreement form for Xuedan Wang, which was marked as Exhibit 10 in the deposition of Sam Broekema, bearing bates number P0000054, is attached hereto as <u>Exhibit 183</u>.

185.    A true and correct copy of journal assignment 1, which was marked as Exhibit 4 in the deposition of Kimberly Holiver, bearing bates number KH00000001-4, is attached hereto as <u>Exhibit 184</u>.

186.    A true and correct copy of journal assignment 2, which was marked as Exhibit 5 in the deposition of Kimberly Holiver, bearing bates number KH00000005-8, is attached hereto as Exhibit 185.

187.    A true and correct copy of reflection number 2, which was marked as Exhibit 6 in the deposition of Kimberly Holiver, bearing bates number KH00000009-15, is attached hereto as Exhibit 186.

188.    A true and correct copy of Leszuk's LinkedIn profile, which was marked as Exhibit 1 in the deposition of Caitlin Leszuk, is attached hereto as Exhibit 187.

189.    A true and correct copy of proof of academic credit, which was marked as Exhibit 11 in the deposition of Caitlin Leszuk, bearing bates number D1751-755, D1765, and D1795-796, is attached hereto as Exhibit 188.

190.    A true and correct copy of performance review, which was mark as Exhibit 24 in the deposition of Caitlin Leszuk, bearing bates number D7546-547, is attached hereto as Exhibit 189.

191.    A true and correct copy of Mancini's email to Steve Boerner, a Media Adviser at St. John Fisher College, trying to obtain a letter saying she would receive academic credit for the internship, which was marked as Exhibit 7 in the deposition of Elizabeth Mancini, bearing bates number P0000001-3, is attached hereto as Exhibit 190.

192.    A true and correct copies of Mancini's Facebook post, which was marked as Exhibit 14 in the deposition of Elizabeth Mancini, bearing bates number P0000475, 466, 465, is attached hereto as Exhibit 191.

193.    A true and correct copy of Mancini's email exchange with Abby Kalicka regarding a reference for the open position at StyleCaster, which was marked as Exhibit 16 in the deposition of Elizabeth Mancini, bearing bates number P0000009, is attached hereto as Exhibit 192.

194.    A true and correct copy of Ms. Rappaport's resume, which was marked as Exhibit 1 in the deposition of Alexandra Rappaport, is attached hereto as Exhibit 193.

195.    A true and correct copy of Rappaport's March 4, 2011, email exchange with Professor Avarett, which was marked as Exhibit 9 in the deposition of Alexandra Rappaport, bearing bates number P0001973-1974, is attached hereto as <u>Exhibit 194</u>.

196.    A true and correct copy of journal entries, which was marked as Exhibit 10 in the deposition of Alexandra Rappaport, bearing bates number P0001987-988, is attached hereto as <u>Exhibit 195</u>.

197.    A true and correct copy of journal entries assignment, dated June 16, 2011, which was marked as Exhibit 11 in the deposition of Alexandra Rappaport, bearing bates number P0001989-990, is attached hereto as <u>Exhibit 196</u>.

198.    A true and correct copy of email journal entry, dated July 21, 2011, which was marked as Exhibit 12 in the deposition of Alexandra Rappaport, bearing bates number P0001920, is attached hereto as <u>Exhibit 197</u>.

199.    A true and correct copy of final entry, dated August 1, 2011, which was marked as Exhibit 13 in the deposition of Alexandra Rappaport, bearing bates number P0001986, is attached hereto as <u>Exhibit 198</u>

200.    A true and correct copy of Helmus email, dated August 3, 2011, which was marked as Exhibit 3 in the deposition of Scherri Roberts, bearing bates number D14357-359, is attached hereto as <u>Exhibit 199</u>.

201.    A true and correct copy of Jessica Rawls email, dated January 10, 2012, which was marked as Exhibit 4 in the deposition of Scherri Roberts, bearing document number RAJ_002_01_00000001-50545.1, is attached hereto as <u>Exhibit 200</u>.

202.    A true and correct copy of Skorka's Resume, which was marked as Exhibit 7 in the deposition of Stephanie Skorka, is attached hereto as <u>Exhibit 201</u>.

203.    A true and correct copy of Spencer's email exchange with Lauren Finney, dated May 6, 2010, which was marked as Exhibit 6 in the deposition of Erin Spencer, bearing bates number P0000609, is attached hereto as <u>Exhibit 202</u>.

204.    A true and correct copy of Spencer's student detail course schedule, dated May 17, 2010, which was marked as Exhibit 8 in the deposition of Erin Spencer, bearing bates number P0000715 is attached hereto as <u>Exhibit 203</u>.

205.    A true and correct copy of Spencer's email exchange with Sandra Wilson, which was marked as Exhibit 15 in the deposition of Erin Spencer, bearing bates number P0000709, is attached hereto as <u>Exhibit 204</u>.

206.    A true and correct copy of Spencer's final paper, dated August 10, 2010, which was marked as Exhibit 16 in the deposition of Erin Spencer, bearing bates number P0000719-729, is attached hereto as <u>Exhibit 205</u>.

207.    A true and correct copy of Spencer's write-up of interview with Lauren Finney, which was marked as Exhibit 17 in the deposition of Erin Spencer, bearing bates number P0000730-732, is attached hereto as <u>Exhibit 206</u>.

208.    A true and correct copy of Howard University Core Syllabus for the field work course, which was marked as Exhibit 18 in the deposition of Erin Spencer, bearing bates number P0000734-744, is attached hereto as <u>Exhibit 207</u>.

