# EXHIBIT 105

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

XUEDAN WANG and ERIN SPENCER, on behalf
of themselves and all others similarly situated,

                                        Plaintiffs,

                    v.

THE HEARST CORPORATION,

                                        Defendant.

**ECF**

Civil Action No. 1:12-cv-00793-HB

### DECLARATION OF MOLLY RITTERBECK

MOLLY RITTERBECK declares, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1.      I am of legal age and am competent to make this Declaration.  I have personal knowledge of the facts set forth in this Declaration.

2.      I have worked for Fitness Magazine since September 2012 as Associate Beauty Editor.  I previously worked at Seventeen magazine from August 2010 to August 2012 as the Beauty Assistant.  At Seventeen I was responsible for pitching, researching and writing beauty articles, managing the beauty closet, calling in samples of beauty products, directing photo shoots, producing web content, and assisting the Beauty Editor and Beauty Director.

3.      From January to May 2009 I interned at Cosmopolitan magazine in the beauty department.  I pursued the opportunity because I had always been interested in beauty products and had developed a strong interest in writing; in fact, I originally interviewed for a position as a fashion intern and was delighted when I was referred within Cosmopolitan to the beauty editor

during my interview.  I was studying communications with a focus in journalism and a minor in business at Fordham and received academic credit for my internship.  The four credits I earned for interning, attending a bi-weekly communications-themed seminar where we would discuss our internship experiences, and writing several papers was the equivalent of one class and counted towards my degree requirements.  Tuition for the credits attributed to my internship was not itemized; rather I paid a flat fee per semester.  I understood from the initial application process and interview that the internship would be unpaid and that there was no guarantee of post-graduate employment at Cosmopolitan or Hearst.

4.    My internship was two days a week and my hours were typically 9:30 a.m. to 6:30 p.m. with a lunch break.

5.    During my internship at Cosmopolitan, I helped out Jessica White, the then-Associate Beauty Editor, with certain beauty stories.  I communicated with publicists representing beauty brands to acquire samples, organized the beauty closet, set up new products to be reviewed by the beauty director, researched new beauty products, collected press releases, conducted man on the street polls among potential readers, and even had the opportunity to sit in on an interview of a hair stylist and write the copy along with Jessica.

6.    On one occasion I assisted the then editor-in-chief, Kate White, with a cover poll. Kate gave me copies of two potential covers for an upcoming issue of Cosmopolitan and asked me to canvas a sample of people on the street to find out which cover they preferred and why.  I learned that details such as the color of the background and wording of an article title matter tremendously to the reader and therefore, the editorial staff.   I was impressed when Kate called my cell phone after hours to thank me for my contribution.   I also interacted with Kate as part of the Cosmo U program.  All of the interns would gather in a conference room and several of the

senior staff from the editorial and publishing sides of the magazine would share stories about their own career development and also explain the role of their department at the magazine.

7.      Prior to my internship, I did not have any significant professional writing experience (i.e., I did not write for my school newspaper like some of the other interns I had met).  Accordingly, as an aspiring writer, I hoped to write stories and earn a byline at the magazine during my internship.  Jessica referred me to Andrea Lavinthal, one of Cosmopolitan's web editors, who gave me the opportunity to write and helped me on two beauty-related blog posts for cosmopolitan.com, which clips I was able to reference in future job interviews.

8.      From all of my experiences I believed that Cosmopolitan was committed to training and educating me about the specifics of the beauty department and the overall editorial process.

9.      In my former role as the Beauty Assistant at Seventeen I typically supervised 1-2 part-time interns per semester (fall, spring and summer).  To select those interns I advertised the internship opportunity on websites such as ed2010.com, reviewed about twenty resumes, scheduled and interviewed roughly 10-15 potential candidates, and identified a few to meet with my colleague, the Beauty Editor.  Generally, this process took me from 5 to 7 hours a week for about two weeks per semester.  For a few weeks, when the new intern(s) started each semester, I spent about 2-3 hours a day directly training and supervising them.  As the semester progressed I spent an hour a day one on one with the interns, while closely monitoring their activities all day.  When I assigned tasks to interns I made sure they understood the big picture of why we were asking them to assist us.  Even though it was time consuming, it was important to me, as a former intern myself, to provide the details of why our department performed certain tasks and why they were important to the magazine.  Towards the end of each semester I spent time filling

out evaluations required by the interns' colleges and writing recommendation letters for dedicated and enthusiastic interns. I have many contacts in beauty departments and have referred several standout former interns for additional internships and employment opportunities.

10.     Interns typically assisted me with keeping track of beauty product samples that the magazine requested and received from beauty product brands or the PR companies representing them, organizing those samples by type and brand in Seventeen's beauty closet, and researching products for stories. I also encouraged interns to attend a couple of photo shoots per semester for front-of-book stories at Hearst's in-house photo studio, Studio D, and to shadow me at desk-side meetings. At a desk-side meeting, a representative of a beauty brand will present and demonstrate new products to the beauty department for editorial consideration. Moreover, the Assistant to the Editor-in-Chief, Bernadette Anat, periodically would arrange lunch meetings with the interns and I would explain to them my job responsibilities and the beauty department's role within Seventeen. From these experiences, the interns gained insight into the broader editorial process.

11.     Despite the hands on experience an intern gains, being a beauty intern is not the same as being a beauty assistant. For example, I never relied on interns to attend off-site market events, pitch or write stories or fact-check my beauty credits. If my name was attached to something or if there was new industry information to be gained, it was important for me to do it myself. Until one is in the role of an editor, it is impossible to understand the significance of every detail associated with a story, although I did try to stress that with interns.

12.     I was always cognizant that the interns were students and encouraged them to prioritize their school obligations above the internship. In fact, even if a potential intern stated that she would like to intern full-time or four days a week, I preferred to select two part-time

interns in order to increase the number of interns receiving the opportunity and ensure that the students would not be ignoring their coursework.  I did, however, select one intern for the Summer 2012 semester because she was earning several credits from her school.  Accordingly, her typical daily hours were less than other previous interns.

13.     Before I provided the information for this statement I was asked if I was represented by counsel (I am not) or if intended to join the current lawsuit (I do not).  Before I provided the information for this statement, certain information was communicated clearly to me, including that: my participation was completely voluntary; and that I would not receive any positive employment consequence or other benefit by participating.   After hearing and understanding the above information, I made a voluntary decision to provide the information for this statement.


I declare under the penalty of perjury under the laws of the State of New York and the United States of America that the foregoing is true and correct.

Executed this _3_ day of January 2013, New York, New York.

MOLLY RITTERBECK

# EXHIBIT 106

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

XUEDAN WANG, on behalf of herself and all
others similarly situated,

                                    Plaintiff,          **ECF**

                    v.                                  Civil Action No. 1:12-cv-00793-HB

THE HEARST CORPORATION,

                                    Defendant.

## DECLARATION OF SCHERRI ROBERTS

SCHERRI ROBERTS declares, pursuant to 28 U.S.C. § 1746, that the following is true

and correct:

1.      I am of legal age and am competent to make this Declaration.  I have personal

knowledge of the facts set forth in this Declaration, or I have learned said facts to speak on

behalf of Hearst Magazine's human resources department.

2.      I have been with Hearst Corporation since January 2001, when I joined the

company as Director of Human Resources ("HR") for Hearst Magazines.  In March 2004, I

became Executive Director of HR for Hearst Magazines, a position I held until February 2007,

when I was promoted to Vice President, HR.  In January 2012, I was again promoted to my

current title of Senior Vice President, HR.  In this position, I report to the President of Hearst

Magazines, David Carey.

