# EXHIBIT 123

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

XUEDAN WANG, on behalf of herself and all
others similarly situated,

                                    Plaintiff,          **ECF**

                v.                                      Civil Action No. 1:12-cv-00793-HB

THE HEARST CORPORATION,

                                    Defendant.

## DECLARATION OF SARAH SCRYMSER

SARAH SCRYMSER declares, pursuant to 28 U.S.C. § 1746, that the following

is true and correct:

1.      I am of legal age and am competent to make this Declaration.  I have

personal knowledge of the facts set forth in this Declaration, or I have

learned said facts to speak on behalf of Good Housekeeping magazine.

2.      I have worked at Hearst for over 23 years. Currently I am

the Managing Editor of Good Housekeeping magazine where I have been

for over 18 years.  Prior to that I was the Managing Editor at Redbook

magazine for about 3 years and prior to that I was the Managing Editor at

Connoisseur magazine for about 3 years. At Good Housekeeping, I help

turn the Editor-in-Chief's vision into a magazine by serving as the bridge

between the Editor-in-Chief and the various departments within the

magazine. Good Housekeeping does not have a paid internship program,

nor has it had one in the last six years.  I am familiar with Good Housekeeping's unpaid internship program.

3.      Good Housekeeping magazine, together with the Good Housekeeping Research Institute and the Good Housekeeping Seal, is an American icon of consumer protection and quality assurance.  The magazine reaches millions of readers a month, providing health updates, parenting advice, consumer advocacy, and personal stories of interest to women and their families.  The Good Housekeeping Research Institute, relied on since 1900 for its consumer research, brings a depth of knowledge and authority to the magazine's pages, and every issue delivers a unique mix of independent investigation and trusted reporting, along with inspirational stories and practical service advice and tips.

4.      All interns at Good Housekeeping must receive academic credit for their internships.  All interns understand that the positions are unpaid, and that there is no promise of a job at the end of the internship.

5.      There are typically about 20 interns at the magazine and the Good Housekeeping Research Institute at any given time.

6.      The different departments at Good Housekeeping have their own interns.  The fashion, beauty, editorial, photo, art, and food departments each usually have between 1 and 3 interns at a time.  The Good Housekeeping Research Institute, which tests various products, also has interns focusing on engineering, nutrition, and chemistry, and food and home appliances.

2

7.      During the school year, most interns come in 2 or 3 days a week, sometimes just for part of the day.  During the summer, some interns come in 5 days a week.  The interns do not stay late when they are at the magazine for a full day, typically leaving by around 5pm. Internships start and end on different dates based on interns' school schedules.

8.      Each department selects its own interns and, because of the different focus and experience of the different departments, each has its favorite places to find interns since they are looking for interns who are interested specifically in the work on which the department focuses.  For example, the food department often works with local culinary schools to find interns; the art department often works with local art schools; the nutrition department looks for candidates getting a degree in nutrition. Each department sets its own selection criteria for choosing interns.  The degree to which internships are sought after differs from department to department, but there are usually a fair number of candidates for the internships.

9.      Because each department at the magazine functions differently, the roles interns play and the duties they perform vary greatly from department to department. Interns are definitely not personal assistants for people at the magazine.  There are no activities in which all of the interns participate and there is no "head intern." Interns do, however, get an overview of all departmental functions. For example,

3

beauty interns maintain both the beauty closet and the contact database, do some market training, help set up product run-throughs, and occasionally transcribe interviews. They are surrounded by beauty products and get to try them and keep them, sometimes giving the magazine feedback on the product. The ability to see and test the newest products is a great value to persons interested in Beauty.

10.    Editorial interns often do research or fact checking. For the magazine's 125th anniversary issue, for example, editorial interns researched back issues to find old tips and quotations to propose for the anniversary publication. Fashion interns check samples in and out but they generally do not pick up or drop off merchandise. They also liaise with publicists, requesting look books, samples, credits, and/or prices. They attend photo shoots, participate in marketing events and in run-throughs, where the Editor-in-Chief chooses merchandise for stories.

11.    Photo interns do some photograph research and may look through stock houses of photographs or help write credits. They also help with photo shoots in the in-house photo studio, getting a first-hand look at how photo shoots are produced. Interns in the art department sometimes help make sure the paper wall with magazine layouts is up to date. They comb through other magazines looking for "swipe," examples to show the Editor-in-Chief of how the art department is thinking of shooting a story. Food interns participate in brainstorming sessions, locate and choose ingredients for recipes, a process they initially learn by shadowing an

4

editor, retest recipes, do product research, and attend photo shoots.  Most of the interns in the Research Institute do some market research (for example, what products are the best sellers).  In the Nutrition department interns help coordinate taste tests, do research including on calorie information, attend media events, and sometimes write blogs.  In Engineering interns go from department to department within the Institute, spending time on various projects that require basic engineering know-how.

