# EXHIBIT 179

[Page 1]

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

----------------------------------------

XUEDAN WANG, on behalf of herself and

all others similarly situated,

                    Plaintiffs,

      vs.                        12-CV-0793 (HB)

THE HEARST CORPORATION,

                    Defendant.

----------------------------------------

DEPOSITION OF ANGELA DIEGEL

Tuesday, January 22, 2013

11:00 a.m.

Reported by:

Joan Ferrara

A. Diegel

1
2    **Q.**   Is there an intern currently
3    working for the magazine?
4    **A.**   No, no -- for the magazine, I
5    can't speak to the magazine.  I can only
6    speak to the website.
7    **Q.**   Okay.
8         So would I call it the website
9    department, is that accurate?
10   **A.**   You can call that a department,
11   sure.
12   **Q.**   What's the term that I should be
13   using?
14   **A.**   I mean, we just call it the
15   website.
16   **Q.**   Working for the website?
17   **A.**   Yeah, working for the website.
18   **Q.**   So there is no intern currently
19   working for the website?
20   **A.**   Correct.
21   **Q.**   Who at -- who is responsible for
22   trying to find interns for the website?
23   **A.**   Me.
24   **Q.**   And are you in the process of
25   looking for one?

[Page 10]

A. Diegel

1
2    **A.**   And when was the last time you
3    had an intern?
4    **A.**   2011, the summer.
5    **Q.**   In 2011, was there a job posting
6    or an internship posting that you or
7    somebody else issued so that people could
8    find out what the internship entailed?
9    **A.**   Yes.  To the best of my
10   recollection, I mean, I must have posted
11   it.  I don't remember what it was.
12   **Q.**   That's okay.
13        Where did you post it?
14   **A.**   Probably -- I'm not really, I
15   don't really remember, I don't really
16   remember where I posted it, and I don't
17   even really remember -- yeah, I don't
18   remember where I posted it.
19   **Q.**   Was it just you that was involved
20   in posting it, or was there somebody else
21   that might remember where it was posted?
22   **A.**   No.  It would have been just me,
23   because the web and the print are separate,
24   so I'm autonomous in terms of doing things
25   like that.

[Page 12]

A. Diegel

1
2    **A.**   No.
3    **Q.**   Why not?
4    **A.**   Because interns are a lot of
5    work.
6    **Q.**   Yeah.
7    **A.**   You know, an internship, you
8    know, I'm trying to teach them how to do
9    things, and that takes -- you know, we are
10   just trying to post content.  I don't have
11   time to teach an intern how to do things.
12   **Q.**   I understand.
13        So do you think you'll ever have
14   an intern again?
15   **A.**   That's a good question.  Maybe.
16   I don't know.
17   **Q.**   Who decides whether you have
18   interns?
19   **A.**   Me, me.
20   **Q.**   It's up to you?
21   **A.**   Yeah, it's totally up to me.
22   **Q.**   Okay.
23        When you've hired interns in the
24   past -- have you hired interns in the past?
25   **A.**   Yes.

[Page 11]

A. Diegel

1
2    **Q.**   Okay.
3        Well, let me just ask you this.
4        Is there a place where that job
5    description that we were just talking
6    about, what exists right now, is it on your
7    computer, is it somewhere?
8    **A.**   If it was anywhere, it would
9    either be in my computer or my e-mail from
10   the time.  I must have sent it to somebody.
11   **Q.**   Okay.
12   RQ    **MR. SWARTZ:**  We'd like the
13   defendants to produce a copy of the job
14   description that Ms. Diegel --
15        **MS. LANGLAIS:**  I believe we
16   produced everything that she would
17   have had.
18        **MR. SWARTZ:**  Okay.
19        **MS. LANGLAIS:**  That was
20   referenced in her declaration, if at
21   all.
22        **MR. SWARTZ:**  Okay.  My request
23   actually goes beyond that, any job
24   descriptions for the intern position
25   at the website that Ms. Diegel had

[Page 13]

**[4]  (Pages 10 to 13)**

A. Diegel

1 not just have a magazine without a website?
2 A. To make money.
3 Q. And how does it help make money?
4 A. By selling ads.
5 Q. Okay.
6 Again, I'm just getting the
7 basics.
8 A. That's okay.
9 Q. You're looking at me like I come
10 from another planet, and I understand, but
11 I'm just trying to get the basics.
12 A. I'll tell you a little bit about
13 it.
14 The website, about 70 percent of
15 the content is original content, 30 percent
16 comes from the magazine, and that's where
17 that break from when I came online manager
18 to online director, that's, you know, what
19 I created.
20 And the point of a website is,
21 you know, to disseminate information and to
22 sell ads.
23 Q. Okay.
24 And again, why pictures, why not

[Page 22]

A. Diegel

1 just text?
2 A. Visual impact, to illustrate
3 something in the story.
4 You know, let's go to the steam
5 engine story. Maybe the picture we got was
6 a close-up illustration of, you know, the
7 systems of a steam engine, you know, or
8 something like that, or maybe it's just,
9 you know, just random -- I mean, research
10 has shown people will pay more attention
11 when there is a photo.
12 Q. Okay.
13 You said another thing that
14 interns do with you is they craft a story.
15 A. Uh-huh.
16 Q. What does that mean?
17 A. Depending on, you know, what
18 they're interested in, I'll show them, you
19 know, how a professional person, a
20 professional writer crafts a story from
21 pitching the story, you know, the story
22 idea -- like I have an idea, I wanted to do
23 a story on the history of the steam engine.
24 Okay.

[Page 23]

A. Diegel

1 What a terrible example, too.
2 Q. I think it's a great example.
3 A. Okay. I should have picked
4 something more exotic.
5 So what do you need to do, what
6 is the focus of your story.
7 Because, I think, you know, when
8 they come out of college, you know, a lot
9 of times the professors don't have
10 real-life experience with journalism, and I
11 think, you know, so these kids have kind
12 of, I don't know, not a realistic view of
13 the business of how to do a story.
14 You know, because it's more than
15 just: Oh, I've got this story, come
16 publish it.
17 It's like you've got to pitch it,
18 you've got to know how to pitch it, you've
19 got to learn, you know, how to craft that
20 story so it's for web.
21 It's much different than print,
22 you know, how to work your SEO, which is
23 your search engine optimization, how to get
24 the key words upfront. There are a lot of

[Page 24]

A. Diegel

1 things to do that are very technical that I
2 don't think they teach the kids.
3 So that's why I like having
4 interns, because I teach them how to craft
5 a story that they can actually, you know,
6 information that they can actually use.
7 Q. That's rewarding for you?
8 A. Yeah, I love it. I love
9 mentoring.
10 I wish -- if we weren't so busy,
11 I would have an intern every semester, just
12 because I love doing it and I think it's a
13 lot of work, but it's a lot of fun and it's
14 rewarding, especially a few years down the
15 line when you see that they've gotten jobs
16 or whatever. It's just kind of cool.
17 Q. Have you ever hired an intern
18 yourself?
19 A. For a job, no. I've recommended,
20 you know, them for jobs for other people.
21 Q. For jobs like within Hearst?
22 A. No, just in general, just in
23 general.
24 Q. Have you ever had anybody who you

[Page 25]

A. Diegel

1  What else do interns do?
2  A.  Let's see.  They learn, I
3  generally have them learn the CMS, the
4  Content Management System.
5  Q.  What's that?
6  A.  That's the repository where all
7  our content goes to get displayed on the
8  website.
9  Every Content Management System
10 is different.  It's good to learn, you
11 know, just to have an idea, even if, you
12 know, they never touch one in their career,
13 just to kind of know.
14 Q.  Give me an example of a task that
15 an intern would do, or that an intern has
16 done with respect to the Content Management
17 System.
18 A.  I've taught them how to input,
19 like a simple story, like a story with one
20 picture, because that's kind of the basics,
21 you're going to get everything.
22 Everything else beyond that is
23 just a little, too, there's a lot of moving
24 parts.  So as part of the, crafting their

[Page 30]

A. Diegel

1  steam engine story, you know, it's how to
2  put the content in the Content Management
3  System, all the different fields you need
4  to use for, like, the title and the
5  subtitle and where you put the body and
6  adding the -- you know, how to upload your
7  photo.
8  Q.  And do they do that with respect
9  to actual stories on the website?
10 A.  No, just their little story.
11 Q.  What does, can you give me the
12 sort of your description of an intern's
13 typical day?
14 A.  Sure.
15 Q.  So an intern comes in in the
16 morning?
17 A.  Generally, I meet with them.  We
18 talk about, you know, what's going on.
19 Like sometimes I'll have them
20 shadow me at a meeting, or if there is kind
21 of an interesting meeting going on that I'm
22 not going to be in but I think they might
23 get some benefit just kind of seeing how
24 people do things, I'll send them to that,

[Page 31]

A. Diegel

1  have them sit in on that, and ask them
2  about it afterwards, that kind of stuff, or
3  her, him or her.
4  So, and then generally after
5  that, they're generally not sitting there
6  for like eight hours a day, because I
7  understand that they, they're trying to
8  find jobs or, you know, maybe another
9  internship or whatever.
10 So they might come in a little
11 bit later, and I actually prefer if they
12 come in later because it gives me time to
13 settle in before I have to deal with them.
14 And then we'll go over, you know,
15 their stories.  It's a lot of work to edit
16 an intern's story, especially in our
17 subject areas because, you know, our
18 subjects are very technical.  So it takes a
19 lot of work.
20 Generally they don't have the
21 subject matter knowledge to, you know,
22 really craft a story, you know, in the way
23 that we need.
24 So we do a lot of back and forth.

