# EXHIBIT 185

Kimberley Holiver
Internship Group A
Dr. Braginsky
February 7, 2012

### Food Network Magazine Journal #2

These past two weeks at my internship have been great! I was lucky enough to be able to attend Food Network Magazine's Chocolate Event. Aside from the fact that I *LOVE* chocolate, it was a great opportunity to meet clients as well as socialize with the employees in the office that I see every day. I was told many times how this was a wonderful opportunity for me to network myself as well as to get a feel for what this industry is all about. This was definitely one of the highlights of my week, however I had many other little exciting moments during my time at FNM.

I have many "Things to Do" on my Internship Agenda, one of which was to accompany one of the sales representatives that I mentioned in my last journal. This past week, I was able to check another item off my list which was to sit in on a meeting between the marketing and advertising departments. This was extremely interesting because the whole time they were discussing the needs and wants of the consumers and how to balance it with the needs and wants of the advertising agencies and clients. This business has a lot to do with pleasing others as well as making sure the magazine makes a profit for themselves in order that they achieve success. Much of this involves psychological principles that I have learned about over the past four years. One in particular that comes to mind is Maslow's hierarchy of needs. FNM is all about food, obviously. Therefore they recognize that the readers' basic needs have to be met before anything else. Once this is established, they can move up the ladder towards self-actualization. While this may seem a little far-fetched for a magazine, I see a relationship because people purchase magazines in for pleasure, and they choose which magazine to buy based off of what they enjoy



CONFIDENTIAL

KH00000005

and their particular interests. Those people who subscribe to Food Network Magazine are mainly women who are looking for new, creative recipes whether it is for entertaining purposes, dinners for their family, or simply new ideas for their own taste buds. Either way, the team at Food Network Magazine works to discover what it is that people want, and to deliver it to them. Along the way, they overcome obstacles such as safety (i.e. what is healthy/not healthy), social aspects such as what people in different parts of the country want to cook and for what occasion, as well as esteem. Esteem can be related to the fact that the magazine is geared towards all types of cooks; whether you have been a professional chef for ten years or are a stay-at-home mom looking for new ways to spice up your dinners, this magazine strives to appeal to each and every one of their readers.

An article that I found titled "Singing an assistant's praises; Pat Fowler demonstrates that a top-notch No. 2 is essential to adviser success," discusses how and assistant is extremely important to the success of the person they are working for (2008). After being at Food Network Magazine for a little over three weeks, I have come to realize how true this is. The author of this article, Barry Dixon, has a major in Psychology and declares that one should "look for an assistant who will make your practice more efficient and take care of the distractions that lead you away from doing what you do best (2008)." An assistant often gets overlooked for their efforts but I truly believe, especially in this case at Food Network Magazine with Kathleen, the assistant to the publisher, they are the backbone of the person they are working for. They make sure they handle all the day-to-day tasks, which involves keeping their boss happy and content. This can be a stressful job, and can definitely take a toll on a person. Therefore, this job is for someone who can handle pressure while at the same time maintain organized and calm. I don't

KH00000006

know if this would be the job for me ... but I would like to think that I could handle the job after my years of studying Psychology!

Another article that I found titled "Sensation-Seeking and Differentially Arousing Television Commercials" by Arienzo, the effects of sense-stimulating advertisements is discussed (2000). They stated that those advertisements that were high in stimulation were the ones that produced more favorable opinions and reactions. At the Food Network Magazine, the advertising/marketing team is constantly trying to come up with innovative and new ideas to persuade advertisers to buy space in their magazine. In order to do this, they appeal to their different senses. For instance, one of the toughest clients that they have are the people in the beauty industry. They want beauty products to advertise in their space, however companies are hesitant because they have a hard time seeing the connection between beauty products and food. The people at FNM take on this challenge and try to persuade the potential clients with gift baskets of various foods and by explaining to them that those who read their magazine are mostly women. These women care about what they eat and, in many cases, care about how they look. Those who want to eat right, want to feel good, and those who want to feel good want to look good. It is instances such as this that FNM has to appeal to the wide variety of clients and companies in order to sell their advertising space to keep their magazine new and fresh.

These articles are a few of many that tie in Psychology to Marketing/Advertising. Psychology is a subject that I truly believe can be incorporated in everyday life. From my rides on the train to my interactions in the office, I feel as though I am witnessing many different types of relationships. These relationships are extremely fascinating to me and I know I will continue to learn more through the next few months at my internship.

CONFIDENTIAL                                        KH00000007

## Works Cited

Arienzo, Justin. "Sensation-Seeking and Differentially Arousing Television Commercials." *The Journal of Social Psychology* 140.6 (2000): 710. *Academic OneFile*. Web. 7 Feb. 2012.

Dixon, Barry. "Singing an assistant's praises; Pat Fowler demonstrates that a top-notch No. 2 is essential to adviser success." *Investment News* 24 Mar. 2008: 64. *Academic OneFile*. Web. 7 Feb. 2012.

CONFIDENTIAL

KH00000008

# EXHIBIT 186

Kimberley Holiver
PY295
Internship in Psychology
March 27, 2012

Reflection #2

1.  **Reread your last paper and respond to my comments or questions.**

    There were no comments on my paper except for "excellent, 100." However, I feel like with this paper I expanded more on what I wanted to say. Now that I have been in my internship for over two months, I have had more experience, which has led to more reflection. Hopefully you like this paper as much as you liked the last one!