209.    A true and correct copy of Howard University Form A: Identification of Practicum/Field Experience Site, which was marked as Exhibit 19 in the deposition of Erin Spencer, bearing bates number P0000770, is attached hereto as <u>Exhibit 208</u>.

210.    A true and correct copy of Spencer's email to Architectural Digest, dated December 28, 2011, attaching her resume, which was marked as Exhibit 22 in the deposition of Erin Spencer, bearing bates number P0001026-1027, is attached hereto as <u>Exhibit 209</u>.

211.    A true and correct copy of Spencer's email to Michigan Avenue Magazine, dated August 18, 2012, attaching her resume, which was marked as Exhibit 25 in the deposition of Erin Spencer, bearing bates number P0001484-485, is attached hereto as <u>Exhibit 210</u>.

212.    A true and correct copy of Spencer's "thank you" email to Lauren Finney, dated August 12, 2010, which was marked as Exhibit 31 in the deposition of Erin Spencer, is attached hereto as <u>Exhibit 211</u>.

18

213.    A true and correct copy of a series of emails, which was marked as Exhibit 7 in the deposition of Matthew Wagster, bearing bates number P0000542-543, and P0000539, is attached hereto as Exhibit 212.

214.    A true and correct copy of Wagster's email exchange with Chloe Lipman, which was marked as Exhibit 12 in the deposition of Matthew Wagster, bearing bates number P0000544, is attached hereto as Exhibit 213.

215.    A true and correct copy of Wagster's email, dated November 25, 2012, attaching his resume, which was marked as Exhibit 15 in the deposition of Matthew Wagster, is attached hereto as Exhibit 214.

216.    A true and correct copy of Wang's email to Ashley Martinez, dated January 5, 2012, which was marked as Exhibit 19 in the deposition of Xuedan Wang, bearing bates number P0000398, and P0000400-401, is attached hereto as Exhibit 215.

217.    A true and correct copy of Wang's email to Adam, dated January 12, 2012, which was marked as Exhibit 20 in the deposition of Xuedan Wang, bearing bates number P0000404-406, is attached hereto as Exhibit 216.

218.    A true and correct copy of Cooperative Education Agreement from Portland Community College, which was marked as Exhibit 7 in the deposition of Sarah Wheels, is attached hereto as Exhibit 217.

219.    A true and correct copy of Evaluation of Your Internship at Cosmo Form, which was marked as Exhibit 10 in the deposition of Sarah Wheels, bearing bates number P0002074-76, is attached hereto as Exhibit 218.

220.    A true and correct copy of Wheel's resume, which was marked as Exhibit 15 in the deposition of Sarah Wheels, bearing bates number P0002173-74, is attached hereto as Exhibit 219.

221.    A true and correct copy of Mary Beth Yale's Summer Internship Paper, bearing bates number MY0000001-16, is attached hereto as Exhibit 220.

222.    A true and correct copy of Joseph Auon, et al., Letter to Hon. Hilda Solis, U.S. Department of Labor, dated April 10, 2010, available at http://iris.lib.neu.edu/cgi/viewcontent.cgi?article=1007&context=govt_letters last visited 3/12/2013, is attached hereto as Exhibit 221.

223.    A true and correct copy of Joseph Auon article, *Protect Unpaid Internships*, Inside Higher Ed, dated July 13, 2010, *available at* http://www.insidehighered.com/views/2010/07/13/aoun, last visited March 7, 2013, is attached hereto as Exhibit 222

224.    A true and correct copy of Janet Eyler article, *The Power of Experiential Education*, Liberal Education, (The Association of American Colleges and Universities),  dated Fall 2009, at 24-31, *available at* http://www.aacu.org/liberaleducation/le-fa09/documents/LEFall09_Eyler.pdf, last visited 3/13/13, is attached hereto as Exhibit 223.

225.    A true and correct copy of Richard M. Freeland article, *Liberal Education and the Necessary Revolution in Undergraduate Education*, Liberal Education, (The Association of American Colleges and Universities), dated Winter 2009, pp. 6- 13, *available at* http://www.aacu.org/liberaleducation/le-wi09/documents/LE-WI09_Freeland.pdf, last visited 3/13/13, is attached hereto as Exhibit 224.

226.    A true and correct copy of the Second Amended Complaint, dated July 24, 2012, is attached hereto as Exhibit 225.

227.    A true and correct copy of Mancini's LinkedIn profile, which was marked as Exhibit 1 in the deposition of Elizabeth Mancini, is attached hereto as Exhibit 226.

228.    A true and correct copy of Skorka's email exchange with Krista DeMaio, which was marked as Exhibit 8 in the deposition of Stephanie Skorka, bearing bates number P0000462, is attached hereto as Exhibit 227.

229.    A true and correct copy of Leszuk's email to Helmus, dated May 4, 2010, which was mark as Exhibit 14 in the deposition of Caitlin Leszuk, bearing bates number P0001830-1833, is attached hereto as <u>Exhibit 228</u>.

230.    A true and correct copy of the WHD May 8, 1996 opinion letter (1996 WL 1031777), is attached hereto as <u>Exhibit 229</u>.

I declare under the penalty of perjury under the laws of the State of New York and the United States of America that the foregoing is true and correct.

Executed this 18th day of March 2013, in New York, New York.

_____
        Kristina E. Findikyan

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have caused a true and correct copy of the foregoing to be served on all counsel of record, this 18th day of March, 2013, by operation of the Court's CM/ECF electronic filing system.

_Kristina E. Findikyan_

Kristina E. Findikyan