1

3.     The Hearst magazines' unpaid internships at issue in this litigation are based on dozens of different programs at 19 magazines. Each magazine maintains its own internship programs with its own selection practices and criteria. Interns in the programs participate according to their own schedules and provide the number of hours to the internships that their individual studies can accommodate. Although HR is available to provide guidance to any individual magazine, neither HR nor I play an active role in the individual internship programs. In actuality, there are limited areas of uniformity among the programs, with the only true requirement being that all interns must receive academic credit for their internships. This common requirement developed over time. Other than this condition, and the facts that none of these interns are paid or have any expectation or promise of full-time employment, there are no consistent rules applied to the magazine unpaid internship programs, and there has never been any effort to standardize the programs.

4.     Two of our magazines, Esquire and O, The Oprah Magazine ("O"), have paid internship programs. The other 18 magazines do not have paid internship programs. I do not have knowledge of the details of either Esquire's or O's paid internship program. There are only two other paid internship programs that place interns at our magazines. The first is the diversity internship program, intended to encourage young people from minority populations to experience the magazine industry, whereby Hearst funds 5-6 "diversity" interns, each of whom is placed at a magazine. The diversity interns are selected by HR and paid at or in excess of the minimum wage and receive overtime for all overtime hours, if any. The second category of paid internships is the program run by the American Society of Magazine Editors ("ASME"). Some of our magazines periodically participate in the national summer internship program run by

2

ASME.  ASME dictates the program-required payment for ASME interns.  Hearst does not

require diversity interns or ASME interns to receive academic credit for their internships.

     5.     Several departments at the Hearst Magazines corporate level also have interns.

These have included Human Resources, Brand Development, Integrated Media, Digital Media,

Digital Studio, Direct Response, Controller's Office and Consumer Marketing.  I am not familiar

with the details of all of these internships but the focus of these internships reflects the different

focuses of the respective departments.

     6.     I was forwarded a January 4, 2012 email that former intern Xuedan Wang sent to

a Harper's Bazaar editor, Ana Maria Pimentel, in which Ms. Wang expressed her appreciation

for the internship at the magazine, calling it "the most unique and valuable professional

experience [she] could have asked for."  A true and correct copy of this email is attached hereto

as Exhibit A.  A few weeks later, on January 20, 2012, Ms. Wang followed up with Ms. Pimentel

seeking a reference.  A true and correct copy of this email is attached hereto as Exhibit B.

     7.     Generally, Hearst's magazines' interns have completed a couple years of college,

and they are able to contextualize what they learn during their internships and then reflect upon

and utilize those experiences when they return to their on-campus coursework.  The internships

also enable them to decide whether or not they want to work for a magazine in the future.

Because of the practical skills and exposure they acquire, the students that come out of the

internship programs have the ability to be considered more serious candidates for entry level

positions – at any magazine or publication, not just Hearst magazines.  In my experience, former

interns not only have an improved chance of obtaining full-time employment following

graduation over their counterparts who have not had internships, but their early exposure reflects

to a future employer their dedication to the industry and allows them to be more confident and have a shorter learning curve once in a professional workplace environment.

8.      The unpaid internship programs at Hearst's magazines are so popular that candidates often have to be turned away.  In fact, for the summer 2012 internships, over 450 resumes were received and applications are no longer being accepted.  Until the instant lawsuit, I had never heard any complaint or concern from any past or current intern, the Department of Labor or any state agency, in litigation or otherwise, for failure to pay wages.


I declare under the penalty of perjury under the laws of the State of New York and the United States of America that the foregoing is true and correct.

Executed this 4th day of April 2012, in New York, New York.


SCHERRI ROBERTS

4

# Ex. A
# to Roberts Decl.

**Roberts, Scherri L**                                         REDACTED

| | |
|---|---|
| **From:** | Pimentel, Ana Maria |
| **Sent:** | Wednesday, February 01, 2012 5:00 PM |
| **To:** | Goldsmith, Shari M; Roberts, Scherri L. |
| **Subject:** | Fw: |

**From:** Xuedan Wang ▮▮▮▮▮▮▮▮▮▮▮
**To:** Pimentel, Ana Maria
**Sent:** Wed Jan 04 13:38:29 2012
**Subject:**

Hi Ana Maria,

I hope you had a lovely holiday and New Year's. I regret that I wasn't able to thank you and say goodbye in person before I returned home to Ohio for the holidays. Would it be possible for me to come in to do so sometime this week or next? I just would love the opportunity to say a few words of appreciation to you for the opportunity to work on your team this past fall. It was the most unique and valuable professional experience I could have asked for.

Thanks and if you could let me know what day and time works best, I would greatly appreciate it.

Best,

Diana

# Ex. B

# to Roberts Decl.

**Roberts, Scherri L**                                         REDACTED

**From:**            Pimentel, Ana Maria
**Sent:**            Wednesday, February 01, 2012 4:53 PM
**To:**              Goldsmith, Shari M; Roberts, Scherri L
**Subject:**         Fw: A Reference

----- Original Message -----
From: Xuedan Wang
To: Pimentel, Ana Maria
Sent: Fri Jan 20 17:41:38 2012
Subject: A Reference

Hi Ana Maria,

I hope your 2012 is going well so far. I just wanted to touch base with you about something. I am in the midst of job-searching, and just interviewed with Julie Sankovich at PR Consulting for a PR assistant position. I would love to fulfill this job and I was hoping that you could provide a reference for me. Thank you so much for help!

Best,

Diana

2

# EXHIBIT 107

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

XUEDAN WANG, on behalf of herself and all
others similarly situated,

                                    Plaintiff,                    **ECF**

                    v.                                            Civil Action No. 1:12-cv-00793-HB

THE HEARST CORPORATION,

                                    Defendant.

---

## DECLARATION OF DAVID ROCKEFELLER

DAVID ROCKEFELLER declares, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1.      I am of legal age and am competent to make this Declaration. I have personal knowledge of the facts set forth in this Declaration, or I have learned said facts to speak on behalf of Good Housekeeping, Country Living and Woman's Day magazines.

2.      I have been the Group Finance Director of Good Housekeeping, Woman's Day and Country Living since June 2011. As the Group Finance Director, I am responsible for financial budgeting, financial forecasting, advertising, marketing and managing employee salaries for each of the three magazines that fall under my purview.

3.      Good Housekeeping does not have a paid internship program on the publishing side of the magazine, nor has it had one in the last six years. I am familiar with Good Housekeeping's unpaid publishing-side internship program, and it is that program that I refer to herein. Country Living has not had either a paid or an unpaid

publishing-side internship program in the last six years.  Woman's Day has not had either

a paid or an unpaid publishing-side internship program since it became a Hearst

publication.

4.      Good Housekeeping magazine, together with the Good Housekeeping

Research Institute and the Good Housekeeping Seal, is an American icon of consumer

protection and quality assurance.  The magazine reaches millions of readers a month,

providing health updates, parenting advice, consumer advocacy, and personal stories of

interest to women and their families.  The Good Housekeeping Research Institute, relied

on since 1900 for its consumer research, brings a depth of knowledge and authority to the

magazine's pages, and every issue delivers a unique mix of independent investigation and

trusted reporting, along with inspirational stories and practical service advice and tips.

5.      Generally speaking, Good Housekeeping has one or two publishing interns

at a time but it doesn't always have a publishing intern.  Interest and applicant availability

vary from year to year.