12.     Sometimes beauty and edit interns are given an opportunity to write copy, but it is very rare that the magazine uses what they write.  The interns are given the opportunity as part of their learning experience.  Similarly, sometimes art interns may do a page layout, but again, it is rare that the magazine uses the layouts.  Although the magazine does not ultimately use the interns' product, we engage in this exercise so that the interns see and learn how the magazine's editors and assistants edit their product. The internship program comes at a cost to Good Housekeeping.  Giving interns the opportunity to do the first draft of something and managing interns takes considerable time and energy from the magazine's employees. Nevertheless, the magazine recognizes and supports the importance of internships to the students and the benefits they receive by learning the practical application of the concepts they are being taught in school and transitioning to the real world.

13.     In that vein, we have had reason and the opportunity to counsel interns on real world skills like time management and how to conduct yourself on a day-to-day basis in the work environment.  For example, sometimes interns receive coaching with respect

to professionalism, like learning the importance of being on time and acting in an appropriate manner.

14.    When hiring employees for Good Housekeeping, internships are a big plus.  More generally, in the magazine industry, having an internship is a very significant aspect of an applicant's resume.  I have seen job applications in the magazine industry that say "internship preferred."

15.    Interns also make contacts at the magazine, which is a significant benefit. These contacts wind up being their references, which are critical for getting hired after college or graduate school.  When there is a job opening at the magazine, resumes of former interns go to the top of the pile, even though there is no actual policy of hiring former interns.

I declare under the penalty of perjury under the laws of the State of New York and the United States of America that the foregoing is true and correct.

Executed this _29_ day of _March_ 2012, in New York City, New York.

SARAH SCRYMSER

# EXHIBIT 124

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

XUEDAN WANG and ERIN SPENCER, on behalf
of themselves and all others similarly situated,

Plaintiffs,

**ECF**

v.

Civil Action No. 1:12-cv-00793-HB

THE HEARST CORPORATION,

Defendant.

<u>**DECLARATION OF MELISE SENAYDIN**</u>

   MELISE SENAYDIN declares, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

   1.  I am of legal age and am competent to make this Declaration. I have personal knowledge of the facts set forth in this Declaration.

   2.  I am currently employed as the Designer at Harper's Bazaar magazine. Since August, 2011 I worked full-time in magazine publishing for Martha Stewart Living Omnimedia, first as a Design Assistant at Martha Stewart Living and then as the Assistant Art Director at Martha Stewart Weddings until November 30, 2012. At Martha Stewart, my general responsibilities included designing layouts for the magazine (both print and digital editions), working with editors, stylists and photographers to develop and layout story ideas, and art directing off-site weddings for inclusion in the magazine. I contributed to the design of a variety of stories each month, focusing primarily on front-of-book stories but also assisting on "well" stories (those that appear at the back of the magazine). Prior to my job at Martha Stewart I

worked a few days a week as a freelance design assistant for the Harper's Bazaar Decade Book from November 2010 to February 2011.

3.      From May 2010 to August 2010 I interned at Harper's Bazaar magazine in the design department.  The following semester, from September 2010 to November 2010, I interned at Seventeen magazine in the art department.  It was clear from my initial interviews that both internships would be unpaid.  I was a student at Rhode Island School of Design at the time and received academic credit for both of my internships.  My academic advisors at RISD recommended internships to students as a way to apply what they were learning in design school.  In order to earn academic credit I had to submit paperwork filled out by my internship supervisors detailing my expected experiences and hours and evaluating my performance at the end of the semester.  I also had to complete and turn in a short essay summarizing my experiences.  I did not have any magazine experience before my internships; my goal in taking the internships was to determine whether magazine design was a fitting career choice for me.

4.      I started my summer interning at Harper's Bazaar three days a week but as the semester progressed I asked to (and did) come in five days a week.  My hours were typically 10-6 with an hour for lunch.  Once in a while I volunteered to stay as late as 8:30 to continue a project with the design team and in those rare cases my transportation home was reimbursed.  At Seventeen I interned two days a week from about 10-6 with an hour for lunch.

5.      During my internship at Harper's Bazaar, I maintained and updated the mock-up book (containing the then-current draft layouts of each page in the upcoming issue) and design wall (a larger displayed version of each draft page) by adjusting layouts.  I was later given the option to do the initial design for some of the pages in the magazine.  I was closely supervised by and reported directly to Amber Vanderzee, the Design Assistant, but I interacted daily with

others on the Harper's Bazaar design team, who functioned like a family. It was inspiring to shadow a group that was both talented and accessible. I always felt like I was receiving feedback on my projects and that I was learning, growing and understanding the magazine design environment. Similarly, my supervisors were always checking in to see what I was doing and to make sure I was getting something valuable out of the internship.