[Page 32]

A. Diegel

1  It's like:  Okay, you got this part of the
2  story, but you know, you need to fill out
3  more on how the steam engine works.
4  Q.  Uh-huh.
5  A.  So another thing I like to have
6  them do, too, is learn how to, you know,
7  call up sources, just be appropriate on the
8  phone and know how to talk to people.  So I
9  think that's really important.
10 Q.  So have you ever used an intern's
11 story on the website?
12 A.  I think Skylar, my last guy, I
13 think he maybe got one byline.
14 Q.  That means that the story was
15 used on the website?
16 A.  His story was posted, yeah, yeah.
17 Q.  Okay.
18 A.  Generally it's, you know, it's
19 really hard.  I mean, their stuff isn't
20 really the kind of quality stuff that we
21 have, but I do like them to have something,
22 you know, to be able to say:  Hey, I did
23 this cool thing, look what I learned this
24 summer, here it is right now.

[Page 33]

**[9]  (Pages 30 to 33)**

A. Diegel

1
2   Q.   So if somebody does something
3   good enough, you'll reward them by putting
4   it up on the website?
5   A.   Yeah, if it deserves to be up
6   there. I think Skylar did a couple and
7   only one actually ended up being posted.
8   Q.   That's not bad.
9   A.   Yeah, that's not bad.
10  Q.   What about other interns, have
11  they written stories that made it on to the
12  website?
13  A.   Yes, yes.
14  Q.   How many others?
15  A.   I think probably with the other
16  two that I had, I think they each had a
17  byline.
18  Q.   How many interns have you had
19  total?
20  A.   Three.
21  Q.   At the website?
22  A.   At the website.
23  Q.   So one's name was Skylar? Do you
24  remember his last name?
25  A.   Bergl, B-E-R-G-L, something like

[Page 34]

A. Diegel

1
2   a story, is that sometimes placed on the
3   website?
4   A.   Well, only in conjunction with
5   the story that they were doing. It's not
6   just random quota research for different
7   things.
8        So it would have to be for -- it
9   would be for the steam engine story that
10  got posted to the web. It wouldn't be for
11  the Mars landing story that somebody else
12  was doing that had nothing to do with them.
13  Q.   The restaurants.
14  A.   It would be one of the
15  restaurants, right -- no, I would do that
16  photo research.
17  Q.   So for most stories you do the
18  photo research and choose the photos?
19  A.   It depends, but some writers will
20  do their own photo research. I prefer
21  doing it in-house, only because I worry
22  about the rights issues. I want to make
23  sure that that's all clear, and if I know
24  we're doing it in-house, I don't have to
25  worry about it.

[Page 36]

A. Diegel

1
2   that.
3   Q.   And the other one?
4   A.   Laurel and Nick, and I totally
5   don't remember their last names.
6   Q.   They must have made a great
7   impression.
8   A.   No, they were good, they were
9   good. That was like in 2007 or 2008.
10  Q.   Okay.
11  A.   I just don't remember their last
12  names off the top of my head.
13  Q.   Is the website searchable so that
14  if we wanted to go back and look at the
15  stories that these interns had posted on
16  the website, we could find them?
17  A.   Yes.
18  Q.   How would we do that?
19  A.   I guess if you just, probably if
20  you just Google their names, it should come
21  up.
22  Q.   I see.
23  A.   Yeah.
24  Q.   When an intern does photo
25  research and finds an appropriate photo for

[Page 35]

A. Diegel

1
2   Q.   Okay.
3        Have you written references for
4   interns, done written references for jobs
5   or anything else?
6   A.   I don't recall. I don't recall.
7   Q.   Okay.
8        There may be some things I ask
9   you during this deposition, it's perfectly
10  fine if you don't recall, it's not a memory
11  contest.
12  A.   No, I know.
13  Q.   But if there is something that
14  you do remember as we talk or on a break, I
15  just ask that you come back and tell me the
16  answer.
17  A.   Sure, sure.
18  Q.   What about evaluations, do you do
19  evaluations, or have you done written
20  evaluations for your interns?
21  A.   I did one for Skylar for his
22  school.
23  Q.   Okay.
24        Do you have a copy of that?
25  A.   No, I don't, because I had to

[Page 37]

**[10]  (Pages 34 to 37)**

A. Diegel

1 send it back in the mail.
2 **Q.** Okay.
3 **A.** They sent me a form and I
4 actually had to send it back, which was
5 kind of ironic.
6 **Q.** Do you remember who you sent it
7 to?
8 **A.** Whoever the head of their Drake
9 University Internship Program was.
10 **Q.** Okay.
11 Drake University?
12 **A.** Drake College, or University,
13 whatever it is. It's in Iowa.
14 **Q.** Okay.
15 Do you remember doing a
16 declaration, signing a declaration in this
17 case?
18 **A.** Yeah.
19 **Q.** I'm going to show you a copy of
20 that.
21 **A.** Sure.
22 **MR. SWARTZ:** This will be Number
23 2, please.
24 (Diegel Exhibit 2, Declaration

[Page 38]

A. Diegel

1 Bates stamped D-170563 through
2 D-170565, marked for identification,
3 as of this date.)
4 BY MR. SWARTZ:
5 **Q.** Just take a second to take a look
6 at that and tell me if that's the
7 declaration that you executed on November
8 29, 2012.
9 **A.** Yes. It's my declaration.
10 **Q.** That's D-170563 through D-170565.
11 Can you tell me how did you come
12 to execute this declaration, how did it
13 happen?
14 **A.** I talked to lawyers and gave them
15 information.
16 **Q.** Did you approach them first, or
17 did they approach you first?
18 **A.** They approached me.
19 **Q.** Which lawyers were those?
20 **A.** The Hearst lawyers -- oh, who was
21 the specific person?
22 **Q.** Yeah.
23 **A.** Andrea Butler.
24 **Q.** Is that an in-house Hearst

[Page 39]

A. Diegel

1 lawyer?
2 **A.** I think so. I don't know. I
3 guess so.
4 **Q.** Andrea Butler and who else, any
5 other lawyers?
6 **A.** No, no.
7 **Q.** So is Andrea Butler the contact
8 with respect to, in connection with this
9 declaration?
10 **A.** Yes.
11 **Q.** How did Andrea Butler get in
12 contact with you initially?
13 **A.** On the phone.
14 **Q.** They called you?
15 **A.** Yes.
16 **Q.** You picked up the phone and it
17 was Andrea Butler?
18 **A.** Yes.
19 **Q.** And what did Andrea Butler say to
20 you?
21 **MS. LANGLAIS:** I'm going to
22 object. I think those conversations
23 are privileged.
24 BY MR. SWARTZ:

[Page 40]

A. Diegel

1 **Q.** Were you represented by counsel
2 at the time that Andrea Butler called you?
3 **A.** I don't know what that means.
4 **Q.** Was she your lawyer?
5 **A.** She's a Hearst lawyer.
6 **MS. LANGLAIS:** I think those
7 conversations are privileged under
8 work product and I'm going to instruct
9 her not to answer.
10 **MR. SWARTZ:** Okay. Just for my
11 own understanding, could you elaborate
12 why that would be work product?
13 **MS. LANGLAIS:** It was obviously
14 in anticipation of this litigation,
15 and there is case law that shows that
16 conversations with employees,
17 employees of all different statuses,
18 are considered privileged.
19 **MR. SWARTZ:** Just to be clear,
20 I'm not trying to be difficult, but
21 this is a work product objection?
22 **MS. LANGLAIS:** I think it would
23 be under both.
24 **MR. SWARTZ:** And attorney-client

[Page 41]

A. Diegel

1       A. Diegel
2   **Q.** Who was the other one?
3   **A.** My producer Carl.
4   **Q.** Did Skylar or any other interns
5 ever do any substantive tasks or projects
6 with the producer?
7   **A.** No. I had him sit with Carl and
8 have him watch Carl work, because Carl is
9 an expert, so just to have that experience
10 to see how he organizes his tasks and how
11 he sets things up.
12     I mean, that stuff sounds like
13 elementary, but it's actually really
14 important.
15   **Q.** I'm just curious.
16     In your declaration, you said you
17 appreciated any help that interns may
18 provide from time to time?
19   **A.** Where are you?
20   **Q.** Paragraph 6, the third line.
21   **A.** "Appreciate any help," uh-huh.
22   **Q.** When you said that, were you just
23 trying to be nice, or did they actually
24 help you from time to time? Is that true?
25   **A.** Well, sure. Yeah, I mean, help

[Page 70]