2.  **Discuss any changes that may have occurred at your placement. Note any changes within yourself (behavior, attitude) with regard to the internship.**

    I've realized in this industry that people and positions are constantly changing. There is always opportunity for growth and the people who work here are constantly searching for the next "big thing." I recently became aware of this because one of my supervisors, Carrie, is leaving to go to HGTV. This is a brand new magazine that is launching in a month under Hearst. She is currently a Sales Representative for Food Network Magazine, but she is going to a higher position at HGTV and will deal with more of the executive side of things.

    The other day she asked me to meet with her to "discuss something." I was nervous all day wondering what she wanted to talk to me about. Once we met at 3:00 pm in the cafeteria, she informed me of her future plans that involved me! She asked if I would be interested in being her, and four other Sales Representative's, assistant! I was taken completely off guard and of course was overeager in responding "YES!" However, the only thing that is holding me back is the fact that I have applied for a



Sales Training Program that I am currently still interviewing for. This is not a bad position to be in, as Carrie assured me, because its better to have multiple options than to have none at all. With this being said, nothing is permanent. However, I am so excited at the possibility of working with Carrie at a new magazine like HGTV!

When I started at Food Network Magazine, I was a nervous wreck! I almost passed out in my interview, which should have been a red flag for how the beginning of the internship was going to go for me. I was overwhelmed with the city life and the fast pace environment, something I was not used to. However, as I write this paper two months later I feel as though I have completely changed. I just left an interview with four publishers and *did not* feel like I was going to pass out! Success! Instead, I went in with confidence and felt that I portrayed myself in the best way that I could. A large portion of that confidence has come from my internship. I have learned that people make mistakes, but life moves on. If I dwell on it, I am not progressing in any way. I look back on this experience and realize that I am the one who got myself to this point. I sent an email on a whim, and wound up interning at a magazine that I love in one of the greatest cities in the world. Not to toot my own horn, but I'm proud of that! I have learned to balance school, friends, and three days of interning. With only a few weeks to go, I feel rewarded as I look back on this journey and anticipate the future. I realize that if I want something bad enough, I can obtain it…I just have to work. Perhaps that has been one of my greatest lessons here at Food Network Magazine!

3.      **Describe in detail the nature of your placement (i.e., corporate, human services, legal, etc.) and its mission.**

CONFIDENTIAL

KH00000010

☐ **What is its mission statement? Attach a copy to your paper.**

*"Our company's mission is still to inform, entertain and inspire.* We are continuing a legacy of innovation—and a love of what's next."

☐ **Describe and discuss how the organizational structure helps (or hinders) the fulfillment of the mission. Include your observations regarding the interactions of the staff and the organizations hierarchy.**

Hearst is organized in a way that helps fulfill its mission greatly. This corporation is such a powerful enterprise whose main goal is to *inform, entertain, and inspire.* Over fifteen magazines and countless other media are dedicated to reaching a variety of consumers and giving them what they want. I see this just within Food Network Magazine alone. Every department has a specific purpose; the advertising department has to place ads in the magazine the will please the consumers as well as the brands that are advertising; the marketers have to come up with innovative ways to get the readers involved and making reading the magazine an enjoyable experience. In order to do this, all departments must communicate with each other. They work as a team to ensure that they deliver the best possible product to their consumers. Every position is involved in the success of the magazine, whether it be the sales assistant to the publisher ... they all have one goal: create the best magazine possible. They are actively living out their mission because, in the short time that I have been there, I have realized what a well-oiled machine Hearst is. There are so many magazines under one roof, yet it is organized where it is

CONFIDENTIAL

KH00000011

not a jumbled mess. It is so interesting to see how the different magazines operate. While they all may have different target consumers – whether it be food lovers, seventeen year old girls (Seventeen Magainze), or people who love to take care of their home (Home and Gardens), each magazize strives to give the reader what they want. This motivates each worker and gives them purpose in their position.

☐ **How is the morale there? Can it be improved? If so, how?**

Food Network Magazine is such an upbeat place to work. The environment is very open and spacious with windows that line the perimeter and overlook the skyline of New York. As I've learned in psychology through my various studies and experiments, colors and lighting has an effect on mood. I can see how this is true because with previous internships I was always tired and depressed! They were in dim-lit spaces and densely packed. This office is very open and people are constantly moving about and chatting. It is a laid-back atmosphere, while remaining professional at the same time. All of the executives have offices that line perimeter. They are all glass, so it is very welcoming and inviting. I truly think the way the office/building is constructed has a large part to do with why the morale is so high and why there is such good energy.

☐ **Does the placement have a website (or promotional brochures/information? Do you think the promotional information gives the general public an accurate view of what goes on there? Why or why not?**

CONFIDENTIAL

KH00000012

Hearst has a website and a brochure. The website is very compact, yet easy to navigate. It is broken down into the history of Hearst as well as the various brands within the company. It is very informative and visually appealing. It tells you everything you need to know about Hearst and the various brands within it. On the other hand, the brochure is much less dense. It gives the basic facts about the tower itself as well as the corporation. The Hearst Tower was just built in 2006, so it discusses how the creator tried to make it "green." The brochure is a simple way for a person who is interested in Hearst to get the bare facts and entice them to view their website to learn more.