6.      Good Housekeeping's interns must receive college course credit

for the time spent at the magazine.  The interns are also made aware that the internship is

unpaid and that they are not entitled to a job at the end of the internship.

7.      Publishing internships at Good Housekeeping generally take place during

the summer months.

8.      There is no set amount of time each publishing intern must spend at Good

Housekeeping and each intern is given the flexibility to set his or her own schedule.  In

general, Good Housekeeping publishing interns train between 2 and 3 days a week, and

usually arrive between 9:00 and 10:00 a.m. and leave between 2:00 and 3:00 p.m.

9.      There is never a head or lead intern at Good Housekeeping.

10.     The focus of Good Housekeeping's publishing intern program is to mentor students who are interested in the business aspect of the magazine industry.  Our goal is to give students a real-life perspective about working in the publishing industry and to educate them about the industry itself.

11.     Good Housekeeping interns are closely supervised by Good Housekeeping employees.

12.     Good Housekeeping's publishing interns are asked to sit-in on marketing meetings and staff meetings.  During marketing meetings, the Publisher gives a brief presentation on the status of the business, new initiatives that are being implemented and any new marketing programs.  During staff meetings, sales associates speak about recent sales experiences, including how the associate overcame an uninterested client and/or a hard sell.  By sitting-in on these meetings, interns gain invaluable, real-world experience about the day-to-day operations of the magazine industry.

13.     Interns also often update sale sheets, which are one-page documents that sales associates use to pitch advertising programs to clients.  Sale sheets contain creative, colorful and concise summaries of the advertising programs.  Sale sheets are often presented to clients as part of sales pitches.

14.     The Good Housekeeping interns took part in a project to celebrate the 100th anniversary of the Good Housekeeping Seal.  The interns reviewed the magazine archives to gather marketing materials from prior issues to commemorate the special milestone.  The project gave the interns a unique opportunity to review marketing

3

materials from past issues and brainstorm how to incorporate those ideas for the 100th anniversary.

15.     As part of their internship experience, Good Housekeeping interns have been asked to prepare a presentation about the knowledge and experience they gained during the internship.  We asked the interns to present the final product during one of our monthly staff meetings.  This was an opportunity for the interns to improve their presentation skills.

16.     As part of Good Housekeeping's publishing internship program, interns are reviewed at the end of their internships.  Interns also often receive feedback throughout the course of their training to educate the intern about what he or she did well and what he or she can do to improve.

17.     I believe our publishing-side internships provide great value to the students who participate in them.  Also, having had a publishing internship is an asset and something that stands out to us when we are looking for entry-level associates.


I declare under the penalty of perjury under the laws of the State of New York and the United States of America that the foregoing is true and correct.

Executed this _2ⁿᵈ_ day of __April__ 2012, in New York, New York.


_____
DAVID ROCKEFELLER

# EXHIBIT 108

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

XUEDAN WANG and ERIN SPENCER, on behalf
of themselves and all others similarly situated,

Plaintiffs,

v.

THE HEARST CORPORATION,

Defendant.

**ECF**

Civil Action No. 1:12-cv-00793-HB

## DECLARATION OF KARLA RODRIGUEZ

KARLA RODRIGUEZ declares, pursuant to 28 U.S.C. § 1746, that the following is true
and correct:

1.      I am of legal age and am competent to make this Declaration.  I have personal
knowledge of the facts set forth in this Declaration.

2.      I am currently a Web Editorial Assistant for AAA New York.  I graduated in May
2012 from St. John's University.  In the fall of 2011 and the spring of 2012, I was an intern at
ELLE magazine.  I was a senior at St. John's at the time, majoring in journalism, and was always
very interested in magazines.

3.      I knew from the initial posting that an internship at ELLE would be unpaid and
that I would need to receive credit.  I sought and received approval from St. John's to receive
three credits (equal to one class) for each semester of my internship.  In addition to completing a
minimum number of hours in the internship (which I believe was at least two days/week), as part
of my credit requirements I was required to write weekly journal entries and mid-term and final

papers about my experience. My internship credits were graded, and to the best of my recollection I received an A or A- in each. Under St. John's guidelines, if I had been paid for my internship, I would not have been able to receive academic credit. The cost of my internship credits was included in my St. John's tuition, which was a flat rate up to five or six classes.

4.      I had no expectation that my internship at ELLE magazine would lead to a job at the magazine; nor did I expect that I would be entitled to a job reference.

5.      During my ELLE internship, I spent two days a week at the magazine, from 10:00 a.m. to 6:00 p.m. My supervisor, Associate Editor Julie Vadnal, was strict about my hours, and always insisted that I keep those hours and not stay late (although I know Julie stayed later at the office than I did). She always encouraged me to take my full one-hour lunch break as well.

6.      Julie, who was a senior editor responsible for the magazine's home, music and cultural coverage, was an involved and effective supervisor during my internship, and made my internship a fun and rewarding experience. At the start of my internship, Julie met with me and other interns and discussed her plans for our semester, and gave us guidance on how to interact and present ourselves in a professional manner around the office. She told us that she wanted us to use the internship as a chance to learn, and that she hoped we would come to her with any and all questions.

7.      I felt like I was learning no matter what I was doing during my internship, whether it was learning how to do some of the more administrative tasks that an editor faces (including responding to and prioritizing the numerous invitations to special events that they receive), or generally staying organized. I also learned what preparation goes into a photo shoot, and was able to help find items to use as props on shoots. Julie taught me how to create useful

clippings files of photos and prior press coverage in preparation for interviews. Although I thought I knew how to create clippings files from my school work, Julie taught me that certain sources are more desirable than others. For any task that I was helping with, Julie always walked me through the process, and provided detailed explanations as well as further guidance and feedback as I went along.

8.      I also learned how to quickly and properly transcribe interviews, something any graduate of a journalism school should know how to do. Although I had some practice transcribing from school, my skills not only improved during my internship, but I found it fascinating to get to hear the full interviews with people (including prominent musicians) I admired. By listening to Julie's taped phone interviews, I not only learned what types of questions made for interesting answers, but also learned how she put interview subjects at ease and was able to establish a rapport that would lead to a better interview. I found this process improved my own telephone skills, as did helping Julie communicate with publicists and others about upcoming photo shoots and other events. And when the final interviews came out in the magazine, I was able to see how the story made it from interview to print, an invaluable behind-the-scenes lesson.

9.      Being at ELLE also provided me with a good overview of how the whole magazine is put together, including who does what and how they do it. This came in large part from just being in an open office environment. At the end of my spring semester, ELLE organized a lunch for the interns with the magazine's top editors to hear about their jobs and career paths and to receive valuable career advice, something I found to be refreshing and helpful.

10.     Some of the biggest lessons I took away from my time at ELLE are not unique to the magazine world. For example, I learned not to be nervous having a phone conversation in an open office setting — a big deal for someone who came into the internship shy and not used to talking on the phone, let alone in a professional way. I also learned to interact with everyone I dealt with in a professional but friendly and approachable way, and to not be afraid to let my personality come through. I gained confidence in reaching out to people both within ELLE's offices and outside the company. And I learned from watching and helping Julie that it is important to always stay on top of whatever project you are responsible for.

11.     I also know that my internship, and in particular Julie, was helpful in my job search. Not only did Julie pass on my resume to friends in the industry when she heard of job openings, I know that my current employer called her for a reference, helping me get the job. And although my current job at AAA is very different than ELLE magazine, I find my experience at ELLE and some of the skills I learned have been helpful to me. For example, in my current job I think of new products that might be of interest to the AAA audience, and reach out to publicists and manufacturers to ask for samples for review. I don't think that I would have had the confidence or the professionalism to do so without the experience I gained during my internship.