6.      For example, during my internship, Harper's Bazaar was in the midst of a redesign (when the magazine changes the overall look of individual pages and the magazine as a whole) and Design Director Elizabeth Hummer included me in artistic discussions and gave me an opportunity to try my design skills on a particular design layout, an opportunity I valued tremendously. At Harper's Bazaar I also learned about the nuance of color as it was applied on each page from the Senior Designer Melanie [Ryan], who sat down with me to teach me about her method and design process. Overall, I observed how a magazine works and runs and saw how a story starts in the fashion department and travels through editorial and photo to the art department and then the senior editors and designers before it emerges as a printed page. I also learned that each page has a word count, and was introduced to the application of design techniques of layering, flow, mapping and typography.

7.      That summer I attended several seminars as part of the Bazaar Backstage program where all the interns would meet with department heads over a pizza lunch to learn about their career paths and job functions. Through that educational program and my daily internship activities I was exposed to each of the departments at the magazine and felt comfortable approaching any of the editors if I had a question.

8.      Because my internship at Harper's Bazaar confirmed my interest in magazine design, I was offered an art design internship at Seventeen the following semester. At

Seventeen, I was closely supervised by Jaime Lipps, who became a mentor and encouraged me to develop my design skills. Under Jaime's supervision, I communicated with editors about actual layouts and heard their opinions about why a certain design worked or didn't work for Seventeen, edited film, entered layouts into the K4 system, assisted with the design for some front of book pages, and maintained and updated the mock-up book and wall.

9.     At Seventeen, like at Harper's Bazaar, the staff treated me as though I was there to train and learn about magazine design. I interacted often with the photo retoucher at Seventeen and spent time in the studio learning about the photo department's functions. I was able to absorb the design differences between Harper's Bazaar and Seventeen. For example, Harper's Bazaar was chic and high fashion while Seventeen was bold and loud. Spending time at two different titles reinforced for me how each particular brand is represented in every aspect of that magazine's pages and how the audience of each magazine informs the design process. I found it educational at both magazines to observe how the different departments worked together as teams to execute pages and was grateful to be included in their design meetings, copied on emails and be a part of the creative process. In my opinion, these collaborative skills are skills that you can't learn in the classroom, even in design school, where assignments are independent and not team-based. Even if I decided not to pursue a career in magazine design, the skills I learned would have been useful to me at a design agency or advertising agency.

10.     As a paid freelance designer at Harper's Bazaar I had much more responsibility than at either of my internships. For example, I was responsible for designing pages and grids, as well as for pulling and organizing film from the archives that the design team was assembling for the Decade Book, a coffee table book highlighting 100 years of Harper's Bazaar. I also designed and assembled wall layouts for the whole book.

11.     I do not believe I would have been hired at Martha Stewart or promoted so quickly (I am only 23 years old) without the design skills I developed and industry knowledge I acquired during my two internships at Harper's Bazaar and Seventeen.  Both magazines provided me with invaluable hands on learning opportunities.

12.     Before I provided the information for this statement I was asked if I was represented by counsel (I am not) or if I intended to join the current lawsuit (I do not).  Before I provided the information for this statement, certain information was communicated clearly to me, including that: my participation was completely voluntary; and that I would not receive any positive employment consequence or other benefit by participating.   After hearing and understanding the above information, I made a voluntary decision to provide the information for this statement.


I declare under the penalty of perjury under the laws of the State of New York and the United States of America that the foregoing is true and correct.

Executed this 11 day of December 2012, New York, New York.

MELISE SENAYDIN

# EXHIBIT 125

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

XUEDAN WANG and ERIN SPENCER, on behalf
of themselves and all others similarly situated,

|                                  |                                   |
|----------------------------------|-----------------------------------|
|                      Plaintiffs, | **ECF**                           |
|                               v. | Civil Action No. 1:12-cv-00793-HB |
| THE HEARST CORPORATION,          |                                   |
|                       Defendant. |                                   |

## DECLARATION OF MELISSA SHAPIRO

MELISSA SHAPIRO declares, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1.      I am of legal age and am competent to make this Declaration.  I have personal knowledge of the facts set forth in this Declaration.

2.      I have worked at Harper's Bazaar magazine as a web producer for its ShopBAZAAR e-commerce website since mid-August 2012.  I manually upload content onto the site, including images of samples, pricing and descriptions and report to Pam Kruse, Executive Editor for e-commerce and Joyann King, the site director.  I also help merchandise the site with Megan Reynolds, Merchandising Editor.

3.      From June to August 2010 I interned at Harper's Bazaar magazine in the marketing department.  I had always been interested in publishing and magazines, but believed I was more suited to business than editorial functions.  I received credit for my Harper's Bazaar

internship from the University of Maryland, where I was studying communications. I completed

an internship course and had to keep track of my internship hours to receive the credit. My

summer internship at Harper's Bazaar reinforced my interest in a career in publishing and also

strengthened my desire to learn more so, upon the recommendation of my internship coordinator,

Lindsey Wakeman (now Officer), I pursued and completed a second internship in the sales and

marketing department at Marie Claire in the summer of 2011. I received an elective academic

credit for my Marie Claire internship, my final paper and a journal of my activities, which credit

counted towards my degree requirements.   I understood from my initial interviews for both

internships that I would not be paid and that no job was guaranteed as a result of completing the

internship.