1       A. Diegel
2 is relative. You know, they did get a
3 byline, they did get a story.
4     So, you know, I mean, if you want
5 to perceive that as help, I mean, it's not
6 like their one story is the make or break
7 of our website. You know, I could do just
8 as well with or without it.
9   **Q.** Okay.
10     But it says any help that they
11 may provide.
12     You meant that they may provide
13 you, right?
14   **A.** Yeah, they provide me. I don't
15 mean help like helping me do something. I
16 mean, it's, you know -- it's just the
17 overall experience.
18   **Q.** So the overall experience helped
19 you? I mean, I'm just trying to figure out
20 what you meant here.
21     Because I assume that all of this
22 is true and I'm not going to question you
23 about that, and I assume that this part is
24 true, too, that you appreciated any help
25 they provided and --

[Page 71]

1       A. Diegel
2   **A.** Well, when they're doing photo
3 research for their employers, that's pretty
4 helpful.
5   **Q.** Anything else? Is that what you
6 meant when you --
7   **A.** I mean -- photo research is
8 incredibly time-consuming and it takes a
9 long time to do.
10     So yeah, that is actually -- you
11 know, that is helpful, to have them do
12 that, at least, you know, getting through
13 that first cut.
14     So then when I can come back and
15 say, no, you can't use this, this and this
16 photo -- hey, did you check the rights on
17 this, do we really have the rights? You
18 know, show me.
19   **Q.** How do you check the rights?
20   **A.** Well, for Getty Images, it's
21 stock photos, so we've got rights.
22     I mean, that's not a problem.
23 It's when people start looking at Flicker
24 or any kind of places like that.
25     Everybody has their right to set

[Page 72]

1       A. Diegel
2 up differently. Some people don't mind if
3 other people take their photos and use them
4 for editorial purposes. Some people have
5 all rights reserved where you need to, you
6 know, you can't use them, you have to
7 contact them.
8     One of the things that we, I make
9 sure we do, regardless if they have rights
10 listed, I always contact the owner of the
11 photo just to verify and make sure, you
12 know, so they understand that we're going
13 to be using this photo.
14     So it's actually, it sounds kind
15 of stupid, what should be the big deal
16 about getting photos, but there actually is
17 a big deal.
18   **Q.** We're a bunch of lawyers. It all
19 sounds very normal.
20   **A.** That's true. Good point.
21   **Q.** Okay.
22     On the bottom of page 5, I'm just
23 curious -- I'm sorry, the bottom of
24 paragraph 5, it says, the last sentence
25 says:

[Page 73]

A. Diegel

1     "My interns do not perform
2     administrative tasks or errands."
3         What do you mean by
4     "administrative tasks or errands"?
5         A.   Like answering the phone, picking
6     up my dry cleaning -- I mean, you know -- I
7     mean, I don't know.  They don't do any of
8     the kind of drudge work that I have to do,
9     or like approving invoices or anything like
10    that, which they couldn't do.
11        Q.   Is it accurate to say that none
12    of your interns have ever answered the
13    phone?
14        A.   Ever answered the phone -- I
15    mean, I wasn't watching them.  I mean, they
16    were never answering the phone in terms of
17    capacity of:  Hello, this is the Popular
18    Mechanics website.
19        Q.   Right.
20        A.   But, you know, they are working
21    on stories.  So if they call sources and
22    sources call them back, yes, obviously they
23    picked up the phone to talk to their
24    source.

[Page 74]

A. Diegel

1     Q.   I see.
2         And was there any training on how
3     they were supposed to answer the phone?
4         A.   No.
5         Q.   So --
6         A.   No, no, I did not train them on
7     how to answer the phone.
8         Q.   You weren't worried if they
9     picked up the phone and said something very
10    casual?
11        A.   No, I wasn't worried about that.
12        Q.   Because you hired people who you
13    thought had better judgment than that?
14        A.   Yes, yes.
15        Q.   And I'm going to take this to an
16    extreme, and I'm not trying to say that
17    you're lying.
18        A.   Sure.
19        Q.   I'm just trying to get a sense of
20    the full picture.
21        A.   Sure.
22        Q.   Would it be accurate to say that
23    none of your interns ever made photocopies?
24        A.   I have no idea if they made

[Page 75]

A. Diegel

1     photocopies.  I mean, they never made
2     photocopies in my capacity to say:  Here,
3     go copy this.
4         Q.   Okay.
5         In connection with doing the work
6     that they were doing?
7         A.   No.  We're web.  We don't --
8         Q.   See, this is another example of
9     my lack of understanding.
10        A.   Yeah.  I can't imagine what we
11    would need to photocopy.
12        Q.   I understand.
13        Scanning?
14        A.   Scanning, no, not even these
15    days.  Everything is digital.  Even photos.
16        Q.   When the interns met with your
17    producer to help them, or see how they
18    organize things, did they ever help him
19    organize things?
20        A.   No, no.
21        Q.   They just sat there and watched?
22        A.   Yes, or asked questions, but they
23    weren't actively participating.
24        Q.   Were you there during those

[Page 76]

A. Diegel

1     meetings?
2         A.   Some of it, yeah.
3         Q.   So there are interns elsewhere at
4     Popular Mechanics outside the website,
5     right?
6         A.   Yeah, sometimes.
7         Q.   Do you know who over the years
8     has been in charge of those people?
9         A.   You know, I really don't.
10        Q.   No?
11        A.   I have no idea how that runs.
12        Q.   What about -- who is the person
13    who used to be an assistant at Popular
14    Mechanics and now is working for the
15    president of Hearst?
16        A.   Ali Hockey.
17        Q.   Was she involved with the
18    interns?
19        A.   I really don't know.  I don't
20    know.  I don't know the extent of anybody's
21    involvement with interns in terms of the
22    magazine.
23        Q.   And have you ever seen an intern
24    manual that was used at the magazine as

[Page 77]

[20]   (Pages 74 to 77)

[Page 88]

1

2               DEPOSITION ERRATA SHEET

3    Case Caption:  Wang v. The Hearst Corporation

4

5           DECLARATION UNDER PENALTY OF PERJURY

6           I declare under penalty of perjury

7    that I have read the entire transcript of my

8    Deposition taken in the captioned matter or

9    the same has been read to me, and the same is

10   true and accurate, save and except for

11   changes and/or corrections, if any, as

12   indicated by me on the DEPOSITION ERRATA

13   SHEET hereof, with the understanding that I

14   offer these changes as if still under oath.

15

16

17   _____
                                              Eva Saketkoo
18            ANGELA DIEGEL                Notary Public State of New York
                                              No. 02SA6028472
19                                          Qualified in New York County
                                          Commission Expires Aug. 2, 20_1_3
                                                           Dec
20   Subscribed and sworn to on the _1_5 day of

21   _February_ , 2013, before me,

22   _____

23   Notary Public,

24   in and for the State of _New York_

25

[Page 89]

```
 1                        J U R A T

 2

 3          I DO HEREBY CERTIFY that I have read the foregoing

 4     transcript of my deposition testimony.

 5

 6          Angela Siegel

 7

 8

 9

10

11     SWORN TO AND SUBSCRIBED

12     BEFORE ME THIS  15th

13     DAY OF  February 2013              Eva Saketkoo
                                   Notary Public State of New York
14                                      No. 02SA6028472
                                   Qualified in New York County
15     _____      Commission Expires Aug. 2, 20 13

16

17

18

19

20

21

22

23

24

25
```

## DEPOSITION ERRATA SHEET

## Case Caption: Wang v. The Hearst Corporation

DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that I have read the entire transcript of my Deposition taken in the captioned matter or the same has been read to me, and the same is true and accurate, save and except for changes and/or corrections, if any, as indicated by me on this DEPOSITION ERRATA SHEET, with the understanding that I offer these changes as if still under oath.

| Page No. | Line No. | Change from | Change to | Reason for change |
|---|---|---|---|---|
| 20 | 12 | Flicker | Flickr | Misspelling |
| 20 | 25 | Flicker | Flickr | Misspelling |
| 22 | 18 | break | change | Correction |
| 28 | 19 | So just regular anybody. | Delete | Correction |
| 32 | 2 | and ask them | and ask him | Typographical error |
| 36 | 6 | quota | photo | Typographical error |
| 36 | 13 | restaurants | astronauts | Typographical error |
| 36 | 15 | restaurants | astronauts | Typographical error |
| 45 | 7 | thing | area | Typographical error |
| 54 | 24 | before | for | Typographical error |
| 59 | 14 | things. I mean, they said | names, I mean, she said | Typographical error |
| 62 | 22 | Ali Hockey | Allie Haake | Misspelling |
| 66 | 18 | outline | online | Typographical error |
| 72 | 23 | Flicker | Flickr | Misspelling |
| 72 | 25 | right | rights | Typographical error |
| 77 | 17 | Ali Hockey. | Allie Haake. | Misspelling |
| | | | | |

SIGNATURE:  _Angela Siegel_
ANGELA SIEGEL

Subscribed and sworn to on the 15 day of February , 2013, before me,

_____,

Notary Public,

In and for the State of New York.