☐ **If you were the director of this placement, what qualities would you look for when you were interviewing potential interns?  Why?**

I would look for someone who is willing to learn. That's what internships are all about. If you have someone who just wants to put it on their resume, then no one will benefit from the experience. However, if you have an intern who has a genuine interest in the field where they are interning, then it will be more pleasant for everyone involved. If the intern realizes that this job is, in fact, not what they want to do with their life then that's fine; they would have never known unless they took the opportunity to truly delve into the particular area or field. Because of this, I would choose someone who was driven, motivated, and eager to learn.

4.  **What type of training would you provide prior to the start of internship?  Why?**
For this particular internship, I do not think that prior training is necessary. The way

CONFIDENTIAL

KH00000013

the program is set up, it is as though I am receiving my training now. There is a curriculum for this internship and it teaches me about the various aspects of the business. I am gaining knowledge in different fields so I can discover where I feel I would fit best. Therefore, I do not think prior training is necessary for what I am doing, however a serious interest is.

5.    **Have the articles you read for your weekly journals (since your last journal) helped you to understand what is occurring at your internship? Have they given you any insights?**

I definitely think the articles have helped to give me insight into what is going on at my internship. One article, in particular, talks about how an assistants job. I think when anyone hears the word "assistant," they think it is an easy, mindless job. However that is *not* the case at all! They are the backbone for the person they are working for. They handle all the planning and coordinating so that their boss does not have to think of those "extra" things. If they make a small mistake, it can cause a huge problem. Therefore, I have gained a whole new appreciation for assistants and their role in the workplace.

6.    **Good field experience like good research always generates more questions than it answers. What questions has your internship raised for you?**

With this whole job search, I am constantly asking myself the question *"is this what I want to do?"* This internship has made me think outside my comfort zone and perform introspection. While I want a job after college, I want to make sure that I enjoy it and that I truly want to do whatever it is that I end up doing. Once I moved past the first round of interviews for the training program, I asked myself if being a Sales Representative is

CONFIDENTIAL

something that I really want to do. This is an important question because, if it isn't, then I am in for a long road of unhappiness ahead if I am chosen. So, as you can see, this internship has definitely conjured up some questions that I continue to ask myself. I have discovered that I truly to want to go into Sales and that the only reason I am questioning it is because it is so new and unfamiliar territory so I'm scared! Yet, this internship has taught me to get out of my comfort zone and I will discover so many new and exciting opportunities!

CONFIDENTIAL

KH00000015

# EXHIBIT 187

# Caitlin Leszuk

Digital Account Executive at HookLogic, Inc.

cleszuk@gmail.com

Experience

**Media Sales Executive  at  HookLogic, Inc.**
August 2012  -  Present (6 months)

  Digital Media Sales

**Account /Campaign Manager  at  Complex Media, Complex Magazine**
June 2011  -  Present (1 year 8 months)

- Provided world class and timely service to a portfolio of advertisers and agencies in Fashion and Electronics
- Leveraged analytics and a broad network of sites to create "must have" buys that drove awareness and promoted value of client products, services and brands
- Researched consumer insights, vertical trends and product metrics for client meetings, media schedules, and RFP goals
- Utilized campaign management tools such as DFA, DFP, Atlas, Media Mind, Flash Talk, and Media Visor
- Developed strategic solutions for clients including Coca Cola, Lacoste, Bonobos, Macy's, Sony, and Samsung
- Demonstrated  product and technical expertise by managing and optimizing highly custom digital and editorial campaigns
- Led weekly status meetings with account team and built solid agency and direct account relationships, while consistently receiving positive feedback

**Venue / Account Manager  at  NiteTables.com**
January 2011  -  December 2011 (1 year)

- Managed and enhanced relationships with venue managers and owners to sign contracts for representation on the website
- Researched new venues and contacted them for meetings regarding offers,  representation and sponsorships of company events
- Developed concepts for selling to new venues while building solid relationships with management of venues

**New Business/Project Coordinator  at  TRCO**
January 2011  -  April 2011 (4 months)

- Direct selling of Sale Incentive Promotions to fashion clients such as Mattel, American Eagle, and Barney's New York
- Responsible for new business sourcing and contacting potential clients to participate in promotional events
- Organized and contributed to meetings with the Agency Director and brands such as Ann Taylor, Oakley, and Wet Seal
- Built solid customer and partner relationships while developing strategic and tactical sales promotional programs



DEPOSITION EXHIBIT 1
Leszuk
1-4-13 7F
PENGAD 800-631-6989

**Sales Representative and Office Manager  at   Synergy Showroom**
May 2010  -  September 2010

- Sold Men's Fashion Lines (BoGosse, Zachary Prell, Z-Brand, Canterbury of New Zealand and Cohesive & Co., and Morphine Generation) at ENK New York, Chicago Collective and ENK Vegas to buyers from various stores across the US
- Managed the financial accounting system and sales data
- Handled reservations, customer service calls, and organized lines and visual displays in the showroom

**Advertising Sales Intern  at   Marie Claire**
January 2010  -  May 2010 (5 months)

- Assisted the sale of advertisements in Marie Claire Magazine to major retailers and brands
- Created edit credit books and sales presentations for clientele such as Chanel, Gucci, Prada and many other high-end retailers
- Managed sales records for advertising representatives and contributed to weekly sales meetings regarding the marketing and sales of upcoming issues
- Helped organize and manage marketing events, charity events and model castings