4

12.    Before I provided the information for this statement I was asked if I was represented by counsel (I am not) or intended to join the current lawsuit (I do not).  Before I provided the information for this statement, certain information was communicated clearly to me, including that: my participation was completely voluntary; and that I would not receive any positive employment consequence or other benefit from Hearst by participating.  After hearing and understanding the above information, I made a voluntary decision to provide the information for this statement.

I declare under the penalty of perjury under the laws of the State of New York and the United States of America that the foregoing is true and correct.

Executed this __12__ day of January 2013, Jamaica, New York.

_____
KARLA RODRIGUEZ

# EXHIBIT 109

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

XUEDAN WANG and ERIN SPENCER, on behalf of :
themselves and all others similarly situated,               :

               Plaintiffs,               :   **ECF**

               v.               :   Civil Action No. 1:12-cv-00793-HB

THE HEARST CORPORATION,               :

               Defendant.               :

------------------------------------- x

## SUPPLEMENTAL DECLARATION OF KARLA RODRIGUEZ

KARLA RODRIGUEZ declares, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1.      I am of legal age and am competent to make this supplemental declaration. I have personal knowledge of the facts set forth in this supplemental declaration.

2.      I submit this supplemental declaration to clarify a statement in Paragraph 3 of the declaration I previously submitted in this action, dated January 12, 2013 (the "Declaration"). In that paragraph, I stated, among other things, that "I sought and received approval from St. John's to receive three credits (equal to one class) for each semester of my internship."

3.      After submitting the Declaration, I discovered in preparing for my deposition that I did not, in fact, receive course credit for my internship at ELLE during the Spring 2012 semester. I obtained approval from St. John's to receive course credit for the Fall 2011 and Spring 2012 semesters, and during both semesters I wrote weekly journal entries and mid-term and final papers about my experience, as required to receive course credit. However, when I reviewed my transcript this weekend, I noticed that the course credit appeared on my transcript only for the Fall 2011 semester, not the Spring 2012 semester. I believe this was due to an

oversight by the administration at St. John's. I did not notice this error earlier because I had

enough credits to graduate from St. John's without the three credits I would have received for my

internship during the Spring 2012 semester. In preparing my Declaration I assumed that I had

received credit for both semesters of the internship, and did not realize the error until I checked

my transcript.

I declare under the penalty of perjury under the laws of the State of New York and the

United States of America that the foregoing is true and correct.

Executed this 5th day of February, 2013, Garden City, New York.

KARLA RODRIGUEZ

# EXHIBIT 110

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

XUEDAN WANG and ERIN SPENCER, on behalf
of themselves and all others similarly situated,

                                    Plaintiffs,          **ECF**

                    v.                                   Civil Action No. 1:12-cv-00793-HB

THE HEARST CORPORATION,

                                    Defendant.

## DECLARATION OF JESSICA ROELANT

         JESSICA ROELANT declares, pursuant to 28 U.S.C. § 1746, that the following is

true and correct:

         1.      I am of legal age and am competent to make this Declaration.  I have personal

knowledge of the facts set forth in this Declaration.

         2.      I graduated from Long Island University ("LIU") in May 2012 with a degree in

journalism.  I am currently the production coordinator for the New Jersey Law Journal.

         3.      From January to May 2012, I interned at the Good Housekeeping Research

Institute ("GHRI") in the electronics department.  I only had time to complete one internship

during college because I was very busy playing intercollegiate soccer for LIU.  When looking for

an internship, I therefore sought an opportunity with a well-known and prestigious magazine

where I could gain writing experience and learn what it would be like to work one day in a fast-

paced, corporate environment.  My journalism program at LIU also required me to complete an

internship in order to graduate.

4.     I understood from my initial interview with Erik Eibert, a Test Engineer in the GHRI Consumer Electronics and Engineering department, that the internship would be unpaid and I would need to receive academic credit. I received three credits for the internship, which is equivalent to one course at LIU. To receive academic credit, I was required to keep a weekly journal log throughout the internship, write a final paper about my internship experience, and submit an evaluation from my supervisors. Internship credits are included in students' flat tuition at LIU; I did not pay full tuition, however, as I was receiving a sports scholarship. The internship was graded pass/fail, and I passed.

5.     I also understood from my initial interview with Erik that there was no guarantee of a job or job reference after my GHRI internship, though I hoped that the internship might lead to a reference if I impressed my supervisors. I interned at GHRI three days a week, and my hours were typically 9 a.m. to 5 p.m. My supervisors were very flexible about my schedule, and allowed me to take days off or to leave the office early when I had school obligations. I always took a one-hour lunch break, usually with my supervisors.

6.     Erik and Rachel Rothman, another Test Engineer in the GHRI Consumer Electronics and Engineering department, closely supervised me during my internship. I was the only intern in the Consumer Electronics and Engineering department that semester, and I interacted frequently with Erik and Rachel. They taught me all about the operations of the department and how products were tested, and provided me with detailed feedback on the tasks I performed. GHRI has rigorous testing procedures and standards and it was fascinating to learn about this, as it was the first time I had ever been exposed to a professional scientific institute. At the end of my internship, Rachel also gave me guidance about rewriting my resume, which was very helpful when I started to apply for jobs post-graduation.

7.      During my internship at GHRI, I assisted Erik and Rachel with a variety of tasks. I helped test consumer electronics products, such as gadgets, toothbrushes, toys, light bulbs, and paper shredders. Erik and Rachel would tell me about the tests that were to be performed and we would generally complete them together. I would input data from the tests into an Excel spreadsheet, which Erik and Rachel would then use to write articles for Good Housekeeping magazine and the magazine's blog. Erik and Rachel also occasionally gave me the opportunity to draft blog posts about the tested products as they knew I wanted to gain some writing experience. For example, one of the blog posts I drafted discussed the top ten electronic gifts for Valentine's Day. Erik and Rachel would review and edit my drafts and provide me with detailed suggestions about how to improve my writing. In total, I drafted about ten blog posts during my internship, all of which Erik and Rachel encouraged me to use as clips, and they have been very helpful in my job search.

8.      In addition to these testing and writing tasks during my internship, I sat in on editorial meetings for upcoming magazine issues which helped me learn about the cycle of a magazine's production. Although I was primarily invited to these meetings to observe and learn, the editors encouraged me to come up with my own ideas and present them during the meetings. On one occasion, I brainstormed with Erik and Rachel about new gadgets to test and I presented these ideas at an editorial meeting. This was primarily a learning exercise for my own benefit; I'm not sure whether any of my ideas were ultimately used in the magazine.

9.      The skills I learned and the knowledge I gained about the magazine industry during my internship will certainly be helpful to me in the future as I pursue a writing career. Because I spent much of my time during college playing intercollegiate soccer, the GHRI internship was also my first experience in a corporate environment. Having the opportunity to

learn more about this environment was extremely valuable, as it taught me how to be organized, how to conduct professional relationships, and how to operate computer programs like Excel. I was also very grateful for the set of clips I could use in future job interviews. I had a very positive learning experience and I would absolutely do the internship again if I could.

10.     Before I provided the information for this statement I was asked if I was represented by counsel (I am not) or if I intended to join the current lawsuit (I do not). Before I provided the information for this statement, certain information was communicated clearly to me, including that: my participation was completely voluntary; and that I would not receive any positive employment consequence or other benefit by participating. After hearing and understanding the above information, I made a voluntary decision to provide the information for this statement.