4.      My internship at Harper's Bazaar was full-time and my hours were typically 9

a.m. to 5 p.m. with about 45 minutes for lunch.   At Marie Claire I also interned five days a week

from 9 a.m. to 5 p.m. with an hour for lunch. I also was excited to be invited to attend a few

evening events during both internships and I did so.

5.      At the beginning of my internship at Harper's Bazaar, Lindsey, the intern

coordinator, gave me a tour of the office, introduced me to Pam Kruse and Elizabeth Mathison,

my supervisors, and provided me some materials to study to get acclimated to Harper's Bazaar,

including previous issues of the magazine, runway reports and marketing proposals. I assisted

Pam and Elizabeth with small advertising, marketing and merchandising projects. I assembled

binders for presentations, tabbed issues by noting ads from certain advertisers, tracked edit

credits, researched brands and clients, prepared presentations, and assisted with filing and

organizing. Pam and Elizabeth gave me context for these assignments and told me how each fit

into the big picture. I learned, for example, that edit credits were tracked in Harper's Bazaar and

its competitors in order to persuade advertisers to increase spending.  By observing Pam's daily

interactions with clients and co-workers, I learned how and why to craft emails professionally

and that building and maintaining relationships were paramount to success in magazine

publishing, or any industry.  A few times during the summer I also helped out Jane Loddo,

Executive Events Director, at events by checking in guests and distributing raffle tickets.

6.      Prior to my Harper's Bazaar internship I had no idea how a magazine worked.  I

believed the staff of Harper's Bazaar was interested in providing me and the other interns with

that knowledge.  I valued the lessons I learned while sitting in on the internal weekly sales

meetings and client meetings, i.e., how ads are developed and sold.  A number of the staff were

women and it was inspirational to observe such accomplished and intelligent women work

together every day.  I believe my own confidence developed as a result.

7.      I also participated in the Bazaar Backstage program that Lindsey organized for the

interns.  We met together with top editors and managers at the magazine who provided us with

an overview of their job functions and then involved us in an open dialogue where we asked

questions about their careers and respective magazine departments.  At Harper's Bazaar I gained

knowledge and experience that is ten times more applicable to my working life than my college

courses.  I grew personally and professionally, felt equipped to make educated career choices and

went back to school with an appreciation for its relaxed pace as compared to the working world.

8.      At Marie Claire, my internship supervisor and the intern coordinator, Kerri

Kivlan, the Merchandising & Promotion Director, went above and beyond to ensure that I had an

educational experience by exposing me to aspects of marketing and ad sales that I had not

participated in at Harper's Bazaar the previous summer and ensuring that I had the opportunity to

assist a number of different staffers. In particular, I shadowed account representatives at sales calls, wrote initial drafts of proposals, attended events and drafted event recap reports, and helped build a marketing proposal that Kerri edited and sent to a client. Kerri taught me that the client and the audience need to be considered and that every proposal should sound enticing and exhibit a clear marketing "voice."

9.      Kerri included me in brainstorming meetings where I gained an understanding of marketing proposals from beginning to end. As a result, my business writing improved dramatically. When I assisted with event planning, I sent invitations, set-up at the event, distributed promotional flyers and gift bags to guests, checked-in with the catering and entertainment vendors, sought feedback from guests and served as Rachel Daly's eyes and ears at the event. From my experiences at Marie Claire I learned that I enjoyed the creative aspects of marketing. I therefore appreciated that Kerri offered me the opportunity to show what I had learned by helping her develop a plan for Jergens/PNG and that she valued my ideas and input.

10.     The advertising and marketing interns at Marie Claire also completed a summer internship project for which we were instructed to draw upon the lessons we had learned from our hands on and shadowing opportunities. Kerri assigned each of us an advertising category and demographic. I built a marketing program for a prospective automotive client that targeted the college demographic by focusing on the idea of a college road trip. After several weeks of preparations and discussions about my strategy and "marketing voice" with Kerri, I presented it to the Publisher, Nancy Cardone, and the rest of the sales and marketing team members. Both Nancy and Stacy Anderson, the Advertising Director, provided me with advice on how to structure my project throughout the process and then also gave me detailed feedback after my presentation. I understood that the purpose of the project was for the interns to apply what we

had learned over the course of the summer and that Marie Claire did not intend to implement our marketing proposals.

11.     I stayed in touch with Pam Kruse after my internship at Harper's Bazaar ended and kept her apprised of my studies and career goals. We met in person over winter break during my senior year to discuss future opportunities. That spring I began my job search in earnest and periodically checked in with Pam. I heard from her in August about my current position and was hired on the spot over the phone. I am confident that my previous internship experiences at Harper's Bazaar and Marie Claire and the skills I developed and effort I demonstrated throughout influenced Pam's decision-making, especially because my current position is not directly related to the marketing-specific tasks I performed when she supervised me as an intern.