Eva Saketkoo
Notary Public State of New York
No. 02SA6028472
Qualified in New York County
Commission Expires Aug. 2, 20 13
Dec

# EXHIBIT 180

[Page 1]

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

----------------------------------------

XUEDAN WANG, on behalf of herself and

all other similarly situated,

                 Plaintiffs,

    vs.                   12-CV-0793 (HB)

THE HEARST CORPORATION,

                 Defendant.

----------------------------------------

DEPOSITION OF MAURA FEIL

Monday, January 28, 2013

10:00 a.m.

Reported by:

Joan Ferrara

1    Q.    What is -- what's involved in
2  transcribing interviews?
3    A.    Listening to a tape-recording and
4  typing out what was said.
5    Q.    And in the context of the 50
6  Hottest Bachelors event, what did stuffing gift
7  bags involve?
8    A.    We had gotten contributions from --
9  of items from various companies, and it involved
10 putting one of each item into each bag.
11   Q.    Did they do anything else in
12 connection with the 50 Hottest Bachelors event?
13   A.    They may have helped other editors
14 with things, I'm not sure.
15   Q.    And was their assistance useful in
16 connection with the activities you described for
17 the 50 Hottest Bachelors event?
18   A.    Sometimes.
19   Q.    If they hadn't transcribed
20 interviews for example, who would have done it?
21   A.    I suppose the editorial assistants.
22   Q.    And if they hadn't stuffed the gift
23 bags, who would have done it?
24   A.    Well, I did end up restuffing the
25 gift bags because --

                                    [Page 22]

1  but I can't remember other things that I
2  personally assigned them to.
3    Q.    Do you remember other things that
4  interns did at Cosmo when you were an editorial
5  assistant even if they're not things that you
6  specifically assigned them to do?
7    A.    I mean, I really wasn't that
8  involved with the intern program when I was an
9  editorial assistant.  So I don't remember
10 specifically.
11   Q.    Does anyone come to mind during the
12 time you were an editorial assistant who was a
13 particularly good intern?
14   A.    Yes.
15   Q.    Who?
16   A.    Her name was Ali Foster.
17   Q.    What made her particularly good?
18   A.    She had a professional demeanor,
19 you can tell she was listening and truly
20 absorbing what we asked her to do and tips we
21 gave her.
22   Q.    What made that clear?
23   A.    When she submitted assignments,
24 they weren't perfect but you could tell she had
25 been listening.

                                    [Page 24]

1    Q.    All of them?
2    A.    Yes.
3    Q.    Why?
4    A.    They messed up.
5    Q.    What did they do wrong?
6    A.    There were two of some items in
7  some bags and one of some items in another bags,
8  even though I had cautioned.
9    Q.    When you had given them that
10 assignment, had you expected that they would do
11 it correctly?
12   A.    Yes.
13   Q.    And you had expected that it would
14 be helpful to you and save you time?
15   A.    Well, I explained it to them and
16 I -- yes.
17   Q.    So you expected that -- at the time
18 you gave them the assignment to stuff gift bags,
19 you expected that it would save you time if the
20 interns did that assignment.
21   A.    Yes.
22   Q.    Do you remember anything else that
23 you assigned interns to do when you were an
24 editorial assistant at Cosmo?
25   A.    I'm sure there were other things,

                                    [Page 23]

1    Q.    How could you tell?
2    A.    They were of a higher quality and
3  more relevant than what other interns submitted.
4    Q.    And was that useful to you?
5    A.    Sure.
6    Q.    And in what way?
7    A.    For instance, with the Embarrassing
8  Moments page, when I got an embarrassing moment
9  from her that fit the requirements, then I could
10 use it on the page.
11   Q.    Let's move to your time as an
12 associate editor.  What were your
13 responsibilities as an associate editor at
14 Cosmo?
15   A.    I wrote bigger stories.
16   Q.    Wrote what stories?
17   A.    Bigger stories.
18   Q.    Okay, go on.
19   A.    I was expected to pitch more ideas.
20 I continued to pitch cover line, I wrote a
21 variety of columns, I edited editorial
22 assistants' work.  Those were the primary
23 duties.
24   Q.    It sounds like you had many of the
25 same responsibilities you had as an editorial

                                    [Page 25]

                              [7]  (Pages 22 to 25)

1  job next time.
2      Q.   In that sense is it useful to you
3  to provide feedback to them so that the work
4  product can improve?
5      A.   It can be.  Often I find that
6  learning how to effectively respond to feedback
7  is not a skill that some of our interns have.
8      Q.   And when they do respond to the
9  feedback with improved work product, is that
10 helpful to you?
11     A.   It can be.
12     Q.   Paragraph 11, we've already talked
13 about this incident some, about the research for
14 what the presidential candidates were eating on
15 the campaign trail.  The last clause of the last
16 sentence in this paragraph says, "Some of the
17 information was inaccurate and I therefore had
18 to do the research myself."
19          Did you redo all the research or
20 some of the research?
21     A.   All of the research that the
22 fact-checker found; for instance, the phone
23 numbers that didn't work that the intern had
24 provided that she called, everything she had a
25 problem with I went back and redid.

                                    **[Page 82]**

1      Q.   And was every piece of research
2  that you received from that person wrong or just
3  some of it?
4      A.   I couldn't tell you if it was all
5  of what she submitted or just some of it.
6      Q.   So you redid the pieces that the
7  fact-checker brought back to you?
8      A.   Yes.
9      Q.   And you're just not sure whether
10 the fact-checker brought back every piece she
11 did or some of it?
12     A.   Well, because I had done some of
13 the research myself as well, so it's hard to
14 say -- I can't remember exactly which parts she
15 had worked on and which parts I had worked on.
16     Q.   So would you say that intern did
17 not meet your expectations for this assignment?
18     A.   Yes.
19     Q.   Do interns at Food Network Magazine
20 do on the street polls like you did when you
21 were an intern?
22     A.   No.
23     Q.   That's not something that Food
24 Network Magazine does?
25     A.   No.

                                    **[Page 83]**

1      Q.   Do they conduct interviews?
2      A.   The interns?
3      Q.   Yes.
4      A.   Never for me.  I don't know if they
5  do for other people.
6      Q.   Paragraph 12, you say that you and
7  other editors try to provide opportunities for
8  interns to write a story, complete an interview
9  or observe a photo shoot.
10     A.   Mm-hmm.
11     Q.   Can you give me examples of
12 situations where you've given interns those
13 opportunities?
14     A.   For example, we have an intern who
15 found a story about two towns that compete every
16 year to see who can carve the most
17 jack-o-lanterns and have them lit at the same
18 time and displayed in the center of town.  So
19 because that intern had found a viable story
20 idea, we let her do the interviews and write it.
21          And then several interns, even
22 though I never go to photo shoots for my job,
23 but several interns in our department are
24 curious about that, and even though it's not
25 something our department handles, the photo

                                    **[Page 84]**

1  department has accommodated their requests to
2  attend a photo shoot.
3      Q.   Does that ever last more than one
4  day?
5      A.   No.
6      Q.   The story about the jack-o-lantern
7  carving competition, did that ultimately appear
8  in the magazine?
9      A.   It did, with heavy editing.
10     Q.   Was her work useful to the
11 magazine?
12     A.   Yes.  We also paid her for the
13 story.
14     Q.   Oh, really?
15     A.   Mm-hmm.
16     Q.   Why?
17     A.   She suggested it right at the end
18 of her internship but was still interested in
19 writing it so we paid her a free-lance rate
20 since she was working on it outside of her
21 normal internship hours.
22     Q.   Because her internship ended at
23 some point.
24     A.   Yes.
25     Q.   Did Hearst pay her for time during

                                    **[Page 85]**

                              **[22]  (Pages 82 to 85)**

M. Feil

1    be a period of several months until our
2    next, our summer intern starts.
3        Q.   Are you having an intern this
4    spring?
5        A.   No.
6        Q.   So you are having an intern this
7    summer?
8        A.   We plan to, yes.
9        Q.   So when you discuss here the
10   three months, you're talking about periods
11   of time between the three interns that you
12   supervise in 2012?
13       A.   Yes.
14       Q.   And when you say, "when our
15   office does not have any interns," do you
16   mean Hearst Integrated Media in its
17   entirety?
18       A.   Correct, only the marketing
19   department has an intern.
20       Q.   Okay.
21           Hearst Integrated Media is
22   divided -- can you tell me how it's
23   structured?
24       A.   Hearst Integrated Media has a

[Page 102]

M. Feil

1    sales team, a marketing team, also the
2    Corporate Direct Response team reports into
3    the head of our group.  So it's a sales and
4    marketing team.
5        Q.   So sales doesn't have any
6    interns?
7        A.   Correct.
8        Q.   And it hasn't had any during the
9    time when you have worked as an employee at
10   Hearst?
11       A.   Correct.
12       Q.   Okay.
13           So the intern who worked in fall
14   2012, approximately from when to when did
15   that intern work?
16       A.   She worked approximately from
17   September through December.
18       Q.   And when did the next intern who
19   worked spring 2012 start?
20       A.   Spring 2012 was the prior --
21       Q.   Sorry, right.
22       A.   So before that would have been
23   summer.
24       Q.   Right.