**Event Coordinator and Sponsorship Sales Assistant- Part Time  at   Attica**
September 2009  -  January 2010 (5 months)

- Coordinated venues, entertainment, sponsorship and production for charity and social events such as the Attica 007 Red Carpet Event and the St. Jude's Charity benefit
- Collaborated with photographers, magazines, television stations and websites for coverage of events
- Developed client relationships between sponsors and members and assisted in recruiting new members

**Marketing and Event Coordination Manager - Part Time  at   Extreme Marketing**
July 2009  -  January 2010 (7 months)

- Developed marketing concepts alongside Frank Supovitz, SVP of Events, for the NFL
- Coordinated the use of social networking websites and organized events to increase the sale of Pro Bowl tickets
- Arranged photo shoots for product placement and created marketing portfolios to present social networking concepts to sports organizations and fashion brands

**Sales and Visual Merchandising Coordinator / Intern  at   Forum Showroom**
August 2008  -  December 2008 (5 months)

- Sold women's contemporary clothing to buyers at the Forum Showroom and The Coterie Trade Show
- Organized budgets, payments, and shipments to retailers
- Created look books featuring lines for buyers. (Brands: Fluxus, Crash and Burn, Orka Messica and Small-town)

**Marketing / Personal Assistant- Part Time  at   Madame Paulette**
October 2007  -  March 2008 (6 months)

- Created marketing concepts for "The Madame Paulette Stain-kit" and worked with magazines and websites for implementation.

• Worked with high end clientele to manage service details and help support management in maintaining precious collections such as Princess Diana's and Audrey Hepburn's dress collections, the Sex and the City wardrobes as well as Donald Trump's garment collection and the interior of his private jet
• Assisted the CEO John Mahdessian in organization of home and office, phone calls, scheduling appointments, proofreading letters, and expense reports.

## Skills & Expertise

Social Media
Fashion
Social Media Marketing
Digital Marketing
Digital Strategy
Marketing Strategy
Advertising
DoubleClick
Integrated Marketing
Public Relations
Digital Media
Event Planning

## Education

LIM College
Bachelors of Business Administration, Visual Merchandising, 2007 - 2010

# Caitlin Leszuk

Digital Account Executive at HookLogic, Inc.

cleszuk@gmail.com



Contact Caitlin on LinkedIn

# EXHIBIT 188

Amy- Here is my
Document regarding
my internship with
Marie Claire Signed
by my Career
Development Counselor
Thank you!
　　　Caitlin Leszuk



DEPOSITION
EXHIBIT
LESZUK 11
1-4-13 TP

CONFIDENTIAL

D0001795

01/13/2010  03:53  546-282-1089                                          PAGE  02/08

**LM**
LIM COLLEGE

### Spring 2010 Senior Co-op Internship Agreement

LIM College and _Marie Claire_____ agree to co-operate
                              *Company Name*     _Caitlin Leszak_
in providing a student internship experience for ~~Ad Sales~~_____, an undergraduate student
enrolled at LIM College and part of the Senior Co-op Program. The student will be supervised
by _Christina Eliot_____, a designated Internship Site Supervisor at
_Marie Claire_____ *(company name).*

The student will perform his/her duties as an intern at _Marie Claire_ *(company name)* for a minimum of **28 hours of work per week**, at least 7 hours per day Mondays through Thursdays, beginning on **January 11, 2010 and ending May 13, 2010**. Please note that students are not required to report to their internship sites the week of March 29 through April 2, 2010 (spring break) or on April 15, 2010 (Career Day). Students will earn 6 academic credits upon satisfactory completion of the internship.

It is expected that, through exposure and hands-on experience, some of which are described below and in the Guidelines for Companies, which are attached hereto and incorporated herewith, the student will be gradually exposed to professional roles through observation, supervised performance, and where the skills of the student(s) warrant, independent performance of professional duties. The principal objective of the internship is to utilize information learned in the classroom in a professional setting. Specific objectives are to be developed cooperatively for each student by the company/organization.

Academic credit will be granted upon successful completion of the hours specified for internship and submission of all required documents. Site visits by the Faculty Advisor between the employer and Faculty Advisor will occur during the course of the internship.

### The Student Intern's responsibilities include:

- Conducting her/himself in accordance with the standards set forth in the LIM Student Code of Conduct and in accordance with the Company's professional expectations, including but not limited to appropriate dress, promptness, effective relationships with supervisor and peers, efficient and accurate performance of assigned duties, and compliance with other workplace policies;
- Justifying and making up, at the discretion of the Internship Site Supervisor, any absence either due to illness or other unforeseen circumstances;
- Following the syllabus of SENR 401a & SENR 401 – your Senior Semester Handbook

Page 1 of 7

CONFIDENTIAL                                                      D0001796

- Consulting with the designated Faculty Advisor and/or Career Development Counselor throughout the internship; and
- Representing him/herself and LIM College in a professional and courteous manner.

### The Company's responsibilities include:

- Complying with the Guidelines for Companies attached hereto;
- Exposing the Student Intern to the fullest extent possible and depending on the type of business to:
    - Staff/Departmental meetings;
    - Long term projects;
    - Team project;
    - Opportunities to see and contribute to projects from start to finish;
    - Client/constituent interaction;
    - Company and industry events;
    - Analysis tools and procedures;
    - Marketing, public relations, advertising, and/or trend research;
    - Showroom responsibilities;
    - Information on customer profiles, target market, and vendors; and
    - Interaction with other departments and staff.