I declare under the penalty of perjury under the laws of the State of New York and the United States of America that the foregoing is true and correct.

Executed this ___ day of January 2013, Brooklyn, New York.

JESSICA ROELANT

# EXHIBIT 111

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

XUEDAN WANG and ERIN SPENCER, on behalf
of themselves and all others similarly situated,

Plaintiffs,

v.

THE HEARST CORPORATION,

Defendant.

**ECF**

Civil Action No. 1:12-cv-00793-HB

## DECLARATION OF MICHAEL ROSELLI

MICHAEL ROSELLI declares, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1.     I am of legal age and am competent to make this Declaration.  I have personal knowledge of the facts set forth in this Declaration.

2.     I am currently a senior at the State University of New York (SUNY) at Albany pursuing a double major in Journalism and Documentary Film Studies.

3.     In the summer of 2012 I interned at Popular Mechanics magazine in the editorial department.  I knew from my initial interview that the internship would be unpaid and that I would need to get credit, and that no job would result from the internship; it was my hope that if the summer went well, I would be able to use my supervisors as references.  At the time, I had completed my junior year in college and hoped that the internship would provide me with real-world experience at a major publication.  I had a particular love of all things automotive, and

thought that Popular Mechanics might be a good fit for me. I received three credits for my internship, which is equivalent to a typical class at SUNY Albany. In addition to interning for a minimum number of hours, the university required that I write a final paper and maintain an activity log to receive the credit. I was also required to submit an evaluation from my supervisor at Popular Mechanics.

4. My internship was three days a week and my hours were typically 10 a.m. to 4 p.m. on Tuesdays and 10:30 a.m. to 4:30 or 5:30 p.m. on Wednesdays and Thursdays. On a few rare occasions, I stayed late by choice; my supervisors never asked or pressured me to do so.

5. Theresa Breen, the Assistant to the Editor-In-Chief at Popular Mechanics, served as my official supervisor, but I spent most of my time assisting senior editors in a variety of departments. Throughout my internship, Theresa not only ensured that I was exposed to multiple departments within the magazine to gain a better understanding of how each of them functioned, she also asked me about my interests and what I wanted to get out of the internship, and then pointed me towards the appropriate editorial staff. For example, because of my demonstrated interest in automobiles, she referred me to Andrew Del-Colle, an Assistant Editor in charge of the automotive section. Andrew subsequently supervised me in interesting projects that enhanced my knowledge of cars and sharpened my writing and research skills.

6. From my time spent with Andrew and other editors, I learned how to conduct background research for stories. Online Editor Andrew Moseman gave me the opportunity to write several blog posts and two short articles on torque steering and a summary of an episode of the magazine's "How'd They Do That" online video series featuring rally driver Ken Block. In doing so, Andrew and other editors provided me with extensive guidance and editorial feedback about my writing, and I encouraged them to review their edits with me — which they did — so

that I could learn even more from them. Both Andrew Del-Colle and Andrew Moseman encouraged me to pitch as many story ideas as I wanted, and I spent a considerable amount of my time that summer researching possible story ideas and writing brief summaries of those ideas. Although most of pitches never made it to print or the web, because of the feedback I received from the editors I found the process itself an educational one that honed my research and writing skills and provided me insight into the magazine's editorial voice and process. And because I was able to turn some of my ideas into short web pieces, I was able to gain clippings and by-lines that will be useful to me as I enter the job market. Even though I know I was not asked to pitch stories because the magazine or website was in need of additional content, I appreciate the opportunity I had to do so both for the experience I gained and for the clippings.

7.      Over the course of my summer, I also assisted Associate Editor Alyson Sheppard in the research department with email correspondence from readers, helping her find information to respond to their questions or passing on the inquiries to the appropriate editor. Later, I was able to help update a wall of reduced-sized page layouts of the issue then in progress for the magazine's Editor-in-Chief. Doing so not only gave me a comprehensive understanding of the magazine's content and its layout, it also taught me the importance of keeping track of all of the stories and the look of the magazine as it came together, and provided me with further insight into the editorial process.

8.      I was also given opportunities to shadow Theresa and the editors at various meetings and events. I was invited to attend weekly staff meetings, which I did when I was in the office, where ideas were pitched for the next month's issue. Although I did not actively participate in them, I observed the proceedings and took detailed notes for my own use. I also was able to attend several PR events, including a product launch at which I was able to ask

questions as a representative of the magazine, and report back to the responsible editor.  Theresa and my other supervisors not only took time to answer any questions I had, but also arranged for other editors to take me to lunch so that I would have a chance to learn more about their job responsibilities and career paths.

9.      From my experiences as an intern, I acquired a range of practical skills and learned about the daily operation of a prominent magazine publication as well as how to work in a professional environment with so many different people from different places.  I learned how to develop and pitch story ideas, gaining confidence in my ability to do so effectively.  When I returned to school to complete my senior year, I found my journalism classes to be easier because I had practiced my writing all summer and had even improved my writing abilities from the extensive feedback I received on all of my assignments at Popular Mechanics.  I also learned Photoshop and InDesign techniques that I have been able to apply to my coursework.  My internship further helped inform my decision to pursue a career in journalism, perhaps even in magazine writing.  Theresa and the editors I worked with have stated that they would be more than happy to provide me with letters of recommendation for any future job applications.

10.     Before I provided the information for this statement I was asked if I was represented by counsel (I am not) or if I intended to join the current lawsuit (I do not).  Before I provided the information for this statement, certain information was communicated clearly to me, including that: my participation was completely voluntary; and that I would not receive any positive employment consequence or other benefit from Hearst by participating.  After hearing and understanding the above information, I made a voluntary decision to provide the information for this statement.

I declare under the penalty of perjury under the laws of the State of New York and the United States of America that the foregoing is true and correct.

Executed this ___14th___ day of January 2013, Montgomery, New York.

MICHAEL ROSELLI

# EXHIBIT 112

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

XUEDAN WANG, on behalf of herself and all
others similarly situated,

                                Plaintiff,

                    v.                                    Civil Action No. 1:12-cv-00793-HB

THE HEARST CORPORATION,

                                Defendant.

## DECLARATION OF ANDREA ROSENGARTEN

ANDREA ROSENGARTEN declares, pursuant to 28 U.S.C. § 1746, that the following is

true and correct:

1.      I am of legal age and am competent to make this Declaration.  I have personal

knowledge of the facts set forth in this Declaration, or I have learned said facts to speak on

behalf of Harper's Bazaar magazine.

2.      I have been a Hearst employee for eight years, almost five of which I have

worked at Harper's Bazaar ("Bazaar" or the "magazine").  I am currently Bazaar's Executive

Managing Editor, where I am responsible for managing the editorial creative and production

process, including hiring, training and overseeing editorial employees and managing the editorial

budget.  I also act as the liaison between Editorial and all other departments, including

management.  As the Executive Managing Editor, I am familiar with Bazaar's unpaid internship

program and particularly the interns on the editorial side of the magazine.  Bazaar does not have

a paid internship program, nor to my knowledge has it had one in the past six years.

1

3.      Started in 1867, Bazaar is the nation's first fashion magazine and continues to be

one of the country's (and world's) premier fashion publications.  Bazaar is a world-renowned

arbiter of fashion and style, focusing strictly on high fashion and shopping, beauty and hair, and

celebrity style.  With its sophistication, elegance and grace, Bazaar showcases the most visionary

stylists and talented designers, and has become the style resource for the world's most

fashionable women.  Bazaar has a history of renowned editors, writers, photographers and

contributors that add to its unrivaled reputation in the field.