12.     Before I provided the information for this statement I was asked if I was represented by counsel (I am not) or if I intended to join the current lawsuit (I do not). Before I provided the information for this statement, certain information was communicated clearly to me, including that: my participation was completely voluntary; no adverse employment consequence would result, and I would not be retaliated against in any way if I declined to participate; and that I would not receive any positive employment consequence or other benefit by participating. After hearing and understanding the above information, I made a voluntary decision to provide the information for this statement.

I declare under the penalty of perjury under the laws of the State of New York and the United States of America that the foregoing is true and correct.

Executed this 11 day of January 2013, New York, New York.

MELISSA SHAPIRO

# EXHIBIT 126

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

XUEDAN WANG and ERIN SPENCER, on behalf
of themselves and all others similarly situated,

                                    Plaintiffs,          **ECF**

                        v.                               Civil Action No. 1:12-cv-00793-HB

THE HEARST CORPORATION,

                                    Defendant.

## <u>DECLARATION OF EMILY SIMMONS</u>

EMILY SIMMONS declares, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1.      I am of legal age and am competent to make this Declaration.  I have personal knowledge of the facts set forth in this Declaration.

2.      From June to August 2011, I interned in the Advertising Sales department of Harper's Bazaar magazine.  At the time of my internship, I had just completed my junior year at Brown University ("Brown"), majoring in English Literature.  I had always been interested in publishing, and hoped that the internship would help me if I decide to pursue a publishing career.

3.      It was clear from my initial interview that the internship would be unpaid and for academic credit only.  I completed the internship as part of a credit-bearing independent study project at Brown.  As part of my independent study, I was also required to submit a report in the Fall semester analyzing my internship experience.  I received four credits for my independent study project, which was equivalent to one class at Brown.  My independent study project was graded and I received an "A."

4.      It was also clear to me from my initial interview that there would be no guarantee of a job upon completion of my internship at Harper's Bazaar. While I hoped that the internship might lead to a letter of recommendation in the future, I knew that a recommendation was not a given and would depend on the experience I had and the relationships I formed during my internship. I interned at Harper's Bazaar five days a week from 9:00 a.m. to 5:30 or 6:00 p.m. I always took a 45 minute lunch break. The only time I stayed late was when I asked to assist at a party that Harper's Bazaar was hosting. My supervisor was flexible about my hours and I could leave early or take days off if I requested.

5.      My direct supervisor during the internship was Advertising Sales Assistant Danielle Henderson. I was also supervised by Advertising Sales Assistant Caroline Evans and Jewelry/Watch Account Director Nessi Erkmenoglu. Danielle supervised me on a day-to-day basis, teaching me how to do particular projects and providing detailed feedback on the tasks I did. I performed a wide variety of tasks, including preparing presentation binders for use in sales calls and meetings, conducting research on clients and potential new clients, preparing edit credit books and performing competitive research analyzing where the advertisements of Harper's Bazaar's clients were placed in the magazine versus their placement in other magazines. Having no previous experience in ad sales, all of these projects were a learning experience for me and I appreciated the feedback I received.

6.      I was also given a number of shadowing opportunities, including accompanying Nessi on a sales pitch with a client. Shadowing Nessi on this sales pitch was extremely educational as it helped me understand how important relationships are in advertising, and how sales representatives need to be prepared and know everything about their clients to make successful ad sales pitches.

7.     Throughout my internship I attended weekly lunch seminars as part of the Bazaar Backstage program. During these sessions, the department heads at Harper's Bazaar and other magazines would speak with the interns about various aspects of the magazine business and their own career paths. The Bazaar Backstage program was the highlight of my week and taught me so many things about magazine publishing that I wouldn't have been able to learn otherwise. One seminar I remember in particular taught us about the different marketing techniques and strategies used by Cosmopolitan and Harper's Bazaar, which really opened my eyes about how magazines go about leveraging their brands and targeting the right audience. I really appreciated the opportunity the Bazaar Backstage program gave me to learn more about the magazine publishing business, and how the different department heads took time out of their schedule to talk with and teach the interns rather than doing their own work.

8.     My supervisors also provided me and the other interns in the Advertising Sales department with the opportunity to collaborate on projects that, while not necessary to the functioning of the department or any other part of the magazine, gave us an opportunity to showcase what we had learned and receive constructive feedback on our efforts. The primary project I completed was a mock advertising prospects proposal for four different potential advertisers. The intention was not that Harper's Bazaar would use my proposal, but that I could use the opportunity as a learning experience and produce something tangible that I could take away and show when interviewing for future positions.