[Page 103]

M. Feil

1        A.   Do you want to know when she
2    worked?
3        Q.   Yes.
4        A.   She worked approximately from May
5    to August, or June to August.  I can't
6    recall.
7        Q.   And the spring 2012 intern, when
8    did she work approximately?
9        A.   I don't recall when she started.
10   I would say that she ended her internship
11   in May.
12       Q.   Was Stephanie the spring 2012
13   intern?
14       A.   Yes.  So she worked end of
15   January to May, beginning of May.
16       Q.   Okay.
17           So in paragraph 10, you say that:
18       "During those gap periods,
19   neither our workload nor our hours
20   increase."
21           How do you know whether or not
22   the workload or hours increase for Hearst
23   Integrated Media employees other than
24   yourself?

[Page 104]

M. Feil

1        A.   Can you repeat the question?
2        Q.   Sure.
3            In paragraph 10, you said:
4        "There are several times a year,
5    probably around three months, when our
6    office does not have any interns, and
7    during those times, neither our workload
8    nor our hours increase."
9            Are you speaking just about your
10   own workload and hours there, or are you
11   speaking about everyone who works in the
12   marketing department?
13       A.   I'm referring to the marketing
14   department as it relates to having an
15   intern to support the marketing department
16   or to be part of the marketing department.
17       Q.   Okay.
18           So I think we talked about other
19   than yourself, there were two other people
20   who provided assignments to interns that
21   you supervised, Robin and Kristina.
22       A.   They were former supervisors.  We
23   didn't speak about who else -- you're
24   asking who else provides assignments?

[Page 105]

[27] (Pages 102 to 105)

M. Feil

1    Q.   Well, I guess I'm trying to
2  figure out when you say that "neither our
3  workload nor our hours increased," who are
4  you speaking of there?
5    A.   I'm referring to the rest of the
6  marketing department.  They were former
7  supervisors.  They no longer work in our
8  department.
9    Q.   So you're speaking in paragraph
10  10, I just want to make sure I understand,
11  for -- you're speaking about 2012, right?
12    A.   I'm speaking about -- I'm
13  speaking generally about the times when we
14  have interns.
15      So yes, it generally relates to
16  2012, yes.
17    Q.   Do you have knowledge about
18  whether or not the workload and hours of
19  people in the marketing department changed
20  based on the fact that interns were or were
21  not present for any period other than 2012?
22    A.   I have that knowledge -- that
23  knowledge is based on the time that I've
24  worked as an Associate Marketing Manager or

**[Page 106]**

M. Feil

1  Marketing Manager in the department, based
2  on my experience in the department.  So
3  I've been in the department for two years.
4    Q.   But you didn't supervise any
5  interns until the spring of 2012, right?
6    A.   Correct.  But as I mentioned, the
7  marketing intern works with the entire
8  marketing team.  It's not specifically,
9  it's not specifically my intern.  So that's
10  how I was speaking about this.
11    Q.   Okay.
12    A.   Based on my experience working in
13  the department, not necessarily as an
14  intern supervisor.
15    Q.   So you have knowledge about what
16  interns did in the department from the time
17  when you became an Associate Marketing
18  Manager through the time when you
19  supervised interns; is that right?
20    A.   I've had interactions with them.
21  Saying that I have knowledge, I don't know
22  what you're referring to specifically.
23    Q.   Let me just clarify what period
24  I'm talking about.

**[Page 107]**

M. Feil

1    A.   Okay.
2    Q.   So from the period February 2011
3  until --
4    A.   Present?
5    Q.   No -- until the first time when
6  you supervised an intern, which was spring
7  2012.
8    A.   Right.
9    Q.   It was approximately a year
10  period.
11    A.   Yes.
12    Q.   Okay.
13      So during that year period, do
14  you have knowledge of what interns did?
15    A.   As I mentioned, it's a department
16  intern.  So there were occasions where I
17  worked with interns on projects.  So in
18  that capacity, yes, I have knowledge of
19  what they did.
20    Q.   Okay.
21      How many interns worked for the
22  department between February 2011?  Was
23  there an intern for the department each
24  semester during 2011?

**[Page 108]**

M. Feil

1    A.   I don't recall.
2    Q.   Okay.
3      So for the period of 2011 when
4  you did not directly supervise interns,
5  what is the basis of your knowledge that
6  the workload and hours of your department
7  did not increase?
8    A.   We have a status report every so
9  often, and the basis of my knowledge is
10  that, you know, we didn't, you know, as a
11  department, didn't see our workload or
12  hours increase.  People were still coming
13  and leaving at the same time and doing the
14  same amount of work.
15    Q.   How do you know what that -- that
16  others were doing the same amount of work
17  during the period of time when they were at
18  the office?
19    A.   Based on -- you know, it's a
20  small group, it's very collaborative based
21  on my direct contact with them.
22    Q.   So people told you that their
23  workload didn't increase during these gap
24  periods when there were no interns?

**[Page 109]**

M. Feil

1
2    A.   As it relates to the interns,
3    yes, we talk about, you know, our -- talk
4    about the intern hiring process of the
5    department.  It's a department intern.  So
6    that statement reflects that we don't rely
7    on the intern to get our work done.
8        Q.   For example, during those periods
9    when you were having to do program recaps,
10   wouldn't you say that your workload
11   increased because you were doing program
12   recaps that otherwise you would have
13   assigned to an intern?
14       A.   No.  In fact, I'd say that my
15   workload, if anything, would decrease
16   because it takes time to work with the
17   intern on, you know, putting together a
18   recap.
19           As I mentioned, interns will take
20   two days or more to work on a recap, and
21   there are periods of time in those two days
22   where we meet with them and we discuss the
23   elements, whereas if I were to do it
24   myself, as I mentioned, it would only take
25   a couple of hours to complete.

[Page 110]

M. Feil

1
2        Q.   How much time during those few
3    days do you work with the interns on the
4    recap?
5        A.   The recaps aren't the only, you
6    know, projects that they're involved in.
7        Q.   I'm just talking about the recap.
8        A.   How much time within a couple of
9    days?  I think it varies from what the
10   recap includes, but we'll sit down for, you
11   know, half an hour, hour or more, and talk
12   about it and, if the intern wants to make
13   some tweaks, they'll do that.  Then we'll
14   regroup and talk about it again.
15       Q.   So if it takes an intern a couple
16   of days to do a recap, you're not actually
17   working on the recap with them for days at
18   a time, right?
19       A.   No.  As I said, it's not the only
20   thing they're working on.  It's not the
21   only thing I'm working on -- so, no.
22       Q.   I guess I'm just trying -- so
23   you've had specific conversations with
24   people about those gap periods where
25   they've told you:  My workload doesn't

[Page 111]

M. Feil

1
2    increase during those gap periods and my
3    hours haven't increased during those gap
4    periods?
5        A.   I have had conversations with
6    colleagues about, you know, what the intern
7    works on.  In our department, no, we don't,
8    the hours don't increase when there's no
9    intern.
10       Q.   How do you know that?  Did you
11   have a conversation with someone where they
12   said that?
13       A.   I know because generally, just
14   like myself, my colleagues work 9:00 to
15   6:00 every day whether or not there is an
16   intern.
17       Q.   Okay.
18           But do you know what your
19   colleagues do throughout the time that
20   they're at work?
21           MS. LANGLAIS:  Objection.  This
22   has already been covered
23   significantly.
24       A.   I don't know specifically what
25   they're doing every minute from 9:00 to

[Page 112]

M. Feil

1
2    6:00.
3           But as I said, we're a small
4    group and we're very collaborative, and my
5    role is very similar to all my colleagues.
6    We sit as close as, you know, the four of
7    us are sitting right now.
8           So that statement is based on
9    discussions that we've had in the
10   department about, you know, our intern
11   program and bringing in interns and what
12   projects we feel are beneficial to interns,
13   and in the nature that our intern
14   participates in our department, speaking
15   generally about the department, the nature
16   of the project they participate in do not
17   affect the workload nor hours that we work.
18       Q.   Who have you spoken to about that
19   specifically?
20       A.   Spoken to about the intern?
21       Q.   About whether or not, about
22   whether or not the work that's assigned to
23   interns typically is something that the
24   employees do or your colleagues do when the
25   intern isn't present?