### The Internship Site Supervisor's responsibilities include:

- Providing the student(s) with a written description of the duties and responsibilities required by the internship;
- Discussing opportunities for the student(s) to accomplish the learning objectives;
- Orienting the student to the organization's structure, regulations, mission, and expectations for conduct of the student(s) while on-site;
- Consulting periodically with the student(s) during the internship experience to discuss progress, performance of duties, and further expectations; and
- Completing the evaluation materials supplied by the College.
- Contact the Center for Career Development should any issues or concerns arise throughout the duration of the internship.

CONFIDENTIAL

D0001754

**Student Information and Certification (to be completed by student)**

Name: *Caitlin Leszuk*

Address during internship (include city and state): *200 E 33rd St Apt 9E*

Phone Number(s) where you can be reached most easily: *860 977 1799*

Alternate (non-LIM) E-mail address *cleszuk@gmail*

Major *Visual Merandising*

Anticipated Graduation Date: *May 2010*

Emergency Contact Information: *Jim / father*    *860 712 7926*
Name /Relationship          Phone Number

**Internship Organization Details (to be completed by student or supervisor)**

Name of Company/Organization: *Marie Claire*

Company/Organization Address (include City & State): *300 W 57th St New York, NY 10021*

Company/Organization Web Address: *www.marieclaire.com*

Brief Company/Organization Description: *Fashion, beaty, health, Womens issues magazine*

**Internship Site Supervisor Information (to be completed by student or supervisor)**

Name: *Christina Elliot*

CONFIDENTIAL

D0001755

Title: _Assistant to Associate Publisher & Ad Dira ctor_

Phone Number: _212-841-8482_

Email: _celliot@hearst.com_

Fax Number: _646-280-1482_

Brief Description of Internship Responsibilities and Duties:
_- learning Advertisment sales, helping to orginize and retreave items, impating edit Credits, mailing files_

## Guidelines for Companies
## Participating in the LIM Senior Co-op Semester – Spring 2010

**Senior Co-op Course Description:**
The Co-op component of the senior year is designed to expose students to a significant and broadening full semester work experience in the fashion industry, usually in an area relevant to the student's career goal and experience.

**Time Involvement:**
The Senior Co-op Semester involves Monday through Thursday, full time employment (28 hours a week) between January 11th and May 13th. Students must be on campus for classes every Friday. Additionally, they are required to attend a Senior event on Thursday, April 15th and will not be present at their work sites that day.

**Goals of the Co-op Semester:**

- To provide students with practical "on the job" experience

- To give students the opportunity to put their theoretical course of study to applied use

- To allow students to gain learning and supportive mentoring from employers in the industry

- To give students an opportunity to evaluate, appraise and relate actual job experience to course work learned in the classroom

- When possible, to place students in a Co-op position that may result in paid, full-time employment

**Company's Responsibilities:**

Page 4 of 7

CONFIDENTIAL

D0001751

**All students should have an on-boarding process.** The company should give students an overview of their mission, their methods and philosophy, and their position in the industry. Departmental policies and procedures should be fully explained. The company should familiarize students with the different areas within the organization and their functions. This includes introducing students to managers, supervisors, and employees from the different areas of the organization and explaining their responsibilities and tasks.

**It is the responsibility of the supervisor and host company to create a learning environment. The students should, to the fullest extent possible and depending on the type of business, be exposed to:**

- Staff/Departmental meetings

- Long term projects

- Team project environment where applicable

- Opportunity to see and contribute to projects from start to finish

- Client/constituent interaction

- Company and industry events

- Analysis tools and procedures

- Marketing, public relations, advertising, and/or trend research

- Showroom responsibilities

- Information on customer profiles, target market, and vendors

- Interaction with other departments and staff

**Job Guidelines:**

**Prior** to the student beginning the internship, the supervisor or internship coordinator should:

- Provide an overview of the company – its mission and objectives.

- Provide an overview of the department in which the student will be working.

- Define specific tasks and responsibilities that the student will be performing.

- Introduce the student to the office personnel.

- Familiarize the student to required office procedures and the physical layout of the offices.

Page 5 of 7

During the Internship semester, the supervisor should:

- Be explicit in explaining the student's job responsibilities.

- Be specific in identifying priorities and performance standards.

- Guide the student in formulating learning objectives that meet the goals of the Senior Co-op Internship program.

- Have weekly touch-base meetings with their intern to give periodic feedback to the student on job performance, progress and problems.

- Communicate with the Office of Career Services should any issues with the student intern arise.

- Provide a "meaningful work experience" by letting the student see or hear how specific jobs relate to the organization's objectives.

- Allow the student to make some decisions and to operate independently in some area of regularly assigned work within defined parameters.

- Give students an opportunity to do independent research on a company problem or concern and develop recommendations to be considered by the company.