4.      Bazaar has a very popular internship program, and on almost any weekday during

a semester there are approximately 15-20 interns at the magazine.  The internship program is

divided into three semesters: Spring, Summer and Fall.  Most of our interns are at the magazine a

few days per week.  It is unusual for an intern to be able to devote five days per week to the

internship.

5.      Bazaar's internship program is subdivided into different departments, with each

department essentially running its own internship program based on its subject matter and the

interns' particular skills and interests.  These departments are: Accessories, Advertising,

Art/Design, Beauty, Editor-in-Chief, Fashion/Market, Fashion Features, Features, Management,

Marketing, and Photo & Bookings.  All of the departments except the Advertising and Marketing

departments are under my purview.  Each department posts its own advertisement for its

internship, listing the specific criteria it is seeking, and selects its own interns, with an editor

from that department reviewing resumes and interviewing all candidates.  Similarly, during a

student's internship, he/she is supervised and trained solely by editors within the specific

department of his/her internship.  The only real constants between the various departments are

2

that (1) all interns must receive academic credit for their internship; (2) the internships are unpaid; and (3) the interns understand they are not entitled to a job at the end of their internships.

**Fashion/Market and Accessories Interns**

6.        Most of our interns are in the Fashion/Market and Accessories departments, and these interns' responsibilities include trafficking and inventorying merchandise coming in and out of the magazine, attending photo shoots and completing research projects and filing.  The Fashion/Market and Accessories departments are the only departments in the magazine that have a designated "Head" intern, who helps disseminate tasks among the interns in the department and has the most direct access to editors and directors.  These internships are prestigious and present a rare opportunity for those interested in and studying high fashion to have first-hand experience with high fashion articles of clothing and accessories.  Moreover, the interns have access to the associated designers, public relations professionals, elite fashion photographers and stylists who contribute to Bazaar.

7.        Internships in Bazaar's closet are different from other fashion and accessories internships at Hearst.  Specifically, the quality of the articles is of such caliber that many of the fashion students relish the opportunity to train in our fashion department and have access to these items.  There is a big difference between studying couture in a classroom and taking responsibility for its handling and care in the real world.  No other Hearst magazine would provide a fashion or accessories intern with the opportunity to view, handle and learn from the level of inventory that comes in and out of Bazaar's closet, or provide the fashion house contacts that are made on a daily basis.  The assistants in these departments have given former interns recommendations that have landed them in prestigious fashion positions with Marc Jacobs and Diane Von Furstenberg, to name a few.

3

**Photo & Bookings Interns**

    8.     Bazaar has approximately 7 big photo shoots per issue, but many more in March and September.  The Photo & Bookings department hires all photographers, stylists, hair, make-up for all of the photo shoots, handles all details regarding production and budget and brainstorms regarding locations for photo shoots.  The way this department operates is unique and different from many other magazines, even other high end fashion publications like Vogue.  At Bazaar, this department handles the entire process related to photo shoots, whereas at other publications the department might be bifurcated into several areas that each handle a specific aspect of the process and don't have the opportunity to see everything going into the shoot.  Therefore, an internship at Bazaar's Photo & Bookings department is particularly unique since interns have an opportunity to observe and contribute to the entire process.

    9.     To assist in this holistic approach to the photo shoots, Photo & Bookings interns perform research for photo shoot locations and looks, compile casting boards of models for photo shoots (the editors work off of those boards), attend "go sees" with models, sometimes scout locations, and they create reference pages for stylists, photographers, and other third parties that regularly interact with the Photo & Bookings editors.  This includes important information that sets the various people apart from others in their field, such as that a photographer is avant-garde or that a make-up artist is good at natural looks.  This is an opportunity not only to learn about the individuals in the industry and know the top names in fashion, but also to see the information that's important for an editor to know.  These interns shadow a Photo & Bookings assistant at the photo shoots and have the rare opportunity to see how the process comes together: the photographers at work, the team setting up, the discussion about how the shoot is going to go.  These interns observe how the magazine goes from an inspiration at the office to seeing that inspiration come to fruition.  For example, if an intern had conducted research

regarding Bridget Bardot's hair, they can see how the pictures translated to the hair that's being styled for the models at the shoot.  Similarly, these interns see how the clothes are used as a tool to illustrate an editorial idea.  Many Photo & Bookings interns are aspiring photographers and it's crucial to learn who works for whom to understand how the industry works.  The internship teaches the interns to read a magazine by looking at the credits so that they can see where things are shot and think about how that location was obtained for a shot, or get inspiration for future Bazaar's shots.

**Features and Fashion Features Interns**

10.     Interns in the Features department perform internet research for stories, transcribe editors' interviews, create sample questions for interviews and submit blog posts.  Features interns also compile the culture list, which is the department's list of exhibitions, galleries, films and music happenings.   This allows the intern to see what events are of importance to the magazine and how these events inspire ideas that end up in the magazine.  The interns conduct research regarding certain celebrities that might be featured in the magazine, pull images regarding all films for that celebrity, and engage in fact checking

11.     The Fashion Features intern experience is also journalistic in nature.  Interns conduct research for stories, summarize the daily contents of Women's Wear Daily, and conduct photo research under the close supervision of Fashion Features editors and assistants. Sometimes Fashion Features interns post short write-ups they have authored on the magazine's blog, after editors have spent time correcting the entries and advising on proper sentence structure and other journalistic techniques.  Those in the Department spend time counseling the interns on career paths, job tips and serving as references for interns that show promise in their attempt to later break into the industry.

12.    Many interns have commented on the journalistic value of internships in these departments.  For example, interns have said that transcribing interviews conducted by staff is valuable because it is rare that a student will have the opportunity to hear a full soup-to-nuts interview with a celebrity or other public person.  In so doing, the interns learn interviewing techniques such as establishing rapport, how to get a subject to talk about a sensitive subject in more detail, and how to ask follow-up questions.  Interns also learn by seeing what aspects of the interview editors determined was important enough to make it in the article's final cut.

**Art/Design Interns**

13.    Bazaar's rich tradition and history of famed Creative Directors make its Art/Design department a coveted place to intern for the vision and experience it offers. Art/Design interns train closely with the department's editors and assistants designing the pages of the magazine.  In so doing, they generally spend time on the magazine's table of contents, the masthead and the "Welcome to the Issue" page.  The interns take objects that editors decide to include on a page and design how the objects are going to interact with the typed words.  While much of the content that interns produce is edited and redirected by editors, the experience of designing is important for the interns' creative growth and learning about spatial relations, how objects interact on a page and the role typography plays in design.  Sometimes interns' design product is used in the magazine, which significantly bolsters their portfolio for when they leave their internship and seek their first industry design job.

14.     Interns compile the Monthly/Issue Binder, where the interns see the evolution of the issue and the Editor in Chief's thought process in finalizing the issue. The experience also teaches these interns what is an acceptable page that ultimately goes to press. The recent redesign of the magazine – which was much celebrated in the industry – was a rare opportunity for interns to see what can be described as an intense design laboratory, which certainly no classroom could ever provide. One of the interns helped the Design Director put together a presentation that she gave in Paris, and one of the intern's pages was used in the presentation, which is a high honor.