9.     I started the advertising prospects project halfway through my internship and spent a lot of time researching and putting together my proposal, which included preparing competitive data reports and analysis and proposing possible added value promotional ideas that would resonate with the Harper's Bazaar brand. For example, one of the marketing added values

3

I proposed was a street style runway event to promote the Nicole Miller brand. I presented my pitch to Danielle at the end of the summer. She then provided it to Nessi and they both gave me valuable feedback and comments. I was particularly pleased to hear that my supervisors thought the Nicole Miller runway event I proposed was very creative. I prepared a presentation binder as part of my proposal, which I plan to keep as a showcase of my time at Harper's Bazaar.

10.     Another important learning experience that my supervisors provided was to involve the interns, including myself, in a discussion about the future of the Harper's Bazaar brand. The Advertising Sales Assistants and Account Executives in the Advertising Sales department organized a meeting with the interns to discuss the magazine's future direction with us and to get us thinking about the importance of the magazine's brand. This meeting wasn't organized to solicit ideas from the interns, but was used as a learning opportunity for us to start thinking about the importance of core brand and mission for magazines and companies in general. The knowledge I gained from this discussion has been very useful in my current role as an Associate Consultant at a consulting company.

11.     My Harper's Bazaar internship was a very rewarding and unique experience and I would not hesitate to do it all over again. In terms of my career goals, the internship helped me confirm that I want to pursue a career in publishing one day, probably in magazines. It is very hard from the outside to understand how magazine publishing works, and the internship gave me an invaluable opportunity to see what goes on behind the scenes. I also believe that my internship helped me obtain a job after college, as it was the major work experience I had listed on my resume and I answered many questions about the internship during interviews. The internship was also the primary source of my essays in my recent graduate school application to Harvard Business School. I was granted early admission to the MBA program at Harvard

Business School on the basis of this application, and plan to begin my graduate studies there in 2014.

12.     Before I provided the information for this statement I was asked if I was represented by counsel (I am not) or if I intended to join the current lawsuit (I do not).  Before I provided the information for this statement, certain information was communicated clearly to me, including that: my participation was completely voluntary; and that I would not receive any positive employment consequence or other benefit by participating.   After hearing and understanding the above information, I made a voluntary decision to provide the information for this statement.


I declare under the penalty of perjury under the laws of the State of New York and the United States of America that the foregoing is true and correct.

Executed this **24** day of January 2013, New York, New York.


*Emily Simmons*
EMILY SIMMONS

# EXHIBIT 127

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| XUEDAN WANG, on behalf of herself and all others similarly situated, | |
| Plaintiff, | No. 12 Civ. 0793 (HB) |
| v. | **DECLARATION OF STEPHANIE SKORKA** |
| THE HEARST CORPORATION, | |
| Defendant. | |

I, Stephanie Skorka, declare, upon personal knowledge and under penalty of perjury, pursuant to 28 U.S.C. Section 1746, that the following is true and correct:

1.      I worked for The Hearst Corporation ("Hearst") as an intern for the magazine Redbook from approximately September through December 2009.

2.      I was not paid any compensation for the work that I performed as an intern.

**My Application and Hiring Procedure**

3.      I applied for the position in or around July 2009 by submitting a resume and a cover letter to my internship advisor at the Fashion Institute of Technology ("FIT"), who then submitted them to Hearst.

4.      After I submitted my application, I was interviewed by Redbook's Beauty Editor.  The interview was similar to other job interviews that I have had for paid positions. For example, we discussed the days I was available to work and the requirements of the job, including that I would be maintaining the "beauty closet," where beauty products that the magazine received from outside vendors were stored, meeting with public relations firms to understand their products, and helping to gather research about products.

5.      I submitted a letter from FIT confirming my eligibility to receive school credit for the internship, which I understood to be Hearst's policy.

**Training**

6.      I did not receive any training during my internship other than how to perform the day to day tasks that I was assigned.

**Job Responsibilities**

7.      My primary job responsibilities were to communicate with public relations firms for beauty products to potentially feature in the magazine, compile information on various beauty products, such as their price points, organize and maintain the beauty closet.   I also occasionally magazine wrote stories that were posted on Redbook's website.

8.      I believe that my work was very beneficial to Hearst.   For example, based on my good performance, another Hearst magazine, O Magazine, asked me to intern for them.   I performed similar duties at O Magazine that I had performed at Redbook.   In addition, the Fashion Editor at Redbook asked me to intern for her once my internship with the Beauty Editor ended.

**My Hours**

9.      I worked approximately 2 to 3 days per week.   I usually arrived to work at 10 a.m. and left at approximately 6 or 6:30 p.m.   I rarely took a lunch break.

**Supervision of My Work**

10.      The Beauty Editor supervised my work by, for example, editing my work, explaining the magazine's procedures, including with respect to mailings, and helping me to select products to be featured in the magazine.

11.     I generally worked independently in performing my duties, however, the
Beauty Editor provided me with guidance, including answering my questions and helping me
understand my assignments.