[Page 113]

[29]  (Pages 110 to 113)

M. Feil

1          M. Feil
2    A.  I'm sorry, I'm not understanding
3 your question.
4    Q.  I'm trying to understand whether
5 you've had specific conversations with
6 people that the work that they typically
7 assign to interns they don't have to do
8 during those gap periods.
9    A.  I've had conversations with
10 colleagues about assigning projects to
11 interns, and as we mentioned, there is
12 significant time that's put into explaining
13 projects to interns, and so thinking of it
14 in that sense, generally it's agreed upon
15 that when you do, when tasks are handled
16 without having intern involvement, a lot of
17 times it's easier to complete.
18    Q.  How many recaps do interns that
19 you've supervised typically do during their
20 internship?
21    A.  It depends on the semester and
22 the number of programs that we have that
23 are finishing up.
24    So as an example, the last intern
25 worked on a handful of recaps.  But as I

[Page 114]

1          M. Feil
2 mentioned, that's not the only thing that
3 they're participating in.
4    Q.  Okay.
5    So the last person you supervised
6 did approximately five or six recaps?
7    A.  I would say even fewer.
8    Q.  Okay.
9    And so did you spend as much time
10 explaining how to do a recap with that
11 intern with respect to the first recap that
12 they did, that you did, than you did with
13 the second and third or fourth recap that
14 they did?
15    A.  I'd say the time spent is
16 comparable.  Each of the programs have
17 different elements and the elements are
18 different.
19    So recapping, you know, a program
20 that included six brands and had print and
21 digital components might be different than
22 recapping of a program that has three
23 brands and the main component is event.
24    So in talking about recaps
25 specifically, we like to discuss the

[Page 115]

1          M. Feil
2 language, as I mentioned, that is
3 appropriate to use for the terminology,
4 sort of as we've talked about RFPs, and
5 comp copy, things like that, those same
6 terms come up as they relate to recap.
7    So it's, say it's comparable.
8 It's hard to put an exact hourly time spent
9 on different recaps, but I'd say that there
10 are different things that are covered
11 definitely.  Those things that are covered
12 might take more or less time.
13    For instance, you know, we
14 format, although we caption the same
15 format, after the first time an intern
16 contributes to a recap, they don't
17 necessarily, we don't need to review the
18 formatting the third or fourth time as you
19 mentioned, so...
20    Q.  So all of those recaps, you would
21 have had to do those recaps if the interns
22 hadn't worked on them?
23    A.  Well, I work on them, too.  So
24 it's work done in conjunction with the
25 intern, and generally there is some time

[Page 116]

1          M. Feil
2 spent even after they've taken a shot at it
3 to sort of tweak it, as I mentioned.  So
4 ultimately they do have to be completed.
5    Q.  And ultimately they would have to
6 be completed by you?
7    A.  Myself or whoever was working on
8 the program.
9    Q.  And the vendor research that we
10 discussed, if the interns hadn't worked on
11 those tasks, is that something that would
12 fall within your job description to work
13 on?
14    A.  That's something that's handled
15 on a case by case.  It's not part of my job
16 description necessarily.  I don't think
17 it's really part of anyone's.  I think it's
18 just the nature of sort of the department.
19 We all look for new opportunities or work
20 with vendors.
21    So yes, it would be something
22 that I'm doing, but not necessarily the
23 same work that an intern would be doing.
24    Q.  Who would be doing that work?
25    A.  It's not a task that's completed.

[Page 117]

[30]  (Pages 114 to 117)

[Page 121]

1                                J U R A T

2

3           I DO HEREBY CERTIFY that I have read the foregoing

4    transcript of my deposition testimony.

5

6

7           Maura Feil

8

9

10

11   SWORN TO AND SUBSCRIBED

12   BEFORE ME THIS 26

13   DAY OF 2013

14

15

16

17           RAVI SITWALA
     Notary Public, State of New York
            No. 02SI6143351
18      Qualified in New York County
       Commission Expires April 3, 2010

19

20

21

22

23

24

25

## DEPOSITION ERRATA SHEET

## Case Caption: Wang v. The Hearst Corporation

DECLARATION UNDER PENALTY OF PERJURY

     I declare under penalty of perjury that I have read the entire transcript of my Deposition taken in the captioned matter or the same has been read to me, and the same is true and accurate, save and except for changes and/or corrections, if any, as indicated by me on this DEPOSITION ERRATA SHEET, with the understanding that I offer these changes as if still under oath.

| Page No. | Line No. | Change from | Change to | Reason for change |
|---|---|---|---|---|
| 14 | 7 | Correct | Incorrect | Transcription error |
| 14 | 22 | Robin | Robyn | Misspelling |
| 15 | 8 | Kristina | Khristina | Misspelling |
| 15 | 23 | Robin and Kristina | Robyn and Khristina | Misspelling |
| 16 | 10 | Robin | Robyn | Misspelling |
| 17 | 17 | Magazine's | Magazines' | Misspelling |
| 19 | 16 | pagal | digital | Transcription Error |
| 31 | 21 | One | Two | Correction |
| 33 | 16 | Shaner | Shaener | Misspelling |
| 35 | 13 | Shaner | Shaener | Misspelling |
| 44 | 21 | J.U. Bank | Jay Eubank | Misspelling |
| 51 | 18 | Copyrighting | Copywriting | Misspelling |
| 60 | 12 | Segment | Alma Mater | Transcription Error |
| 60 | 13 | how they knew each other | the extent of their relationship beyond that | Transcription Error |
| 71 | 13 | Robin | Robyn | Misspelling |
| 71 | 17 | Robin | Robyn | Misspelling |
| 98 | 5 | say | said | Transcription Error |

SIGNATURE: _Maura Feil_

                   MAURA FEIL

Subscribed and sworn to on the _26_ day of _February_, 2013, before me,

_Ravi V. Sitwala_

Notary Public,

In and for the State of New York

RAVI SITWALA
Notary Public, State of New York
No. 02SI6143051
Qualified in New York County
Commission Expires April 3, 2010
_Sept. 27, 2014_

# EXHIBIT 181

[Page 1]

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Civil Action No. 12 Civ 0793 (HB)

---------------------------------------

                         :

XUEDAN WANG, on behalf of herself

                         :

and all others similarly situated,

                         :

        Plaintiffs,     : Deposition of:

    v.              : CHARLOTTE MILLER

THE HEARST CORPORATION,      :

        Defendant.     :

---------------------------------------

TRANSCRIPT of testimony as taken by
and before MONIQUE VOUTHOURIS, a Certified Court
Reporter, RPR, CRR and Notary Public of the States
of New Jersey and New York, at the offices of
OUTTEN & GOLDEN, LLP, 3 Park Avenue, New York,
New York, on Thursday, January 31, 2013, commencing
at 10:04 a.m.

1 marketing idea, which is called Seventeen U, which is
2 a college tour. So that project, the challenge for us
3 was kind of to do a college initiative, but a spin-off
4 or different from Seventeen U.
5     Q.    And you said Seventeen was shifting
6 towards the college market. What had it previously
7 been focused on?
8     A.    More teen, high school.
9     Q.    So the projects were tied into the
10 goals of the department overall?
11    A.    Yeah.
12    Q.    And what did you do with the projects?
13    A.    Do you mean --
14    Q.    Sorry. Let me rephrase.
15        Once they were completed, what did you
16 do with the projects? Did you present them? Did you
17 just give them to Taylor?
18    A.    So we reviewed them with both Taylor
19 and the other sales assistants, as well as Amy Liang,
20 who is the merchandising coordinator, to get a
21 marketing perspective. And then after that we
22 presented to our publisher and a few of the account
23 managers.
24    Q.    And what was the reaction from the
25 publisher and the account managers?
                                        **[Page 42]**

1 during your internship?
2     A.    I believe so, yes.
3     Q.    What do you mean you believe so?
4     A.    I think she was considered the intern
5 supervisor.
6     Q.    So she was the person you would check
7 in with?
8     A.    Yes.
9     Q.    How would you get assignments as an
10 intern?
11    A.    Taylor or the other assistants would
12 come over to us, let us know what they needed,
13 explain, you know, how to do it and so on.
14    Q.    What kind of assignments did you
15 typically get from Taylor or the other reps?
16    A.    It varied. A lot of the projects were
17 things that I mentioned earlier.
18    Q.    So they would come and say I need your
19 help with this edit credit assignment, that type of
20 thing?
21    A.    Yes.
22    Q.    Once they had explained to you how to
23 do the edit credits initially, were you able to do
24 them without further instruction?
25    A.    We learned over time. They would
                                        **[Page 44]**

1     A.    We got great feedback. They were
2 impressed with the project. They definitely thought
3 it, you know, met the goals that were presented to us.
4     Q.    Did they tell you they might
5 incorporate some of your ideas into their marketing?
6     A.    They didn't really say, so I don't
7 really know how that panned out.
8     Q.    Do you think your ideas were helpful to
9 the team?
10    A.    Yes.
11    Q.    Why?
12    A.    Because since their feedback was that
13 it met the goals, I can only speak for myself, but I
14 think that did help them in the end.
15    Q.    These were two areas where they were
16 kind of trying to generate new ideas?
17    A.    Correct.
18    Q.    How much time did you spend on those
19 projects?
20    A.    I would say probably the last two weeks
21 of the internship.
22    Q.    You spent most of your time on those
23 during that time?
24    A.    Correct.
25    Q.    Was Taylor your primary supervisor
                                        **[Page 43]**

1 always check in with us, and if we had questions, we
2 would always go to them. They would never give us a
3 project and then just hand it to their boss without
4 checking it.
5     Q.    But as far as edit credits in
6 particular, I mean, was that something that -- I mean,
7 correct me if I'm wrong, it doesn't sound particularly
8 complicated. Is that right?
9     A.    It isn't, but it's also a very
10 meticulous process and there are -- there are a lot of
11 exceptions to the rule when you are working on them.
12 So, although it sounds simple, there are some just
13 things you need to be mindful of.
14    Q.    What kinds of things?
15    A.    So, for example, if, say, again,
16 Covergirl, so Covergirl lipstick receives a credit,
17 but then it says that that product right below it says
18 can be found at Walgreen's. Then it's also Walgreen's
19 is receiving a credit. So if someone has Covergirl
20 for an account, that's a credit. But also for the
21 person that has Walgreen's, they are receiving a
22 credit.
23    Q.    And, so, using your example, if you had
24 been working on edit credits and you came to, you
25 know, Covergirl lipstick can be bought at Walgreen's,
                                        **[Page 45]**