- Schedule the students Monday through Thursday. **Students must be on campus for classes every Friday.**

**Job Tasks, Responsibilities & the Journal:**

The supervisor will work with the student and assign tasks to be performed. These tasks should be measurable and relevant to the student's educational experiences in their program of study. Students are required to write a **Journal** that is based on three different specific learning objectives they hope to focus on at their jobs. These objectives should be meaningful, relevant to the student's educational experiences in their program of study, and reflective of the functions of the company and industry. These learning objectives should be ongoing through the entire internship period.
It is difficult for students to fulfill their leaning objectives unless they have the input and cooperation of their supervisor; therefore, your participation is needed and greatly appreciated during this process. Students are required to obtain the signature of their Supervisor and Academic Co-op Advisor on their Learning objectives in order to be approved.
If possible, one of the learning objectives must allow for quantitative analysis of a budgeting or monetary issue. (E.g. budgeting for a fashion show, photo shoot, holiday payroll, advertising program, competitive analysis, etc.) Students do not have to ask personal financial questions. They can use percentages, ratios and relationships and apply them as representations of

Page 6 of 7

CONFIDENTIAL

D0001753

budgetary numbers. The remaining two learning objectives should be related to the specific job tasks of the student, while on the job.
A learning objective has 3 parts:

1. **Performance:** What will the student be learning?

2. **Conditions:** What will the student be doing that affords him/her the opportunity to learn this?

3. **Criteria:** How will you determine if the student has learned it?

**Evaluations:**
During the semester, we request that you permit a representative of LIM to make an on-site visit at a mutually convenient time to meet with the supervisor and evaluate the student's job performance.
At the end of the work period, the supervisor will be e-mailed an evaluation form for the student's evaluation. It must be returned to the Office of Career Services. The employer's evaluation will form the basis of the work performance grade. *The student will be shown a copy of the performance evaluation form after the internship concludes as part of their learning experience and professional development.*

**Conflicts and Resolutions:**
The supervisor's main contact at LIM College is Senior Career Services Counselor, Todd Lotcpeich. Any questions, concerns, or problems with the student's work performance will be addressed promptly once the college is notified of any issues. If issues occur regarding the Journal's learning objectives or student's attitude or behavior, Mr. Lotcpeich may include the Director of Career Services and the Director of the Senior Semester, who oversees the Senior Semester, into the resolution.

The student is aware that should he or she quit or be fired for any reason, the student automatically receives an F for the Co-op semester experience.

**THE PARTIES SIGNING BELOW AGREE TO FULFILL THEIR RESPONSIBILITIES SET FORTH ABVOE AND IN THE GUIDELINES FOR COMPANIES ATTACHED HEREWITH.**

Internship Site Supervisor Signature

Date

Student Signature

Date

Career Development Counselor Signature

Date

Page 7 of 7

CONFIDENTIAL

D0001756

# EXHIBIT 189

## HEARST MAGAZINES INTERNSHIP PERFORMANCE REVIEW

| Intern's Last Name: Leszuk | First Name: Caitlin |
|---|---|
| Intern's Graduation Date: __5__ / _10__ | Dates Intern worked in your Dept: __1__ / __ / 10_ to _5_ / __ / 10__ |
| Reviewer: Rula Sawaf and Paige Dubeshter | Title: Sales Assistants |
| Magazine: Marie Claire | Department: Advertising |

- Please use the numbers from the Performance Rating Scale listed below to rank your intern's performance. Put the number in the space provided to the right of each statement.

- Please make extra comments in the space provided under each statement.

| | |
|---|---|
| 1 – OUTSTANDING | Performance exceeds all standards and objectives. Intern exhibits initiative and leadership. |
| 2 – VERY GOOD | Performance is above average. Intern meets all standards and objectives, and exceeds several objectives. |
| 3 – EFFECTIVE | Performance is acceptable. Intern meets standards and objectives. |
| 4 – MARGINAL | Performance is below expected standards. Intern exhibits inappropriate attitudes, behaviors, and/or technical skills are inadequate. |
| 5 – UNACCEPTABLE | Performance fails to meet minimum standards. |

| | #1 - 5 |
|---|---|
| Intern follows instructions and performs assigned tasks with minimal supervision | 4 |
| Accurately and thoroughly completes assignments. Work reflects neatness, attention to detail, and conformity to organizational standards. | 4 |
| Interacts effectively with employees and other interns. | 2 |
| Organizes and prioritizes assignments given. Able to complete multiple projects simultaneously. | 4 |
| Expresses ideas effectively; Able to interact and communicate thoughts to staff. | 2 |
| Punctual, responsible and reliable. | 4 |
| Professional, confident, and mature. | 3 |

CONFIDENTIAL



DEPOSITION
EXHIBIT 24
Leszuk
1-4-13 NF

D0007546

## HEARST MAGAZINES INTERNSHIP PERFORMANCE REVIEW

| | |
|---|---|
| Asks questions if unsure. | 2 |
| Exhibits a willingness to learn.  Receptive to feedback and constructive criticism. | 3 |
| Proactive, asks for more work when there is downtime.  Wants to get involved. | 4 |
| He/she would strongly be considered a viable candidate if an opening were to become available.<br>Why or why not?<br><br>In our honest opinion we don't think Caitlin should be considered a viable candidate if a position were to open. Every project we gave her had numerous careless mistakes and they recur even after pointing them out. She was not very professional- arriving late, spending much of her time off-task on Facebook, shopping online, and on her cell phone. She seemed very uninterested in the tasks at hand, especially if they were administrative. She is very sociable with employees/other intern but overall we would not recommend her as a strong worker and do not believe she would be an asset to Hearst. | 4 |

Comments:

Feel free to contact us!