**Beauty, Management and Editor-in-Chief Interns**

15.     The remaining departments, Beauty, Management and Editor-in-Chief typically have one or sometimes two interns a semester. Interns in the beauty department manage the products that come in and go out of the beauty closet. Management interns assist in everything on the administrative side of the magazine – from contract management, permissions and syndication requests, and liaising with authors. Management interns also get a behind-the-scenes view of Bazaar's interaction with various television shows, which seek to feature the opinions and participation of Bazaar's editors. This is similar to handling requests for Bazaar's participation in exhibits, such as a recent Chanel exhibit where Bazaar was solicited and participated in the showcase of the iconic label. Interns for the Editor-in-Chief assist her in all aspects of her place in the fashion industry and in upholding the Bazaar reputation and brand. These interns have numerous contacts with the most renowned designers in the industry and are exposed to the workings of the fashion industry at the highest level.

16.     As Executive Managing Editor, I am hyper-sensitive to the magazine's responsibility to our interns; we are here to teach them about the publishing industry and how a magazine functions.  As such, we seek to have every task assigned to an intern have some learning or training component.  For example, although the Accessories interns' task of inventorying product might seem like a basic administrative function, it's important for learning the critical nature of tracking items that come into the magazine for insurance purposes.  So, when an intern is taking a picture of every product and making a record memorializing the condition of the product, he/she realizes how meticulous editors need to be in understanding what every product looks like and where it goes once it enters our doors.  The records created by interns accompany products to photo shoots and are examined by the person unpacking the product so that he/she can evaluate whether it looks the same as when it arrived at the magazine.  Through their role in this process, interns learn important lessons about the administrative workings of dealing with so much merchandise, the path products take throughout the magazine and the insurance component that is a constant element to working with clothing and accessories of such high value – oftentimes worth millions of dollars – in a fashion magazine.

17.     Similarly, interns absorb a great deal by attending magazine photo shoots and observing how stylists work with the talent and make decisions about what the talent should wear and what items should be featured in the magazine.  Interns can also gain insight into the photography perspective of a photo shoot, such as how a photographer gets the talent to do what he/she wants to capture the best picture and most favorably display the product or merchandise.  In addition to interacting with stylists, talent and photographers, interns get to understand the importance of the public relations role to the magazine, and make contacts in public relations departments.

18.     In addition to the access they get when being able to attend production meetings or sit in on brainstorming sessions, all interns are able to speak with anyone on the magazine's staff at any time.  This means that if an intern in the Fashion department has a question about writing stories about designers, he/she can approach a director or editor in the Fashion Features department and learn more about what that person's job is like.  This exposure allows an intern to make educated decisions about whether he/she might be interested in another area of magazine production and how he/she ultimately wants to steer his/her career in the publishing industry.

19.     We maintain our internship programs because we're committed to providing young people with a real-world experience that gives them first-hand knowledge of how our magazine runs and makes them better qualified to enter the fashion publishing industry.

20.     When I am hiring for entry level positions, I give preference to the person who had an internship at a fashion magazine.  An internship in our industry is the equivalent of real-world experience because it signifies first-hand knowledge of how a magazine runs and shows the applicant's dedication and desire to be part of the industry.

I declare under the penalty of perjury under the laws of the State of New York and the

United States of America that the foregoing is true and correct.

Executed this __2__ day of __April__ 2012, in New York, New York.

ANDREA ROSENGARTEN

# EXHIBIT 113

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

XUEDAN WANG and ERIN SPENCER, on behalf
of themselves and all others similarly situated,

                                        Plaintiffs,          **ECF**

                    v.                                       Civil Action No. 1:12-cv-00793-HB

THE HEARST CORPORATION,

                                        Defendant.

## DECLARATION OF ASHLEY ROSS

ASHLEY ROSS declares, pursuant to 28 U.S.C. § 1746, that the following is true and
correct:

1.      I am of legal age and am competent to make this Declaration.  I have personal
knowledge of the facts set forth in this Declaration.

2.      I graduated from The University of Florida in 2010 with a degree in Journalism.
After spending my junior year in Paris and taking a class in fashion journalism, I decided I
wanted to ultimately pursue a career in magazines, and preferably at a fashion magazine.  A
professor suggested that I pursue an internship because of my interest in fashion journalism.
After obtaining a part-time internship at a New York-based publication, I sought a second
internship to fill my remaining time, and was lucky to find an internship at Country Living
during the summer of 2009.  Since February 2011, I have been an Editorial Assistant in the
features department at Marie Claire.  As Editorial Assistant, I assist the Executive Editor and the
Entertainment Director, and am responsible for Marie Claire's book coverage.  I also write other
features stories for the magazine.

3.     During my Country Living internship, I spent three days per week in the Country Living offices, from 10:00 a.m. to 6:00 p.m. I never worked past 6:00, although members of the staff frequently did; I usually took a one-hour lunch break. I understood when I took the internship that it would be unpaid, and that I would need to obtain academic credit. I received one credit from the University of Florida for my Country Living internship. As part of the University of Florida's internship credit requirements, I was required to write two ungraded papers. The cost of the credit was covered by my tuition; because I received a full scholarship at Florida, there was no cost to me. I had no expectation of a job at the conclusion or my internship, and understood that any reference or recommendation would depend on the relationships I developed during my internship.

4.     I was supervised closely during my internship by Features Director Monica Willis, then-Associate Editor Jessica Feder, and then-Assistant Editor Jourdan Crouch, as well as the entire features team. Everyone at Country Living was very open and accessible during my internship. I believe that I learned more about the work of a magazine editor from my internship than I did in my journalism classes at the University of Florida. I received a broad picture of the editorial side of magazine publishing, and a more "hands on" experience than I had gotten or could get in a class, including my professional practice class.

5.     For example, I was given the opportunity to research and assemble information about side tables for a piece on "America's Best-Selling Side Table." The information I gathered was then presented to the magazine's Editor-in-Chief, who let me write up my findings for a piece in the magazine, providing me not only with insight into the extensive editing process that goes into every part of the magazine, but also with a clipping for my portfolio. I was also able to research and write a few pieces for the magazine's "State Pride" back page, although ultimately

2

the editors did not use what I had written, but had someone else write up the piece. The process of working on these pieces with the guidance of and feedback from an experienced editorial staff was a great experience, and one that I would not be able to get in a typical journalism class. In particular, by helping with the State Pride pages, I was able to see every step in how a piece went from concept to print, and how my writing was edited (or in some cases, not used at all). Even the experience of working on an article and not having it used was an important lesson in itself.

6.    While my internship involved some administrative tasks, even such mundane-sounding projects as helping Monica complete expense reports turned out to be a great experience by teaching me what sort of things were expensed by a magazine editor and why, and introducing me to the importance of networking in the magazine world.

7.    My internship also included experiences that proved valuable in preparing me for my current job and responsibilities, but that I never would have been prepared to tackle straight from my journalism classes. For example, I spent time during my internship answering reader mail. While much of the reader mail involved questions as to where to purchase items featured in the magazine, I occasionally encountered hate mail (or phone calls). When I did, I sought assistance from a staff member. Learning to deal with such situations was a valuable experience for me, and I appreciated more generally that I was getting to experience what it was like to be at a magazine that truly read and responded to letters from readers. I also helped Country Living's Editor-in-Chief prepare for appearances on the Today Show by, *e.g.*, tracking down hard-to-find items to use in the craft projects to be demonstrated on the show.

8.     Although I am sure the staff appreciated any assistance that I provided over the course of my internship, the magazine would function smoothly without any interns.  The existing staff would complete all their work, and probably without significant (if any) adjustment to their schedule.  For example, if I had not done Monica's expenses, she would have just done them herself.  I know from my own experience as an editorial assistant at Marie Claire that it is often faster and more efficient to perform such tasks myself.