**Expectation of Future Employment**

12.     When Hearst hired me, I understood that the position would not be paid.
However, as with most unpaid internships, I expected to earn an in-kind benefit in exchange
for my work: a recommendation letter or a job reference.

13.     It was also my understanding that if I performed my job well, I might be
considered for a paid position with the magazine.  Based on this understanding, when
Redbook asked me to stay on after my internship ended, I asked whether I might be paid for
my work.  I had been offered a stipend to work for a cosmetics company and believed that
Hearst should pay me for the duties that I performed on its behalf.  In response to my inquiry,
I was told that Hearst did not have the budget to pay me.  I had to turn down the work at
Redbook because I could not afford to continue to work without pay.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:      New York, New York
            April 25 , 2012

Stephanie Skorka

# EXHIBIT 128

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

XUEDAN WANG and ERIN SPENCER, on behalf
of themselves and all others similarly situated,

                                        Plaintiffs,          **ECF**

                        v.                                   Civil Action No. 1:12-cv-00793-HB

THE HEARST CORPORATION,

                                        Defendant.

## DECLARATION OF SAMANTHA SNOWDEN

SAMANTHA SNOWDEN declares, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1.      I am of legal age and am competent to make this Declaration.  I have personal knowledge of the facts set forth in this Declaration.

2.      I have worked for the Editor At Large since August 2012 as an Assistant Editor. The Editor At Large is an online interior design and home furnishings publication that provides design professionals with a range of resources including daily news, event listings and job openings.  I write articles for the website, attend industry events and manage our social media sites by creating and updating blogs.

3.      From January to May 2012 I interned at Redbook Magazine in the features department.  It was clear from the original internship listing that my internship would be unpaid. It also was clear to me that no job would result from the internship.  I looked forward to the internship nonetheless both for the learning experience and for the connections I hoped to make.

At the time of the internship, I was an aspiring journalism major at SUNY Purchase, where my professors highly encouraged students to pursue internships to gain field experience. To earn the four credits that I received for my internship, I had to submit a portfolio of clippings from my time at Rebook and maintain a journal of the projects I completed. My internship was graded; to the best of my recollection, I received an A-.

4.      My internship was two days a week and my hours were typically 9:30 a.m. to 6:30 p.m. with a lunch break. On two or three occasions, I chose to stay an hour later to help with an urgent assignment. I was never asked to do so and my supervisor, then Articles Editor Jihan Thompson, stressed to all the interns that school work should always be a priority over spending time in the internship. (Jihan also did not mind when I took a week during the middle of my internship to go on spring break.)

5.      Throughout my internship at Redbook, I was closely supervised by Jihan as well as other editors who gave me assignments. Over the course of the spring, Redbook also arranged for the interns to have lunch with all the editors to hear about their work experience and career paths. Overall, Jihan proved a dedicated and inspirational mentor who frequently asked me how I was doing and answered all questions I had.

6.      The assignments I was given a chance to contribute to during my internship were anything but mundane and exceeded my expectations of what the internship would be. I conducted research for articles, pitched story ideas, called-in products and was brought along on photo shoots just so I could see how they worked. I was able to shadow Jihan and other editors during "desk-sides" and product meetings with the magazine's Editor-in-Chief, just so I would have the experience and learn more about the inner working of a magazine. I learned to write a "flipbook" story for the Redbook website and even managed to get a byline in the magazine by

2

contributing to a series of stories about saving money and energy. I believe I was given these writing opportunities not because Redbook needed the content (it did not), but because the Redbook staff wanted to give me the best possible experience.

7.      I also was able to gain insight into the home market side of Redbook by helping Features Assistant Ashley Niedringhaus "call in" products to be featured in the magazine. Doing so not only taught me how to effectively communicate with people in the industry in a professional way, but also educated me as to who the relevant companies and individuals in the design world are. I was able to leave Redbook with a list of contacts and the confidence to reach out to them in the future. Ashley also had me work on projects that were designed solely for my own benefit and were of no use to her or to the magazine. For example, Ashley had me look through interior design websites and blogs and identify those images and designs I thought might work for the Redbook website's "Dream Home" section. She then spent time with me discussing my choices and offering me her own views based on her editorial experience, an exercise that I have found useful in my current position.

8.      From my internship experience, I acquired professional oral and written communication skills and learned how to balance the internship with school work, including my senior thesis. The experience and connections I obtained from interning at Redbook were essential to becoming a competitive candidate in the job market after I graduated from college in May 2012. Jihan encouraged me to stay in touch with her in the event that there were future job openings at Hearst Magazines, and to serve as a reference for any other jobs. And not only did having a name like Redbook on my resume help me stand out to employers, but the Redbook bylines I added to my portfolio, coupled with the writing and research skills I learned during my

internship, were, I believe, directly responsible for landing my current job. I do not know that I would have been prepared to take on my current job without my internship.