**[12]   (Pages 42 to 45)**

1  if you were unsure as to where that should go, would
2  you just ask one of your supervisors?
3     A.   Yes.
4     Q.   And after you completed an assignment
5  for one of your supervisors as an intern --
6     A.   Yes.
7     Q.   -- would they give you feedback on it?
8     A.   Yes.
9     Q.   And if it was a longer-term project
10 would you check in with them over the course of the
11 project?
12    A.   Definitely.
13    Q.   Was there any assistant with whom you
14 worked more often than others?
15    A.   No.
16    Q.   And you said they would generally come
17 over to you.  Were assignments generally communicated
18 in person or did you sometimes get them by email?
19    A.   Mainly in person because they wanted to
20 explain them.  In person is the best way to do that.
21    Q.   And, so, going back to the edit credits
22 example, did you work on edit credits for more than
23 one month?
24    A.   How do you -- how do you mean in one
25 month?  Like --

**[Page 46]**

1     Q.   Sure.  I'm just trying to figure out if
2  Taylor came to you in June and says I need you to work
3  on June edit credits, and she sits down with you and
4  explains what she needs you to do, then she comes back
5  for the July edit credits and she says I would like
6  you to work on the July edit credits, does she need to
7  explain the whole process to you again or did you
8  learn how to do it the first time?
9     A.   I would say we learned, but we still
10 were never a hundred percent certain.
11    Q.   You would ask her if you had questions.
12 Right?
13    A.   Yes.
14    Q.   But did you want Taylor to know that
15 you had some grasp of it from having done it
16 previously?
17    A.   Maybe.
18    Q.   What about tabbing the magazines, how
19 did Taylor or the other supervisor explain to you how
20 to do that?
21    A.   Like I said earlier, it's just a
22 Post-it flag on the page that the credit is and then
23 there is just an arrow and you just write the brand's
24 name to the picture where it is.
25    Q.   And do you do one magazine per brand or

**[Page 48]**

1     Q.   Sure.  Sorry, that wasn't a good
2  question.  So my understanding of edit credits is they
3  need to be done every month.  Right?
4     A.   Correct.
5     Q.   So did you work on the monthly edit
6  credits for one month or for subsequent months as
7  well?
8     A.   Oh, so what you're asking is if we
9  worked on them in -- for the June issue, June/July,
10 did we also work on them for the August issue.
11    Q.   Yes.
12    A.   Yes.
13    Q.   And, so, once you had done them for the
14 first issue, were you able to do them for the August
15 issue without much additional training?
16    A.   Not really, just because, like I said,
17 there is a lot of exceptions that come up with the
18 project.
19    Q.   And, but, it sounded, when you
20 described it before, it sounded as though the
21 exceptions were things that would come up like you
22 said in the course of the project, not necessarily
23 something that would be communicated to you at the
24 beginning.  Right?
25    A.   Can you repeat that?  Sorry.

**[Page 47]**

1  is one magazine with Post-its for every single
2  brand?
3     A.   You can actually do both.  For an
4  advertiser, you would only do their brand.  For
5  internal use, we would sometimes tab more than one
6  brand in one magazine.
7     Q.   And so Taylor explained to you that
8  process?
9     A.   Yes.
10    Q.   And was that something that you did on
11 multiple times during the course of your internship?
12    A.   Yes.
13    Q.   And did Taylor need to re-explain how
14 to tab a magazine each time?
15    A.   Not particularly.
16    Q.   That was something that you learned how
17 to do pretty easily?
18    A.   Yes.  But it also depended on the needs
19 of, you know, who we were sending it to.
20    Q.   So she might say, you know, when she
21 gave you the assignment, she might tell you something
22 in particular to keep an eye out for, or something
23 like that?
24    A.   Yes.
25    Q.   And if you had questions during it, you

**[Page 49]**

**[13]  (Pages 46 to 49)**

## DEPOSITION ERRATA SHEET
## Case Caption: Wang v. The Hearst Corporation

**DECLARATION UNDER PENALTY OF PERJURY**

I declare under penalty of perjury that I have read the entire transcript of my Deposition taken in the captioned matter or the same has been read to me, and the same is true and accurate, save and except for changes and/or corrections, if any, as indicated by me on this DEPOSITION ERRATA SHEET, with the understanding that I offer these changes as if still under oath.

| Page No. | Line No. | Change from | Change to | Reason for change |
|---|---|---|---|---|
| 17 | 3 | that of | of | Transcription error |
| 32 | 21 | Aly | Ali | Misspelling |
| 55 | 8 | I sent it | She sent it | Transcription error |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

SIGNATURE: _____

CHARLOTTE MILLER

Subscribed and sworn to on the 13th day of _March_ , 2013, before me,

_____

Notary Public,

In and for the State of New York

BONNIE V. LEWIS
Notary Public, State of New York
No. 01LE6070036
Qualified in New York County
Commission Expires Feb. 19, 2014

[Page 87]

1                                    JURAT

2          I, CHARLOTTE MILLER, do hereby certify that I

3     have read the foregoing transcript of my testimony

4     taken on January 31, 2013, in the matter of Wang vs.

5     Hearst Corporation, and have signed it subject to the

6     following changes:

7     PAGE LINE          CORRECTION

8     ____/____/ SEE ATTACHED SHEET

9     ____/____/_____

10    ____/____/_____

11    ____/____/_____

12    ____/____/_____

13    ____/____/_____

14    ____/____/_____

15    ____/____/_____

16    ____/____/_____

17    ____/____/_____

18    ____/____/_____

19    ____/____/_____

20    ____/____/_____

21    ____/____/_____

22    ____/____/_____

23    ____/____/_____

24    ____/____/_____

25    ____/____/_____

[Page 88]

```
 1    PAGE LINE          CORRECTION

 2    _____/_____/_____

 3    _____/_____/_____

 4

 5

 6                        CHARLOTTE MILLER

 7

 8

 9

10    Sworn and subscribed to before me on this /3ᵗʰ day of

11    March , 2013.

12

13

14    NOTARY PUBLIC:

15    STATE OF New York

16    My Commission expires: 2/19/2014
```

```
17            BONNIE V. LEWIS
        Notary Public, State of New York
              No. 01LE6070036
18       Qualified in New York County
        Commission Expires Feb. 19, 20 14
```

```
19

20

21

22

23

24

25
```

# EXHIBIT 182

[Page 1]

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Civil Action No. 12 Civ 0793 (HB)

---------------------------------------

                                        :

XUEDAN WANG, on behalf of herself

                                        :

and all others similarly situated,

                                        :

                    Plaintiffs,        : Deposition of:

          v.                           : MARISA NOVELLO

THE HEARST CORPORATION,                :

                    Defendant.         :

---------------------------------------

                    TRANSCRIPT of testimony as taken by
and before MONIQUE VOUTHOURIS, a Certified Court
Reporter, RPR, CRR and Notary Public of the States
of New Jersey and New York, at the offices of
OUTTEN & GOLDEN, LLP, 3 Park Avenue, New York,
New York, on Monday, February 4, 2013, commencing
at 10:09 a.m.

1  person that you're interviewing as well as for
2  readers.
3      Q.    That might reflect poorly on the
4  magazine if it wasn't correct?
5          MS. HAUSER GLASS:  Objection.
6          MS. SYED:  Objection.
7      A.    I don't know.
8      Q.    That's not something that was explained
9  to you during your internship?
10     A.    It's something that I have from my
11 education learned from journalists, that they always
12 want to double-check their facts.
13     Q.    During your internship no one explained
14 to you why you were doing a particular fact-checking
15 assignment?
16     A.    They said that they do this every --
17 every article every month.
18     Q.    But they didn't say why?
19     A.    No.
20     Q.    And then you said you wrote a book
21 review?
22     A.    I did.
23     Q.    Was it published?
24     A.    It was online.
25     Q.    What was the book?
                              **[Page 50]**

1      A.    The Language of Flowers.
2      Q.    And Locke reviewed it before it was
3  published?
4      A.    She submitted my review -- I submitted
5  my review to her, then she submitted it.
6      Q.    And she edited it?
7      A.    She was not the editor of that, no.
8      Q.    I see. Okay.  Did somebody edit it?
9      A.    Yes, there was an editor of book
10 reviews.  I don't know who it was.
11     Q.    How long would it take you to fact
12 check an article?
13     A.    Not long.  It depended how -- I mean,
14 she was from Alaska, so sometimes it was back and
15 forth emails throughout the day.
16     Q.    So can you estimate how long it would
17 take?
18     A.    I can't.  Sometimes it would just be a
19 couple of minutes for an email and I don't know the
20 time frame.
21     Q.    When you would call the people to fact
22 check their quotes, how long would those conversations
23 last?
24     A.    Just a couple minutes, going back
25 through the whole article.  These articles aren't very
                              **[Page 51]**