Please email this to ahelmus@hearst.com OR interoffice it to:
Amy Helmus
Human Resources
300 West 57th St.  14th floor

CONFIDENTIAL

D0007547

# EXHIBIT 190

| From: | Steve Boerner [sboerner@rochester.rr.com] |
|---|---|
| Sent: | Saturday, February 28, 2009 10:56 AM |
| To: | Elizabeth C Mancini |
| Subject: | Re: hey steveeee |

Hi Lyz --

I apologize for the tardiness of this message. I originally sent it three days ago, but it just got bounced back to me yesterday. I've been experiencing problems with my Fisher e-mail, so it probably would be best for you to use my other e-mail at sboerner@rochester.rr.com from now on. I'll attach the original message below.

I'm sorry to have to say that I can't write that letter for you. I don't think any instructor would (or should). I understand that your are in a tough spot, and I'm sorry to hear that the magazine may have to let you go. What's the matter with those people? They should just realize what a gem they have with you and just give you a job.

We're going to be in NYC from Saturday, March 14 through Tuesday, March 17. Yes! We should get together. I'm sure Megan and the others will be in touch as the date approaches. Let's do dinner as a group, definitely.

Hope all is well otherwise. Talk to you soon!

Steve


Steve Boerner
Media Adviser
Cardinal Courier
St. John Fisher College
sboerner@sjfc.edu



Begin forwarded message:


From: "System Administrator" <postmaster@sjfc.edu>
Date: February 27, 2009 3:33:06 PM EST
To: "Boerner, Steve" <sboerner@sjfc.edu>
Subject: Undeliverable: Re: hey steveeee

Your message

To:     Elizabeth Mancini
Subject: Re: hey steveeee
Sent:    Wed, 25 Feb 2009 14:22:09 -0500

did not reach the following recipient(s):

lyz.mancini@gmail.com on Fri, 27 Feb 2009 15:32:56 -0500
    The e-mail system was unable to deliver the message, but did not
report a specific reason. Check the address and try again. If it still
fails, contact your system administrator.

1

Δ π EXHIBIT 17
Deponent Manc . v
Date 5/6/12 Rptr JF
WWW.DEPOBOOK.COM

< cliffie3.sjfc.edu #4.0.0 X-Spam-Firewall; connect to
alt4.gmail-smtp-in.l.google.com[209.85.135.27]: Connection refused>
Reporting-MTA: dns; mail1.academia.sjfc.edu

Final-Recipient: RFC822; lyz.mancini@gmail.com
Action: failed
Status: 4.0.0
X-Supplementary-Info: < cliffie3.sjfc.edu #4.0.0 X-Spam-Firewall; connect to    alt4.gmail-smtp-
in.l.google.com[209.85.135.27]: Connection refused>
X-Display-Name: lyz.mancini@gmail.com

**From:** "Boerner, Steve" <sboerner@sjfc.edu>
**Date:** February 25, 2009 2:22:09 PM EST
**To:** "Elizabeth Mancini" <lyz.mancini@gmail.com>
**Subject: Re: hey steveeee**


Hi Lyz --

Really great to hear from you! I only wish the circumstances were different. That's not good. I'm surprised they
don't have some kind of program for graduated students.

I hate to say this, but I really can't write a letter saying that you are receiving credit when you aren't. I
understand this puts you in a spot, but it just isnt' something that any instructor should do.

What's up with the people you work for? They should realize what a gem they have and just give you a job.

We'll be in NYC on March 14-17. We should all get together for dinner or something (Kyle too).

Please keep in touch and let me know how things go.

Best,

Steve


Steve Boerner
Media Adviser
Cardinal Courier
St. John Fisher College
sboerner@sjfc.edu


On Feb 25, 2009, at 1:18 PM, Elizabeth Mancini wrote:


Hey Steve! How's it going?
So....I have an awkward favor to ask you. Hearst is cracking down on interns needing to receive school credit to
be here (which they were lenient about when I was hired.) I understand I can't actually receive credit, but I just
need something on school letterhead stating I am receiving credit. It can be from you, or anyone, just as long as

2

it's on letterhead. Otherwise I can't work here anymore, which is stupid. I was wondering if this is at all possible? I understand if you don't feel comfortable, but please let me know.

Lyz

Ps. When are you guys coming down???

3

# EXHIBIT 191



**Lyz Mancini → Roger Falconer**
Mr. Falconer! You have Facebook? Haha that's crazy, how do you like it?

I'm really good, if not very over-worked. Looking for a paying job (I hear some people still have those) but am sooo loving Marie Claire and exploring the city. My mom's coming down this weekend so I'm super excited.

How's B'ville? Sometimes I miss it!
  2/13/2009 2:47:01 PM

  0 comments.



P0000475

# EXHIBIT 192

From:            Abby Kalicka [akalicka@hearst.com]
Sent:            Wednesday, June 24, 2009 3:06 PM
To:              Elizabeth Mancini
Subject:         FW: Lyz Mancini

Going to call her now— let me know if there's anything specific you want me to say!!!