9.     My internship at Country Living influenced me in every way, and I remain in contact with my mentors from the internship.  I believe my internship also gave me added knowledge and credibility when I returned to campus for my senior year.  For example, I took a class called "Magazine Management," as part of which students put together our own magazine from start to finish.  Because of the experience and knowledge gained during my internship, I felt I had a real advantage in the class.  And while previously I had been unable to obtain the editorial position I hoped for at my college newspaper, following my internship, the newspaper staff took me more seriously, and I was made an editor during my senior year.

10.     I also know that my internship at Country Living, including the contacts I made, was instrumental in helping me obtain my current position at Marie Claire.  At Marie Claire, among my other duties, I supervise interns in the features department.  It is always my intention that the interns in my department have an educational experience.  Interns assist me with transcribing interviews and conducting research, and are given the opportunity to do some writing, usually for our blog.  I closely supervise my interns' work.  For example, when conducting research, I provide guidance not only as to where and how to conduct research related to our articles, but also as to why some sources are more appropriate or credible than others.  Even when I have interns help me with administrative tasks, I try to make the experience

4

an educational one. Although it sometimes would be faster to do things myself, I believe letting interns take on certain tasks gives them insight into the realities of a job as an Editorial Assistant. I also know that interns get bored when they have nothing to do with their time. As a supervisor, I always try to draw on my own experience as an intern. Because I valued any opportunity to write during my own internship, for example, I provide my interns with similar writing opportunities.

11.     Before I provided the information for this statement I was asked if I was represented by counsel (I am not) or intended to join the current lawsuit (I do not). Before I provided the information for this statement, certain information was communicated clearly to me, including that: my participation was completely voluntary; no adverse employment consequence would result, and I would not be retaliated against in any way if I declined to participate; and that I would not receive any positive employment consequence or other benefit by participating. After hearing and understanding the above information, I made a voluntary decision to provide the information for this statement.

I declare under the penalty of perjury under the laws of the State of New York and the United States of America that the foregoing is true and correct.

Executed this 10th day of January 2013, New York, New York.

_____
Ashley Ross

5

# EXHIBIT 114

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

XUEDAN WANG and ERIN SPENCER, on behalf
of themselves and all others similarly situated,

                                          Plaintiffs,

v.

THE HEARST CORPORATION,

                                          Defendant.

**ECF**

Civil Action No. 1:12-cv-00793-HB

## DECLARATION OF RACHEL ROTHMAN

Rachel Rothman declares, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1.     I am of legal age and am competent to make this Declaration. I have personal knowledge of the facts set forth in this Declaration.

2.     I have worked for the Good Housekeeping Research Institute since 2008. Since September 2012 I have served as Director of the Institute's Consumer Electronics & Engineering Department. In this role, I oversee all work performed in the Institute's Engineering Lab. This includes overseeing methodologies used, product pitches, and consumer testing. My lab tests consumer electronics, home improvement products, toys, and automobiles for editorial inclusion in *Good Housekeeping* magazine, for advertorial clearance, or that seek the Good Housekeeping Seal. Throughout my time at the Institute, I have shared responsibility for selecting and overseeing interns in the Engineering Lab.

3.      Although my lab does not always have interns, when we do, I serve as their supervisor.  My interns must receive academic credit for their internship, and I make it clear to them from the start of the application process that the internship will be unpaid and that there should be no expectation of a permanent job following the internship.  Interns are often students majoring in journalism or communications rather than more traditional engineering fields.  Interns are not required to have technical expertise or experience.  We typically have four interns during the summer, and two each semester during the school year, although we have had none during the fall 2012 semester.

4.      I let each intern set his or her own hours based on individual credit requirements, interests, availability and other commitments.  In the summer, interns typically are in my lab two or three days a week, from 9:00 or 10:00 a.m. until 5:00 p.m.  I kick my interns out at 5:00 under all circumstances, even though my work day (whether in the lab or elsewhere) is typically much longer.  The only exception is when they are given the option of attending after-work press events, but this is at their own discretion.  During the school year, interns' hours typically are more dependent on class schedules.

5.      The specific projects interns work on depend on what is going on in the lab, individual intern's particular interests, and what he or she hopes to get out of the internship.  I make it a point to try and find out what each intern's strengths are, as well as what they enjoy doing, and tailor their experience accordingly.  For example, I have had interns who are particularly interested in food who have had the opportunity to spend time assisting in the kitchen appliance lab.  I also give my interns the freedom to write about relevant topics that interest them for our blog (and provide them with guidance and editorial feedback in the process), and will let them "call in" relevant products in which they have a particular interest,

even if the product is not one currently scheduled for testing and review by my lab.  I do this not because I need that particular content generated for the blog, but to give interns the opportunity to learn to put together a story from start to finish based on their own interests, and to give them something tangible (clippings) that they can use in looking for future jobs.  I would not cater work hours for an employee based on his or her own pursuits, but I give interns that opportunity because I believe it is a valuable educational experience for them.

6.      I have my interns shadow me as much as possible in the daily aspects of my job.  I make sure that each intern is able to come to at least one editorial brainstorming session (where ideas are pitched), and at least one "pre-pitch" meeting (where ideas are formalized and fleshed out), and, if the timing is right, a project summary meeting (where we discuss testing methodology and project scope), so that they can become familiar with every step in the testing and review process.  Moreover, the help that interns provide with our testing processes is always conducted side by side with me and my staff.  I also try to provide my interns with opportunities to learn about how the work that is done in my lab fits into the overall Good Housekeeping brand and magazine.  To this end, I walk them through the pages of the magazine, and show them how it came to be, and our contribution to different aspects.  I walk them around the Institute, highlighting the different labs, the background of the employees, and what goes on in each.  A group lunch is organized in which all interns meet with the Institute's directors, and they are able to hear about the background and career paths of the Institute's staff and receive career advice.  I also take the time to teach interns practical skills, such as how to use certain formulas in Excel.  I don't do this because I need interns to be entering data into Excel for me (there is little benefit to me to having them do so, since it is frequently more time consuming to teach than I could do myself), but because they ask me to show them how.

7.     Although I enjoy having interns in my lab and appreciate any help or creative ideas that they provide, I am not dependent on interns to complete my work (nor is my department).  When we do not have interns in the lab, we are able to concentrate more fully on the tasks at hand, and are often more efficient in our work because we are not overseeing interns. I am passionate, however, about mentoring my interns, and always go out of my way to provide, among other things, career advice, help on their resumes, and mock interviews that I hope will assist them in finding a job.  I believe an internship at GHRI provides interns with the type of practical experience they are unlikely to find anywhere else.  I also witness how interns are able to develop communication, writing, and time management skills, along with an analytical mindset and expanded sense of professionalism, over the course of their internships.  They gain confidence in things that will be crucial to them when seeking a job in any field, such as speaking professionally on the phone, and I always see a change in their professional demeanor as their internship progresses.  And although my lab uses regimented processes and procedures in conducting our testing, by learning why those procedures have developed and why it is important to conduct our testing in a defined and analytical way, interns learn to develop an analytical and rigorous way of approaching any problem in any setting.

8.     Before I provided the information for this statement, certain information was communicated clearly to me, including that: my participation was completely voluntary; no adverse employment consequence would result, and I would not be retaliated against in any way if I declined to participate; and that I would not receive any positive employment consequence or other benefit by participating.   After hearing and understanding the above information, I made a voluntary decision to provide the information for this statement.

4

I declare under the penalty of perjury under the laws of the State of New York and the United States of America that the foregoing is true and correct.

Executed this ⎿7 day of December 2012, New York, New York.


RACHEL ROTHMAN