9.      Before I provided the information for this statement I was asked if I was represented by counsel (I am not) or if I intended to join the current lawsuit (I do not). Before I provided the information for this statement, certain information was communicated clearly to me, including that: my participation was completely voluntary; and that I would not receive any positive employment consequence or other benefit from Hearst by participating. After hearing and understanding the above information, I made a voluntary decision to provide the information for this statement.

I declare under the penalty of perjury under the laws of the State of New York and the United States of America that the foregoing is true and correct.

Executed this \8 day of December 2012, Beacon, New York.


_____
SAMANTHA SNOWDEN

4

# EXHIBIT 129

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

XUEDAN WANG, on behalf of herself
and all others similarly situated,
                    Plaintiffs,

        v.

THE HEARST CORPORATION,
                    Defendant.

Civil Action No. 12 Civ. 0793

### DECLARATION OF PATRICIA SLATE

I, Patricia Slate, hereby depose and state:

1. The U.S. Department of Labor, Wage and Hour Division (WHD) employed me from 1973 to 2004 as a compliance officer/investigator, assistant district director and regional enforcement coordinator. In my positions with the WHD I provided telephone assistance to interested parties who contacted the WHD for guidance and enforcement of the Fair Labor Standards Act of 1938, as amended (the Act) and drafted opinion letters in response to questions of compliance that were forwarded to me from the national office of the WHD. I also investigated complaints, supervised investigators and coordinated litigation enforcement with the regional office and the regional solicitor.

2. Counsel for the Defendant in the above captioned matter asked me to share my experience on the issue of internships based upon my tenure at the WHD.

3. In my tenure with the WHD (1973-2004) the earning of post secondary school academic credit for an internship was the key factor in determining that an intern was not an employee of the host business providing an internship opportunity, regardless of whether

the business received some benefit from the efforts of the intern.  For example, journalism students who were placed with a local radio/television station pursuant to a formalized internship program whereby they earned academic credit were not employees. It was clear to the WHD that the predominant benefit accrued to the student who experienced journalism in a professional setting beyond what could be offered in the classroom.

4.  During my tenure with the WHD, I fielded phone inquiries concerning the employment relationship of students seeking internships.  If the student was required to fulfill an internship in their selected field of study or otherwise received academic credit in lieu of classroom studies by fulfilling an internship, I advised the caller that the WHD would not assert an employment relationship under the Fair Labor Standards Act.  If the educational institution deemed the internship worthy of academic credit, it was clear to me that the student intern was the primary beneficiary of the relationship.

I declare under penalty of perjury that the foregoing is true and correct.


April 4, 2012
Date

_____
Patricia Slate

# EXHIBIT 130

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

XUEDAN WANG, on behalf of herself and all
others similarly situated,

                                        Plaintiff,          **ECF**

                    v.                                       Civil Action No. 1:12-cv-00793-HB

THE HEARST CORPORATION,

                                        Defendant.

## DECLARATION OF GYNA SOUCY

GYNA SOUCY declares, pursuant to 28 U.S.C. § 1746, that the following is true
and correct:

      1.     I am of legal age and am competent to make this Declaration.  I
have personal knowledge of the facts set forth in this Declaration, or I have
learned said facts to speak on behalf of Elle Décor magazine.

      2.     I assumed the position of Managing Editor of Elle Décor on March
14, 2012.  In this position, I work with Elle Décor's business manager to
maintain the budget; prepare cost reports, sign off on all invoices relating to
editorial; make sure that every issue of the magazine goes out on time; run
production meetings; manage workloads/priorities of other employees reporting to
me; serve as point person for communications with anyone outside of Elle Décor;
manage marketing/copying; and schedule photo shoots for our photo department.

3.      Hearst acquired Elle Décor from Hachette Filippachi Media in June 2011.  Elle Décor, the only media brand dedicated to international fashion for the home, showcases insights, ideas and innovations by today's preeminent tastemakers for homeowners looking for chic, luxurious and aspirational home design ideas.  Each issue of the magazine delivers glamorous houses, fascinating people, elegant furnishings, cool objects, smart ideas, inspiring entertaining tips and must-see destinations.  The magazine has become one of the fast-growing among shelter books.  Elle Décor produces 80 to 120 edit pages per issue, with 10 issues per year.

4.      At the time Hearst acquired Elle Décor in June 2011, I understand that the magazine had a few summer unpaid interns, most of whom received academic credit, and who continued their internships until they ended in August 2011.  I do not have any direct knowledge of the internship program at Elle Décor prior to Hearst's ownership, although I understand there was an unpaid intern in 2010.  I also understand that for the period of approximately one month this year Elle Décor had an unpaid intern who came to the magazine only one day a week, but her internship ended.  My understanding is that prior to Hearst's ownership, Elle Décor did not have a paid internship program.  Elle Décor does not currently have any paid or unpaid interns.

I declare under the penalty of perjury under the laws of the State of New York and

the United States of America that the foregoing is true and correct.

Executed this ꒐day of March 2012, in New York, New York.

_____
GYNA SOUCY