1  long anyway.
2      Q.    Why did the magazine respond to
3  requests from its readers?
4          MS. SYED:  Objection.
5      A.    I know Woman's Day has a very loyal
6  readership, so I think they did it -- we did it just
7  to be helpful.  So someone wants a cookie recipe, why
8  would you say no.
9      Q.    Well, it takes some time.  Right?
10     A.    It does.  I think to develop loyal
11 readers, to be that kind of backbone and to know that
12 if you ask for requests, Woman's Day will always try
13 to respond.
14     Q.    Is it fair to say they want to make
15 sure those people stay readers of the magazine?
16     A.    Absolutely, yes.
17     Q.    Was Locke the person that you worked
18 with most closely on the editorial side?
19     A.    Yes.
20     Q.    And how did she generally communicate
21 assignments to you?
22     A.    My desk wasn't far from hers, so she
23 would either come over or email me or forward me
24 readers' requests or assignments.
25     Q.    And then did you work on the
                              **[Page 52]**

1  assignments independently?
2      A.    I did.
3      Q.    If you had questions, would you go to
4  her?
5      A.    Yes.
6          MS. TURNER:  Can we just take a quick
7  bathroom break?  Thanks.
8          (Recess.)
9          MS. TURNER:  Let's mark that as Exhibit
10 2, please.
11         (Exhibit Novello-2, Resumé of Marisa
12 Novello, Bates D0115072, marked for identification.)
13     Q.    So Exhibit 2 appears to be an older
14 version of your resumé.  Is that right?
15     A.    Yes.
16     Q.    And did you prepare it?
17     A.    Yes.
18     Q.    Anything on it that's inaccurate?
19     A.    Everything is correct.
20     Q.    So I just want to again look at the
21 section that's describing what you did at Woman's Day,
22 and just a couple of things that we haven't talked
23 about.  The first bullet makes reference to
24 researching featured systems for January issue's
25 "Re-use It" article?
                              **[Page 53]**

**[14]  (Pages 50 to 53)**

# EXHIBIT 183

Office Use Only

**SCHOOL OF COMMUNICATION**

**Internship Agreement Form**
COMM 683 – *Internship in Journalism or Communication*

Student's Name: Xuelan Wang

Major (Select One): COMM [X]  JOURN [ ]  OTHER [ ]

Local Street Address: 139 Montrose Ave. 2L Brooklyn, NY 11206

OSU Email: wang.1926@osu.edu   Phone: 614-256-6090

Anticipated Graduation: Autumn [ ] Winter [ ] Spring [ ] Summer [X]   Year: 2011

Quarter to Intern: Autumn [X] Winter [ ] Spring [ ] Summer [ ]   Year: 2011

Number of Credit Hours Sought:   1 [ ]  2 [ ]  3 [ ]  4 [ ]  5 [ ]

[1 credit hour represents approximately 30 hours worked. Students typically complete a 5 credit hour internship, which is 150 hours worked over the quarter, approximately 15 hours per week.]

Company/Organization's Name: Hispanic Magazine

Company/Organization's Street Address: 300 W. 57th St. NYC 10019

Supervisor's Name: *(Please Print)*: Shan Broekema

Supervisor's Email: broekema.h@aol.com   Supervisor's Phone: 212.903.5189

What assignments will the student be assigned (job description can be attached)?
Contact between editors and showroom/studio publicists, online research. Cataloging and returning samples, maintaining accessories closet, storyboarding shoots

This internship is:   Volunteer [X]   Paid [ ]   ($_____ per hour)

The satisfactory completion of this course requires several forms and reports to document and record the student's learning experience. The minimal requirements are:

- o   Internship Agreement Form to be signed by internship supervisor. This form must be turned in no later than the 2nd Friday of the quarter to the Internship Coordinator in person, email, or by fax at (614) 292-2055.
- o   Total 150 hours of work = 5 credit hours (avg. 15 hours of work per week). Students can seek a pro-rated number of credit hours if they will be working less than 150 hours.
- o   A Mid-Quarter Report
- o   A Final Report
- o   Student Assessment of Internship
- o   Supervisor Evaluation of Student
- o   Internship Time Sheet

Student's Signature: _____   Date: 8/10/11

Supervisor's Signature: _____   Date: 8-10-11

*Supervisor Note:* The student completing this internship should be supervised by a professional staff member within your organization. The supervisor should not be an individual who is currently enrolled at The Ohio State University as an undergraduate student, or an individual related to the intern.

EXHIBIT

PENGAD 800-631-6989

Broekema 1D
1-23-13

P0000054

# EXHIBIT 184

Kimberley Holiver
Psychology 295
Internship in Applied Psychology

### Food Network Magazine

This past week was my second week at Food Network Magazine. While I was extremely nervous to meet everyone and begin my new internship, I think I was most concerned about actually *getting* to the building. The Hearst Tower is a beautiful glass sculpture right near Columbus Circle in New York City. It is easy to find when standing in the center of the street; all you have to do is look up and follow it until you reach its beautiful golden front doors. As I got checked in and made my way to the 35th floor, I took a look around and smile to myself as I felt a sigh of relief, as well as a sense of pride in myself, that I was able to maneuver the train and subways in order to get to my destination on time!

Once I reached the office, I was immediately overcome with a feeling of ease. Everyone was extremely kind and welcoming. Within the first ten minutes Kathleen, the assistant to the publisher, brought me around the entire office and introduced me to everyone. This simple act put me at ease and made me aware of the type of environment I would be working in; one that is calm and easy-going, while filled with people who genuinely love their job.

Once I was settled, I began to do simple "intern" things such as mailings and filing. However, I was soon made aware that this would be a very hands-on internship. I was brought to the cafeteria for "milk and cookies" and was then given an itinerary for how the semester was going to go. The paper was filled with meetings, sales calls, events, and phone calls that I would be sitting in on. The team I

CONFIDENTIAL



KH00000001

am working with assured me that this would be a great learning experience for me and they wanted me to get a taste of everything the company had to offer. With all of my internships and jobs that I have taken part in, I have never felt such a sense that I would be learning as much as I feel like I will be with the Food Network Magazine.

While many people may not see a connection between psychology and marketing, I feel as though the two are closely related. Especially after this past week, I quickly learned that the way in which a marketing team works depends greatly upon the characteristics of the consumers. In an article titled "The Influence of Website Characteristics on a Consumer's Urge to Buy Impulsively," it discusses how a website's layout has a direct effect on a consumer's mood and purchasing behavior (Parboteeah 2009). In my short time at Food Network Magazine, I have learned that they spend a tremendous amount of time and effort on composing a magazine that is both appealing to the eyes and to the senses. By doing this, they hope to engage the readers and promote repeat purchasing, while persuading them try the various recipes in their magazine.

In an article from Psychology Today, the author discusses how different foods serve as a comfort for people. Being apart of the Food Network Magazine, one has to know their audience and gear their magazine towards them. The magazine comes out with one issue per month, which means they are constantly changing and evolving in order to reach the wide spectrum of readers. For instance, one month was a magazine totally dedicated to light and healthy meals. This is for people who are health conscious and who want to enjoy their food, but without having to worry about the calories. On the other hand, there was another issue of the Food Network

CONFIDENTIAL

Magazine that was geared towards comfort foods and heart meals for winter. The adjectives in the magazine appealed to the sense of the readers in hopes that they would read the magazine and try the recipes that they created in order to feel "warm" and "comfort" from the delicious foods. The article in Psychology Today mentions how "people cognitively connect important past associations with specific foods (Gallison 2001)." Food Network Magazine strives to connect food with feeling. Because of this, they need to know their consumers and their readers on an intimate level so they can fulfill their needs and wants. This is a great example of how the two subjects relate to one another and are connected in a way that allows for continued and growing success.

While I have only been at Food Network Magazine for a week, I can already see that I will be gaining a wonderful experience from my time there. Not only will I be seeing Psychology in action through the magazine and the behind-the-scenes workings of the office, I will also see the effects of Psychology through my travels in the city. I spend much of my time on the train just watching the interactions between people and it is so amazing to see how certain events affect people in different ways. Even a simple accidental nudge from one passenger to another on the train can ruin someone's entire day! On the other end, a similar nudge can strike up a conversation between two people. Psychology is a fascinating subject that truly can be applied to all aspects of life, whether in the workplace or simple everyday tasks. I'm excited for what this semester has to bring, and hopefully I continue to gain a better understanding of my major (and pick up some tasty recipes along the way.

CONFIDENTIAL

## Works Cited

Galisson, Kirsten. "Food for Comfort | Psychology Today." *Psychology Today: Health,*

   *Help, Happiness Find a Therapist.* 01 Jan. 2001. Web. 26 Jan. 2012.

   <http://www.psychologytoday.com/articles/200101/food-comfort>.


Parboteeah, D., Joseph Valacich, and John Wells. "The Influence of Website

   Characteristics on a Consumer's Urge to Buy Impulsively." *ACM Digital*

   *Library.* Mar. 2009. Web. 26 Jan. 2012.

   <http://dl.acm.org/citation.cfm?id=1535833>.