--
Abby Kalicka
Fashion Assistant
Marie Claire
300 West 57th Street, 34th Floor
New York, NY 10019
212.841.8476

------ Forwarded Message
**From:** Elizabeth Monson <Elizabeth.Monson@stylecaster.com>
**Date:** Wed, 24 Jun 2009 14:33:12 -0400
**To:** "Kalicka, Abigail J" <akalicka@hearst.com>
**Conversation:** Lyz Mancini
**Subject:** Lyz Mancini

Hi Abby,
I interviewed Lyz for an internship here at StyleCaster and she sounds really great, but I'd love to
chat with you about her work with you at Marie Claire.
If you have time, I'd love to give you a quick call.
All the best,
Elizabeth


**ELIZABETH MONSON**
STYLECASTER   ASSISTANT EDITOR

49 WEST 27TH STREET STUDIO A NEW YORK CITY, NY 10001
O: 646.300.8355  M: 650.678.2420  F: 646.219.4316
E: ELIZABETH.MONSON@STYLECASTER.COM  W: WWW.STYLECASTER.COM


------ End of Forwarded Message

1



P0000009

# EXHIBIT 193

EXHIBIT
Rappaport 1
1·17·13
PENGAD 800-681-6989

*Alexandra R.  Rappaport*
REDACTED

_Education_
**Lafayette College**                                            *Expected* May 2013
Easton, Pennsylvania
BA International Affairs
Director of Finance Pi Beta Phi; Lead Tour Guide; Alumni Fund Liaison for CORe

**Millburn High School**                                        June 2009
Millburn, New Jersey
High School Diploma
President of academic and charity clubs

_Work Experience_
**Cheryl S. Solomon, Attorney at Law**                          May- August 2012
Brooklyn, New York
*Legal Assistant*
- Prepared files for trial.
- Participated in client and witness interviews.
- Assisted in testimony note taking.

**Hearst Publishing, Seventeen Magazine**                       May- August 2011
New York, New York
*Fashion Intern*
- Created weekly fashion invoice spread sheets for Editors.
- Organized fashion inventory daily.
- Attended fashion shoots and assisted stylist.

**Honorable Rachel Adams**                                      May – August 2010
Kings County Supreme Court
Brooklyn, New York
*Intern*
- Reviewed testimony and exhibits to assist in final rulings.
- Prepared detailed notes of proceedings.
- Drafted assessments of major legal arguments.
- Organized court files and assisted with general filing.
- Collated exhibits and legal documents.

**The Garage Restaurant**                                       May – August 2010
Millburn, New Jersey
*Waitress*
- Served customers and worked as cashier.
- Assisted with inventory and stock.

**Cheryl S. Solomon, Attorney at Law**                          Summer 2009
Brooklyn, New York
*Office Assistant*
- Prepared legal documents including summonses, complaints, exhibits and subpoenas.
- Filed documents in court.
- Receptionist.

**Investec USA Holdings Corp.**                                 Summers 2007- 2009
**Investec Securities (US) LLC**
New York, New York
*Intern*
- Conducted audit of commission payments made by third party company pursuant
  to agreement and was responsible for collecting an additional $26,000.
- Assisted with abandoned property administration.
- Prepared documents for discovery for securities litigations.
- Updated Compliance Manuals.

**JCC Kids Korner**                                             August 2008 – December 2008
South Orange, New Jersey
*Aftercare Counselor*
- Homework assistants and tutoring for children ages 5-13; prepared lessons and tutored.

_Special Interests/Citizenships_
Volunteer at Fashion Week for two years, lead actress in Sandcastle Productions, Muscular Dystrophy Association
volunteer, community service volunteer (animal shelter and adult group home) and United States and Swiss citizenships.

# EXHIBIT 194

| | |
|---|---|
| From: | Rappaport, Alexandra [rappapoa@lafayette.edu] |
| Sent: | Sunday, March 06, 2011 3:31 PM |
| To: | Susan L Averett |
| Subject: | Re: summer internship college credits |

Dear Professor Averett,

I would love to meet with you tomorrow. I will stop by your office between 3 and 4. If you could just let me know where your office is located that would be great.

Thank you,
Ali Rappaport

----- Original Message -----
From: "Susan L Averett" <averetts@lafayette.edu>
To: "Alexandra Rappaport" <rappapoa@lafayette.edu>
Sent: Friday, March 4, 2011 3:25:18 PM
Subject: Re: summer internship college credits

Hi Ali: you can get academic credit for this as long as you are not paid and you work 120 hours for them. I can write them a letter on your behalf that states you will get credit. It sounds like a great opportunity. I am available Monday between 3 and 4...could you come by then? I am also available most of the day on Tuesday as well.
Please let me know when you can meet.
Prof. Averett

Sent from my iPhone

On Mar 4, 2011, at 2:01 PM, "Rappaport, Alexandra" <rappapoa@lafayette.edu > wrote:

> Dear Professor Averett,
>
> My name is Ali Rappaport and I am a sophomore who will be majoring in
> international affairs with a possible minor in government and law.
> I have been speaking with Professor Pribic about an internship
> opportunity for credit that I may have with Seventeen Magazine, a
> Hearst Corporation magazine.  Hearst Corporation publishes magazines,
> newspapers and business publications, as well as owns and operates
> television and radio stations and cable television networks.
> Hearst Magazine is one of the world's largest publishers of monthly
> magazines.  I have been contacted by a senior marketing executive for
> Seventeen Magazine.  She stated that although the internship is a
> highly competitive opportunity, my application would be strongly
> considered provided that my college provide course credit for this
> internship.
>
> Professor Pribic stated that I should pursue this opportunity and that
> he believed I could receive college credits for this internship.
> Presumably, I
> would be working in the marketing department of a division of a
> multinational corporation.
>
> I was hoping you could guide me in the right direction to get college

1

EXHIBIT
Rappaport 9
1-17-13

P0001973

> credits for this internship.  I would be happy to discuss this matter
> further in person and would welcome an opportunity to meet you.
>
> Respectfully submitted,
> Ali Rappaport

P0001974