# EXHIBIT 207

*FASH 168 & 169*
*Summer 2010 / Stevens*

HOWARD UNIVERSITY
COLLEGE OF ARTS & SCIENCES
DIVISION OF FINE ARTS
DEPARTMENT OF ART

<u>COURSE SYLLABUS</u>

**FASH 168 - Practicum (3 credits; 100 hours of work)**
**FASH 169 - Fieldwork (6 Credits; 200 hours of work)**
Summer 2010 / Schedule TBA

This course provides supervised work experience in an approved work setting planned cooperatively with a business establishment, agency or center. Fall, Spring, and Summer semesters.

| | | | |
|---|---|---|---|
| Instructor: | Dr. Elka M. Stevens | Office: | 2006 Childers Hall |
| | Assistant Professor, Department of Art | Office Phone: | 202.806.7103 |
| Office Hours: | By appointment | Department Phone: | 202.806.7047/8 |
| | | Email: | estevens@howard.edu |

**PREREQUISITES:** 60 (Practicum) or 90 (Fieldwork) completed credit hours; 2.5 GPA; and Co-requisite: 16 credit hour maximum including either class during the enrolled semester.

**REQUIRED RESOURCES:**
**Course Textbook:**    None

**RECOMMENDED RESOURCES:**
**Trade Publication:**    *Women's Wear Daily*
(Discounted online semester subscription is available directly from Conde Nast/WWD at www.subnow.com/wo/eduoffer - 16 weeks of WWD.COM **OR** Order 16 weeks of the hard copies delivered to you. The order form is posted in the "Course Information" section of BlackBoard.)

**COURSE OBJECTIVES:**
*Practicum and Fieldwork are supervised opportunities to allow you*
- To have a supervised working experience in your area of specialization.
- To apply the theories, principles, and learning experiences given during your undergraduate education in a non-academic setting;
- To have the opportunity to network with professionals in the field;
- To develop a better understanding of the operation of a business;
- To identify the areas of strength as well as areas of needed improvement in your academic qualifications, professional demeanor, and effectiveness in a professional employment setting; and
- To provide a structured experience that will hopefully aid in career direction and entry into the profession.



P0000734

*FASH 168 & 169*
*Summer 2010 / Stevens*

**COURSE COMPETENCIES:**
Based on you interests, career goals, and specific practicum or fieldwork opportunity, the competencies may vary. However, several sample competencies are listed below as an example for you. You will have to work closely with your on-site supervisor **and** your practicum or fieldwork professor to identify appropriate competencies specific to your experience. These should be listed on Form A.

**Fashion Merchandising**
Upon the completion of the internship, students will be able to effectively:
- Interpret a sales/condition report.
- Understand marking and receiving reports.
- Handle customer service issues.
- Use tact in interacting with customers.
- Complete a fashion report.
- Use merchandising techniques in coordinating apparel and accessories.
- Follow a floor plan.

**Advertising & Communications**
Upon the completion of the internship, student will be able to effectively:
- Write and edit creative ads, newsletter, press releases, and stories.
- List advertising agencies, newspapers, and trade publications and associations in which a professional relationship was established.
- Design camera-ready artwork and ads for clients (i.e., layout paste-up, and photographs for printers).
- Write pitch (call for action) letters.
- Operate video-taping equipment.
- Handle news conference (contact appropriate media, respond to requests in writing and setting up agendas).

**PLACEMENTS:**
Placements may be either student-initiated (student identifies the placement site and seeks the approval of the practicum or fieldwork professor) or department-initiated (program coordinator identifies the placement site). Students are encouraged to assist the practicum or fieldwork professor in finding suitable sites for internship placement. Students are also encouraged to complete a major portion of their internship during the summer so as not to conflict with the class schedules during the academic term. However, should an opportunity present itself, the practicum or fieldwork professor will make every effort to work with you.

Some businesses have established internship programs; others do not. However, students are not required to work in businesses that have a formal internship program. This is why it is essential to communicate with the practicum or fieldwork professor at Howard University. The insight and experience you will gain is the focus of the placement, rather than program or position titles.

P0000735

*FASH 168 & 169*
*Summer 2010 / Stevens*

There are several positions in which you may choose to intern.  Management trainee, buyer clerical, assistant buyer, assistant store manager, and assistant department manager are just a few. You simply need to consult with your practicum or fieldwork professor.

**COURSE REQUIREMENTS:**

**General:**   Completion of assigned projects, required minimum hours and communication with the practicum or fieldwork professor are essential to successful completion of the course.

**Attendance:**   Although you are not required to meet with an instructor on a regular basis, you are expected to go to your internship site as scheduled in order to report for work.  Also, it is expected that you will attend any other training, meeting, special event, etc. that is considered a part of your internship experience.

**Evaluation:**   The following will constitute your final mark:

| | | |
|---|---|---|
| Form A | 10% | *Scale* |
| Timesheets | 5% | A = < 90% |
| Form B-1 | 13% | B = 80% - 89.9% |
| Form C-1 | 10% | C = 70% - 79.9% |
| Form D | 20% | D = 60% - 69.9% |
| Final Report | 30% | F = >59.9% |
| Interview | 12% | |
| | **100%** | |

**Due Dates:**   *Syllabus Quiz*..................................................................**End of the first week of class.**
*Submission of Form A – Identification of Placement Site*..........**One week after start date.**
*Time sheets*.........................................................................**Weekly after start date.**
*Submission of Form B – Interim Evaluation Form &*
    *Submission of Form C – Student's Interim Assessment*
        .........**One week after completion of 50 Practicum or 100 Fieldwork hours.**
*Submission of Form D – Final Report and Evaluation: Supervisor,*
    *Submission of Final Report and Evaluation: Student, and Interview*
        .........**One week after the completion of the internship.**

Failure to submit any required work in a timely manner will result in a minimum deduction of **25%** per week off the final grade of the respective component.

As students in the Department of Art, presentation is of the utmost importance.  As a result, all assignments should be presented in a professional manner, i.e., typed, well written, neat, proofread, etc.  All assignments should use only 10- or 12-point non-decorative fonts such as Times New Roman, Arial, Verdana, etc.  Line spacing should be no larger than double. Use 1-inch margins only.  Although you are including a cover page,  your name and page numbers should be on each page in the header or footer. References must be used and properly documented, **using appropriate style manual for formatting**. Should you fail to adhere to this requirement, the assignment will minimally receive a 25% deduction.

P0000736

*FASH 168 & 169*
*Summer 2010 / Stevens*

**Academic Integrity:**

As Howard University students, you have agreed to govern yourselves according to the Howard University Student Code of Conduct ("Code"; available at http://www.howard.edu/policy/academic/codeofconduct.htm), the Academic Code of Conduct, the University Code of Ethics and Conduct, as well as, policies and procedures contained in the H-Book, the Bulletin and the Student Reference Manual and Directory of Classes. Any violation of the aforementioned will result in disciplinary action.

**Special Accommodation (ADA Statement):**

Howard University is committed to providing an educational environment that is accessible to all students. In accordance with this policy, students in need of accommodations due to a disability should contact the Office of the Dean for Special Student Services (202-238-2420, bwilliams@howard.edu) for verification and determination of reasonable accommodations as soon as possible after admission and at the beginning of each semester as needed. Should you require any special accommodations, it is your responsibility to provide me with appropriate documentation at the beginning of the semester.

**Miscellaneous:**

Do not hesitate to contact me if you have any questions, comments, or concerns. I will make every effort to work with you.

P0000737

*FASH 168 & 169*
*Summer 2010 / Stevens*

**ORGANIZING YOUR FINAL REPORT**

The following section is designed to *assist you in collecting and organizing information* to be included in your final report.  DO NOT simply answer the questions and submit them to the internship coordinator. Again, <u>your final report must be in a paper format</u>, i.e., well written and organized, using complete sentences, punctuation, capitalization, etc.   Should this basic information be excluded, your grade will reflect the omission.  Also, if the organization for which you are working requires that you complete a final project or report, you may not submit that project in lieu of the paper, unless it includes all of the information listed below.

I.  **COMPANY** - This section is designed to get you thinking about the company in which you are employed.  Basic company information, including company location, history, departments, and personnel, should be included in this section.
   A.  History
   B.  Location(s) & Facilities
   C.  Departmental or Divisional Structure - Prepare a simplified organizational chart of the company in which you are employed.
   D.  Personnel - Briefly explain the duties of the executive staff* or personnel responsible for the following functions:
      1.  President, Owner, Manager, CEO
      2.  Assistant Manager, General Manager, Vice President
      3.  Personnel Director/Employment Manager
      4.  Buyer/Assistant Buyer/Buyer Clerical
      5.  Merchandise Manager
      6.  Regional Merchandise Manager
      7.  Operation Manager, COO
      8.  Training Director
      9.  Advertising/Display Manager
      10. Department Manager
      11. Marketing Manager
      12. Director or Research and Development
      13. Other Important Executive Personnel
      *(These titles may not be compatible with your company.  Therefore, make adjustments as necessary.)
   E.  Image, Mission, Goals, & Objectives
   F.  Products/Merchandise, Target Market, & Promotions
   G.  Operations
   H.  Situational Analysis – Competitive Environment, Strengths, Weaknesses, Etc.

II. **YOUR EXPERIENCE**
   A.  What was your job title?
   B.  What was your employment status (i.e., full-time or part-time)?
   C.  What was employment period (i.e., actual dates and number of weeks? Number of hours worked?)
   D.  What was your wage or salary?
   E.  Who was you immediate employment supervisor (name and title)?

P0000738

*FASH 168 & 169*
*Summer 2010 / Stevens*

    F. Where were you employed? (i.e., department or merchandise area/center or mall/city and state)

    G. Describe the physical characteristics of your work environment.

    H. Other observations...

III. **TRAINING**

    A. Describe your training.

    B. Evaluate the effectiveness of the formal training you received, keeping in mind the following:

        1. When did you report for training?

        2. What was the condition of the training room facilities?

        3. What was the length of course?

        4. What material did it include?

        5. Was a written copy of duties given?

        6. Were you tested on the information you received?

    C. Were you given any material to take with you to help you at a later time (i.e. training manuals, pamphlets)?

    D. What follow-up training was given?  How could it have been improved?

    E. Describe any training meetings that you attended (apart from initial training).  Include objectives, training methods used, participants, time and length of meeting, and information covered.  Include examples of any training material used.  How well did this training meeting accomplish the objectives?

IV. **ANALYSIS OF YOUR WORK EXPERIENCE**

    A. During the period of time you were in the company, what were your duties?  What was your daily routine?

    B. What are other specific activities you participated in during your internship?

    C. Describe your experience.

    D. What was the working relationship between you and your supervisor?

    E. In your opinion, describe the skills learned or improved.

    F. What did you like most? Least?

    G. What did your internship not include that you wish had been a part of your program?

    H. What strengths and weaknesses do you recognize in yourself and in your academic preparation as related to your achieving maximum advancement in your chosen career?

V. **CONTRIBUTION OF THE ORGANIZATION TO THE INTERNSHIP EXPERIENCE**

    A. What activities do you believe were the MOST VALUABLE to you during the internship experience and why?  What did the organization do to facilitate your participation in these activities?  What did you do that enabled you to participate in these activities?

    B. Which activities do you believe were the LEAST VALUABLE to you during the internship experience and why?

    C. What activities did you want to participate in but were not able to experience or observe? How do you think you contributed to not being allowed to participate in these experiences? Why do you think management did not allow or invite you to participate in these activities?

    D. How did your immediate employment supervisor(s) contribute to your participation in these activities?

P0000739

*FASH 168 & 169*
*Summer 2010 / Stevens*

VI.     **CONTRIBUTION OF THE ACADEMIC UNIT TO INTERNSHIP EXPERIENCE**
   A.   Which classes in the major and/or minor areas of study were the MOST VALUABLE during your internship experience and why?
   B.   Which classes in the major and/or minor areas of study were the LEAST VALUABLE during your internship experience and why?
   C.   How might the academic portion of the internship experience be improved?
   D.   Overall, were you satisfied with the academic unit's contribution to your internship experience?       [ ]      Yes      [ ]      No      Explain your response.
   E.   Evaluate how <u>we</u> can be more helpful to you in preparing you for the internship experience.

VII.    **CONTRIBUTION OF THE STUDENT INTERN TO THE INTERNSHIP EXPERIENCE**
   A.   What would you have done differently academically and in work-related experiences to better prepare yourself for the internship experience?
   B.   Overall, were you satisfied with your contribution to the internship experience?  Explain your response.

VIII.   **CAREER DEVELOPMENT PLAN**
   A.   To what extent has the internship contributed to your overall career development?
   B.   Do you plan to pursue a career in retailing/advertising following graduation? [ ] Yes    [ ] No
        **IF YES:** In what type position, with what type organization, and with what type of merchandise do you want to work?  Why?  Can you realistically attain the position? What avenue do you plan to pursue this career option? What type of position do you want to attain in 5 years?  Can you realistically attain the position? Would you consider employment with this organization? [ ] Yes  [ ] No. Explain. Have you discussed future employment with the appropriate personnel in this organization? [ ]  Yes    [ ] No
        **IF NO:** What career field and position do you plan to enter following graduation? What avenue do you plan to take to pursue this career field?  (i.e., additional education, experience in the field, etc.)  What position do you want in 5 years?  Can you realistically attain the position? [ ] Yes   [ ] No. Explain your response.

P0000740

FASH 168 & 169
Summer 2010 / Stevens

**IN-DEPTH POSITION ANALYSIS (EMPLOYEE INTERVIEW)**

The following section is designed to *assist you in collecting and organizing information* to be included in your Interview assignment.   DO NOT simply answer the questions and submit them to your professor. Again, your paper must be in a paper format, i.e., well written and organized, using complete sentences, punctuation, capitalization, etc.

Select a position in this organization typically available to undergraduates within the **first three years after graduation**. Interview the person in the selected position utilizing the interview schedule below and/or the questions in the text. If there are any questions that you are not able to have answered by the person you interview, state that the employee preferred not to answer this question.  Answer each question. Many organizations regard information on salaries confidential and consider sharing exact salary figures grounds for termination of employment.  Therefore, do not put your interviewee in an awkward position by asking, "What is your exact salary?"  The personnel director or store manager is a good source of information on typical salaries for the position you have chosen to analyze.

Date_____

Name of Interviewee_____

Company/Dept._____

Immediate Supervisor _____

Immediate Supervisor's Title_____

1.    **JOB DESCRIPTION**

    a.     Job title _____

    b.     Job description _____

    c.     Specific duties performed during a typical day_____

        _____
        _____
        _____
        _____
        _____
        _____
        _____

    d.     Is this position interesting and challenging?    [ ]      Yes      [ ]      No
        Explain._____
        _____
        _____
        _____

    e.     In this position, is one allowed the freedom to decide what, when, and how the work is accomplished?          [ ]      Yes      [ ]      No
        Explain._____
        _____
        _____
        _____

    f.      Does a person in this position have to take work home often? [ ]   Yes   [ ]      No

P0000741

*FASH 168 & 169*
*Summer 2010 / Stevens*

Explain._____

_____

_____

_____

g.    How much risk taking and responsibility are involved in the decision-making process for this position? [ ]   A Profuse Amount   [ ]   Moderate   [ ]   Little
Explain._____

_____

_____

_____

2.    **QUALIFICATION AND TRAINING**

a.    Is formal education required for this position?      [ ]   Yes   [ ]   No
Explain._____

_____

_____

_____

b.    Is previous experience related to this field required for attaining this position?
[ ]   Yes   [ ]   No
Explain._____

_____

_____

_____

c.    Is there a specific training program separate from the on-the-job training for this position?      [ ]   Yes   [ ]   No
Explain._____

_____

_____

_____

d.    List five or six human relation skills (positive attitude, ability to communicate with people, etc.) that are necessary for this position._____

_____

_____

_____

e.    List five or six technical skills (math, typing, computer literacy, etc.) needed for this position._____

_____

_____

_____

9

P0000742

*FASH 168 & 169*
*Summer 2010 / Stevens*

3.    **REMUNERATION**

    a.    What is the general salary range for this position?_____

    b.    What benefits are offered to an employee in this position? (i.e., merchandise discounts, vacation time, stock options, etc.)_____

_____

_____

    c.    When does an employee in this position begin receiving benefits?_____

_____

_____

    d.    Who pays for the benefits extended to an employee in this position?_____

_____

_____


4.    **WORKING CONDITIONS**

    a.    What are the regular hours of employment in this position?

_____

_____

    b.    How much physical exertion is required in this position?
        [ ]   A Profuse Amount   [ ]   Moderate   [ ]   Little
        Explain._____

_____

_____

_____

    c.    Is this position stressful? (i.e., deadlines, demands from superiors, etc.)
        [ ]   Yes   [ ]   No
        Explain._____

_____

_____

_____

    d.    Is the atmosphere in this position generally cooperative, competitive, or vindictive? Explain._____

_____

_____

_____

    e.    What factors convinced you to accept this position?_____

_____

_____

_____

P0000743

f.   What factors convinced you to join this organization?_____
_____
_____

5.   **PROMOTION**
a.   Tenure in present position_____
b.   Name and title of immediate supervisor_____
     What is the typical line of progression or promotion from this position upward
     within the organization?_____
     _____
     _____
     _____
     _____
     _____

d.   Approximately how long can one expect to remain in this position before being
     promoted?_____
     _____
     _____

e.   Are there opportunities for advancement within the organization?  What are the
     current opportunities for advancement within the organization? [ ]  Yes     [ ]  No
     _____
     _____
     _____

f.   Would additional education assist a person in this position to get promoted faster?
     [ ]     Yes     [ ]     No
     Explain._____
     _____
     _____

g.   What methods of evaluation are used by the company to determine promotions?
     _____
     _____
     _____

h.   Is this organization opening new offices or branches at the present time or in the
     future and would expansion generate new openings for this particular position?
     [ ]     Yes     [ ]     No
     Explain._____
     _____
     _____
     _____

6.   OTHER QUESTIONS THE STUDENT INTERN MIGHT WANT TO ASK...
7.   ADDITIONAL INFORMATION

P0000744

# EXHIBIT 208

Howard University                                    Fashion Merchandising Program

**Form A: Identification of Practicum/ Field Experience Site** (Student)          **Page 4**

☐ Fall   ☐ Spring   ☑ Summer Year __2010__

**1.  STUDENT INFORMATION**

Name  _Spencer_          _Erin_        _C_        ID# _@025746 39_
        (Last)            (First)      (MI)

Email Address _erin3589 @gmail.com_

Local Address _2251 Sherman Ave, NW_     Apt. ___  _Washington_  _DC_  _20001_
                    No.   Street                    City    State   Zip

Phone _(212) 649-3532_               Cell Phone _(910) 297-6167_

**2.  SITE INFORMATION**

Site Name _Cosmopolitan Magazine_

Site Address _300 W 57th Street  38th flr  NY_      _NY_    _10019_
                No.   Street         Apt.           City   State   Zip

Phone _(212) 649-3572_   Apt. ___        Fax _(646) 286-3572_

On-Site Supervisor _Sandra Wilson_

Title _Bookings Director_                  Email Address _sandrawilson @heart.com_

Phone _(212) 649-3572_                     Fax _(646) 286-3572_

**3.  PRACTICUM/FIELD EXPERIENCE INSTRUCTOR INFORMATION**

Name _Dr. Elka Stevens_        Title _Professor_

Email Address _estevens @howard.edu_

Local Address   Department of Art/Howard University, 2455 6th Street, NE, 1025 Childers Hall
                Washington, DC 20059

Phone _(202) 806-7103_                 Fax _(202) 806 9268_

**4.  SCHEDULE, DUTIES & ACTIVITIES, COMPETENCIES, ETC.**

Work Schedule

☐ Sun      ☑ Mon _9:30-6pm_   ☑ Tues _9:30-6pm_   ☐ Wed

☑ Thurs _9:30-6pm_   ☑ Fri _9:30-6pm_   ☐ Sat

Remuneration   ☑ No   ☐ Yes   Amount _____

Description of duties and activities _① assist with model castings ② assemble_
_and file model profile packets ③ correspond between agencies and_
_bookings director ④ file invoices, call sheets, and model releases ⑤ maintain/organize_
_features tear sheets ⑥ update data on agency list ⑦ update model profile ⑧ help choose model_
Competencies to be developed (list) _① hold my own casting ② determine whether _____ for features_
_a model is best for fashion or feature spreads ③ ▓▓▓▓▓▓▓_
▓▓▓▓▓▓▓

Other information or comments concerning the proposed Practicum/Fieldwork Experience (by student, on-site supervisor, or instructor.  (Continue on separate sheet if necessary). _____

Student's Signature _Erin Sp_                         Date _6/28/10_
Supervisor's Signature _____                       Date _6/28/10_
Instructor's Signature _____                       Date _____



P0000770

# EXHIBIT 209

| | |
|---|---|
| From: | Erin Spencer [erin.spencer89@gmail.com] |
| Sent: | Wednesday, December 28, 2011 4:37 PM |
| To: | margaret_russell@condenast.com |
| Subject: | Editorial Assistant position |
| Attachments: | Erin Spencer Resume '12.pdf; HTML Attachment.html |

Dear Ms. Margaret Russell:

My name is Erin Spencer. I am a recent graduate of Howard University where I studied Fashion Merchandising. Currently, I am seeking an Editorial Assistant position with *Architectural Digest* magazine. I would like to work for *Architectural Digest*, because it informs, influences, and inspires interior design aficionados—like myself—every month. It would be an invaluable opportunity to learn, grow, and work in such an innovative environment.

I am an aspiring magazine editor with a love for interior design—classic, contemporary,and modern. (I have taken courses in interior design.) Therefore, I would appreciate any opportunity that *Architectural Digest* could offer me to support you and your editorial staff in the creative and administrative process of producing a shelter publication. During my internship at *DC Magazine*, I worked alongside the Editor-in-Chief Karen Sommer-Shalett to fact-check, as well as, write short-articles and FOB calendar pages. I recognize that this position is not glamorous yet is very rewarding. I work well under the pressure of a deadline and I do not cease until the job is exceptionally complete.

I am an excellent candidate for this position, because I have prior experience in editorials. I am passionate about the work involved in publishing and I am not afraid to work hard. I believe that what I do not know about this position, I will learn quickly because I am focused and I welcome constructive criticism. I am also detail-oriented and great at multi-tasking, which would be helpful in completing assignments before their deadlines. I am able to perform administrative tasks and write, if needed. An important tool that I gained during my summer 2010 at *Cosmopolitan* was how to work efficiently as a team player. As an Editorial Assistant, I would like to offer *Architectural Digest* magazine my hard work, as well as, a team-player attitude.

Ultimately, I respect and enjoy *Architectural Digest* America's as a go-to source for cutting-edge design inspiration. The Editorial Assistant position would be a wonderful opportunity to apply the skills I have learned in previous editorial internships to any assignment presented. My resume is enclosed. I am able to work full-time and start as soon as you need. I highly anticipate your response.

Respectfully,


Erin E. Spencer
erin.spencer89@gmail.com



1

# Erin E. Spencer

6028 Williams Dr NE
Leland, NC 28451
(910) 297-6167
erin.spencer89@gmail.com

## PROFILE

An experienced editorial intern and recent college graduate (Fashion Merchandising, December 2011) looking to transition into an Editorial Assistant position at a shelter publication. Maintains a strong interest in home decor and style, as well as, previous experience with supporting a dynamic, editorial staff. Able to manage multiple projects at one time, research the latest trends in interior design, and write copy, if needed.

## EXPERIENCE

**Sales Intern, Nordstrom, Arlington, VA June-July 2011**
Analyzed hourly and daily sales reports to track sell-through. Learned all responsibilities of a Department Manager. Attended all weekly manager meetings.Exercised the customer service practices of Nordstrom.

**Editorial Assistant, *DC Magazine*, Washington, DC November 2010-Apr 2011**
Reported social and charity events. Wrote FOB calendar pages. Performed fact-checking and research for articles. Formatted calendar and event pages using InDesign.

**Bookings Intern, *Cosmopolitan* magazine, New York, NY June-August 2010**
Organized numerous model castings for well pages.Corresponded with modeling agencies to book models. Completed the *CosmoU* program. Assisted Bookings Director with day-to-day administrative tasks.

**Intern, DeNada Design Inc, Washington, DC November 2009-February 2010**
Assisted Owner/Designer with new inventory processing. Published weekly blogs on DeNada blogspot. Supported Owner at winter 2010 photo shoot.

## EDUCATION

Howard University, Washington, DC- Fashion Merchandising, 2011

## SKILLS

Microsoft Office Suite, PhotoShop, Illustrator, InDesign, Blogger. Writing, transcribing, and fact-checking. Strong organizational skills.

P0001027

# EXHIBIT 210

| From: | Erin Spencer [erin.spencer89@gmail.com] |
|---|---|
| Sent: | Saturday, August 18, 2012 5:28 PM |
| To: | jobs |
| Subject: | Michigan Avenue Sales Assistant |
| Attachments: | Erin E Spencer Resume.pdf |

Dear *Michigan Avenue* magazine:

My name is Erin Spencer. I am a 2011 graduate of Howard University where I studied Fashion Merchandising. Currently, I am applying for the Sales Assistant position at *Michigan Avenue* magazine. I would like to work for *Michigan Avenue*, because it informs and inspires readers about Chicago's affluent social scene. It would be an invaluable opportunity to work in such an innovative environment.

Since I have previously interned at national publications, I am aware of the importance of the "advertising side." I would appreciate any opportunity that *Michigan Avenue* could offer me to support the sales department. During my six-month internship at *DC Magazine*, I worked alongside the Editor-in-Chief Karen Sommer-Shalett to fact-check captions, write FOB calendar pages, and interview PR contacts about social events. I work well under the pressure of a deadline and I do not cease until the job is exceptionally complete.

I was also a Bookings Intern for *Cosmopolitan* magazine for a semester. I corresponded with modeling agents, conducted numerous model castings, and organized all of the models' polaroids and tear sheets. There were many occasions when I updated contact lists as well as maintained our filling system. Overall, I developed effective time-management, organizational and communication skills. I am confident that such skills have prepared me for this position.

Ultimately, I respect *Michigan Avenue* magazine as a go-to editorial for Chicago's social scene. The Sales Assistant position would be a wonderful opportunity to assist the sales department and expand my skill set. My resume is enclosed. I live in Ann Arbor, Michigan and have open availability to interview. I am able to work full-time and start as soon as you need. I look forward to your response.

Respectfully,


Erin E. Spencer
erin.spencer89@gmail.com

Salary requirements: $30,000



1

P0001484

## Erin E. Spencer
(910) 297-6167
erin.spencer89@gmail.com

**PROFILE**

An experienced, editorial intern and college graduate (Fashion Merchandising, December 2011) looking to transition into a Sales Assistant position at a national publication. Possesses a strong interest in style and culture as well as experience with client-based sales. Able to assist sales staff, provide administrative support, prepare for presentations, and organize file systems.

**EXPERIENCE**

**Sales Consultant, Amish Tables, Plymouth, MI May 2012-now**
Provides furniture consultations on stains, wood types, and dimensions for showroom and online customers. Responds to leads daily through e-mail using client database. Sends quotes and follows up with customers, if needed. Hand-draws custom furniture. Corresponds with Amish builders via fax for custom furniture requests.

**Design Assistant, Affordable Interiors Inc., Ann Arbor, MI May 2012-now**
Implements and maintains organization of client files, fabric samples, invoices, contracts, and catalogs. Assists with measurements and project assessments for in-home and commercial consultations. Sends invoices to clients via QuickBooks. Corresponds with new leads via e-mail and follows up with clients after their project is complete. Assists with selection of materials for clients. Orders samples and fabric for presentations. Created a fifty-page portfolio for principal designer. Published the autumn 2012 newsletter for Affordable Interiors.

**Editorial Assistant, *DC Magazine*, Washington, DC November 2010-Apr 2011**
Reported social and charity events. Wrote FOB calendar pages. Performed fact-checking and research for articles. Formatted calendar and event pages using InDesign. Collected hi-res images from PR contacts. Transcribed interviews.

**Bookings Intern, *Cosmopolitan* magazine, New York, NY June-August 2010**
Organized numerous model castings for well pages. Corresponded with modeling agencies to book models. Completed the *CosmoU* program. Assisted Bookings Director with day-to-day administrative tasks.

**EDUCATION**
Howard University, Washington, D.C., B.A. Fashion Merchandising, 2011

**SKILLS**
Microsoft Office Suite, QuickBooks, Pages, PhotoShop, Illustrator, InDesign. Writing and fact-checking. Strong analytical and organizational skills.

P0001485

# EXHIBIT 211



**Lauren Finney <lrfinney@gmail.com>**

## FW: My Resume
2 messages

**Lauren Finney** <lfinney@hearst.com>                               Thu, Aug 12, 2010 at 11:07 AM
To: Gmail <lrfinney@gmail.com>

--
Lauren Finney
Cosmopolitan
300 W 57th St
38th Floor
New York, NY 10019
e:lfinney@hearst.com
t:212.649.3598
f:646.280.3509
c:678.642.8191



The Power of Print

------ Forwarded Message
**From:** "Spencer, Erin" <espencer@hearst.com>
**Date:** Thu, 12 Aug 2010 10:53:02 −0400
**To:** "Finney, Lauren R" <lfinney@hearst.com>
**Conversation:** My Resume
**Subject:** My Resume

Thank you ;−)

------ End of Forwarded Message

 **Revised Resume.doc**
49K

**Lauren Finney <lrfinney@gmail.com>**                               Thu, Aug 12, 2010 at 12:28 PM
To: kate@kstreetkate.net

Hi Kate,

Hope you are well. Did you receive my card a while back? It was so kind of you to show me around for the
afternoon!



12/4/12 5:28 PM

https://mail.google.com/mail/u/0/?ui=2&ik=d0f2846f1d&view...

I am still here in New York...trying to figure out what I'm doing until my lease runs out in January.

Anyway, if you know of anyone who needs an intern in lifestyle/fashion, my intern this summer has been great. She's a student at Howard and her resume is attached.

thanks!

Lauren
[Quoted text hidden]
--
Lauren Finney
lrfinney@gmail.com
www.wherethestylethingsare.com


**Revised Resume.doc**
49K

# EXHIBIT 212

**From:** Matthew Jordan Wagster [wagster@Colorado.EDU]
**Sent:** Monday, September 28, 2009 12:27 PM
**To:** Worth Turner
**Subject:** Re: hey Matt

Hi Worth,

Sorry I didn't call ahead of time, I have the flu. Hopefully I'll be able to make it in
tomorrow. I'd be more than happy to make it up by working Thursday or Friday. I apologize for
the inconvenience.

---- Original message ----
>Date: Mon, 28 Sep 2009 11:33:15 -0400
>From: Worth Turner <wturner@hearst.com>
>Subject: hey Matt
>To: Matthew Jordan Wagster <Matthew.Wagster@Colorado.EDU>
>Cc: Meghan Chaffee <MChaffee@hearst.com>
>
>    Just wanted to make sure everything is okay, thought
>    you were coming in today.
>    Let us know
>
>    Best,
>
>    Worth



P0000542

**From:**       Matthew Jordan Wagster [wagster@Colorado.EDU]
**Sent:**       Tuesday, September 29, 2009 9:17 AM
**To:**         wturner@hearst.com
**Subject:**    still sick

Hey Worth,

I'm still really sick, my fever has gone up a little today. I apologize for being such an
inconvenience, I hope to get better asap.

~Matt~

1

P0000543

**From:** Matthew Jordan Wagster [wagster@Colorado.EDU]
**Sent:** Wednesday, November 18, 2009 10:51 AM
**To:** Worth Turner
**Subject:** Re: Wednesday

Hey Worth,

It turns out it is H1N1, but at least I'm beginning to feel a little better. Since I've missed three days, I'd be more than willing to make them up at a later date.

---- Original message ----
>Date: Wed, 18 Nov 2009 09:52:38 -0500
>From: Worth Turner <wturner@hearst.com>
>Subject: Wednesday
>To: Matthew Jordan Wagster <Matthew.Wagster@Colorado.EDU>
>
>   Hey Matt,
>
>   Are you feeling better? Are you planning to come in
>   today?
>
>   Thanks,
>
>   Worth Turner
>   Integration Associate, Esquire
>   300 West 57th Street
>   New York, NY 10019
>   212.649.4174 (p)
>   212.649.4302 (f)
>
>   wturner@hearst.com

1

P0000539

# EXHIBIT 213

| | |
|---|---|
| **From:** | Matthew Jordan Wagster [wagster@Colorado.EDU] |
| **Sent:** | Saturday, September 12, 2009 5:02 PM |
| **To:** | Chloe lipman |
| **Subject:** | Re: SD26 Event Help |

Hi Chloe,

Sorry, I just read your email. I can still help out (not sure if you can receive emails at this time). Let me know. Also, in case you need to contact me via phone my number is (303) 588-3891

---- Original message ----
>Date: Fri, 11 Sep 2009 09:48:42 -0400
>From: Chloe lipman <clipman@hearst.com>
>Subject: SD26 Event Help
>To: Matthew Jordan Wagster <Matthew.Wagster@Colorado.EDU>
>
>  Hi Matt,
>  As you probably know, we have an event tomorrow
>  evening...the SD26 opening.
>
>  It would be GREAT if you would be able to come and
>  help me.
>
>  Please let me know if you are available tomorrow
>  from approx 3pm-11pm to help.. It would be a great
>  experience and great exposure for you (not to
>  mention - you would be helping me TREMENDOUSLY!)
>
>  Please let me know if you would be able to come help
>  out and I'll send you more information.
>
>  Thanks so much Matt!
>  Chloe Lipman
>  Integration Associate / Marketing Coordinator,
>  Esquire
>
>  300 West 57th Street
>  New York, NY 10019
>  212.649.4178 (p)
>  212.649.4303 (f)
>  clipman@hearst.com

DEPOSITION
EXHIBIT 12
PENGAD 800-631-6989
WAGSTR
1-30-12 F

1

P0000544

# EXHIBIT 214

Matthew Jordan Wagster                                                https://culink.colorado.edu/wm/eml/read.html?sessionid=-1916052e...

## Matthew Jordan Wagster

**Date:** Sun, 25 Nov 2012 13:41:41 -0700
**From:** Matthew Jordan Wagster <wagster@Colorado.EDU>
**Subject:** Recruiter position
**To:** ltomak@brooksource.com

To whom it may concern:

My name is Matthew Wagster and I am an undergraduate student at the
University of Colorado. As of December 20, 2012 I will have completed my
degree with a Bachelor of Arts in Political Science. Having worked in a variety of
corporate settings performing administrative and sales duties prior to
completing my degree, I firmly believe that I would make an ideal candidate for
the Recruiter opportunity at Brooksource.

In terms of qualifications for employment, I have received the privilege of
gaining experience with full-time employment while working as a clerk for Otten
Johnson Robinson Neff & Ragonetti. Furthermore, the marketing internship I
completed at Esquire Magazine not only provided me with the opportunity to
gain skills in sales, but it also offered me the chance to work in a corporate
environment in New York City. It was at my internship at Esquire that I also acted
as the second assistant to the director of marketing, further developing my
abilities to work in a team setting, self-direct and multi-task. While working at
Covidien I was able to further develop my interpersonal communication skills
with individuals within the office as well as with clients outside of it.

On a more personal note, I consider myself to be a highly ambitious individual. I
am highly interested in pursuing sales and marketing as they emphasize a skill
set that is both creative as well as analytical. While I do not have any personal
experience in recruiting, I find recruiting and human resources to be an area of
personal interest in terms of a potential career path. As demonstrated through
my strong work ethic and past work experience, I believe that I could make a
valuable asset to the Brooksource team if granted the opportunity.

Attached is a copy of my resume. Please do not hesitate to contact me via email
or phone with any questions or concerns. Thank you for taking the time to read
this.

Sincerely,
Matthew Wagster

Attachment: Matthew Wagster resume (4) (2) (1) (1).docx (27k bytes) Open



## Matthew J. Wagster

905 Aurora Ave. #214 Boulder, CO 80303    Matthew.Wagster@Colorado.edu          (303) 588-3891

**EDUCATION**
University of Colorado, Boulder
BA, Political Science                                                          Graduating: December 2012
Cumulative GPA: 3.0
*AP Scholar with Distinction*                                                                        2007
- Performed well on all 7 Advanced Placement Exams, was able to enter college with sophomore status

**RETAIL EXPERIENCE**
**Abercrombie and Fitch, Broomfield, CO**                          January 2008 to August 2008
- As brand representative, assisted customers with purchases and fittings

**American Eagle, Vernon Hills, IL**                                  May 2007 to August 2007
- Helped customers with fittings and purchases in addition to maintaining store image

**ADDITIONAL WORK EXPERIENCE**
**Covidien, Boulder, CO**                                          May 2012 to September 2012
- Worked in legal department specializing in surgical patents for medical supply company
- Performed clerical work including assisting in administrative duties with an emphasis on Intellectual Property

**Esquire Magazine, New York, NY**                                                        2009
- Student internship in Marketing and Advertising departments
- Worked on Esquire SoHo House project creating a venue for charity events
- Project has raised money throughout past five years for Save The Music Foundation and Save The Children
- Worked with Microsoft Word and Excel daily

**Otten Johnson Robinson Neff & Ragonetti, Denver, CO**          July 2008 to March 2009
- Worked primarily as intern, then as chief library clerk at corporate law firm
- Organized law library for US Bank Tower in addition to performing reception duties
- Employed full time including overtime in order to assist in the remodeling of the firm's interior

**LEADERSHIP & ACTIVITIES**
**Adopt-a Family Coordinator**                                                              2008
- While working at Otten Johnson, was selected to organize annual holiday philanthropy project
- Achieved goal of raising an unprecedented $5,000 for purchase of gifts for underprivileged families
- Highlighted in Denver Business Journal

**President of Farrand Hall Council**                                          2007 to 2008
- Coordinated several social events for 400 students
- Planned philanthropic events with local organizations such as the Family Learning Center

**President of GSA**                                                          2006 to 2007
- Trained faculty about inclusive instructional methods and appropriate classroom behavior in order to end harassment of LGBT students in the classroom
- Planned social events including dances, movie nights, and days of action like the Day of Silence
- Participated in GLSEN leadership team, attended national LGBT conferences

**Competitive Figure Skater**                                                1997 to 2005

- In 2001, qualified for spot to compete at Junior Nationals

# EXHIBIT 215

| | |
|---|---|
| From: | Xuedan Wang [xuey555@gmail.com] |
| Sent: | Thursday, January 05, 2012 12:06 PM |
| To: | amartinez |
| Subject: | Fashion Editorial |
| Attachments: | XuedanDianaWang_Resume.pdf |

Hi Ashley,

I hope your week has been going well. I would like to introduce myself, as the only interaction we have had has been brief and involved obtaining ID cards for the Accessories interns at Bazaar this past fall.

I graduated college from Ohio State University in March 2010, and recently completed a full-time internship at Bazaar as Accessories Head Intern. I am in the early stages of job-seeking. At a young age, I discovered fashion magazines and soon set my sights on becoming an editor or stylist. As soon as I came up with the resources, I packed my bags to come here make my goals a reality.

I am extremely lucky to have cut my teeth at Harper's Bazaar and my experience has provided me unrivaled skills for working in fashion. The job I held was extremely demanding and necessitated a high level of responsibility, but was the most valuable work experience I have had to date. I hit the ground running fulfilling assistant duties to the Director, Senior Accessories Editor and Accessories Editor. Through direct correspondence with public relations personnel, I was responsible for ensuring the reception and return of all accessories and jewelry samples. I supervised the maintenance of the fashion closet, delegated day-to-day tasks to a team of eight interns, and managed expense reports for two editors.

The next step that I am pursuing is work as a freelance or staff fashion assistant to the fashion market department at a magazine. I would love to be considered for this kind of opportunity at a Hearst title, and have attached my resume for your consideration. Are there any current openings available, or would you be able to advise me about how to best pursue them at Hearst?

Thank you for your time and help.

Best,

Xuedan "Diana" Wang



1

From:          Xuedan Wang [xuey555@gmail.com]
Sent:          Thursday, January 05, 2012 12:15 PM
To:            ahelmus
Subject:       Fashion Editorial
Attachments:   XuedanDianaWang_Resume.pdf

Hi Ms. Helmus,

I hope your week has been going well. I would like to introduce myself, as the only interaction I have had with the Human Resources at Hearst has been brief and involved obtaining ID cards for the Accessories interns at Bazaar this past fall.

I graduated college from Ohio State University in March 2010, and recently completed a full-time internship at Bazaar as Accessories Head Intern. I am in the early stages of job-seeking. At a young age, I discovered fashion magazines and soon set my sights on becoming an editor or stylist. As soon as I came up with the resources, I packed my bags to come here make my goals a reality.

I am extremely lucky to have cut my teeth at Harper's Bazaar and my experience has provided me unrivaled skills for working in fashion. The job I held was extremely demanding and necessitated a high level of responsibility, but was the most valuable work experience I have had to date. I hit the ground running fulfilling assistant duties to the Director, Senior Accessories Editor and Accessories Editor. Through direct correspondence with public relations personnel, I was responsible for ensuring the reception and return of all accessories and jewelry samples. I supervised the maintenance of the fashion closet, delegated day-to-day tasks to a team of eight interns, and managed expense reports for two editors.

The next step that I am pursuing is work as a freelance or staff fashion assistant to the fashion market department at a magazine. I would love to be considered for this kind of opportunity at a Hearst title, and have attached my resume for your consideration. Are there any current openings available, or would you be able to advise me about how to best pursue them at Hearst?

Thank you for your time and help.

Best,

Xuedan "Diana" Wang

1

**Xuedan "Diana" Wang**

1054 Broadway #2 | Brooklyn, NY 11221
614-256-6090 | xuey555@gmail.com

**EXPERIENCE**

**Harper's Bazaar |** New York, NY
Head Accessories Intern | August 2011 – December 2011
- Directly assist to Accessories Director, Senior Editor and Editor
- Coordinate samples between editors and showrooms and pr firms
- Manage and delegate tasks to a team of interns
- Administer maintenance of fashion closet
- Provide on-site assistance at photo shoots
- Track and keep record of sample trunks for photo shoots
- Managing corporate expense reports

**Fenton-Fallon |** New York, NY
Public Relations Intern | June 2011 – August 2011
- Organized and maintained the showroom, and managed press clippings
- Tracked, prepared and packed samples for press
- Assisted with the production of samples, including sourcing and construction
- Administered data entry, fulfilling purchase orders, and shipping

**NationsHealth |** Columbus, OH
Account Specialist | July 2010 – June 2011
- Presented informational meetings to market to healthcare professionals
- Conducted research and strategy development for pharmaceutical program
- Formed and developed relationships with healthcare professionals
- Secured new patient referrals and provided customer service

**RMD Advertising and Public Relations |** Columbus, OH
Special Projects Coordinator | January 2010 – May 2010
- Edited digital copy and operated social media accounts for several clients
- Conducted blogger pr outreach and extensive new business research
- Managed database of media opportunities
- Participated in field public relations efforts

**OSU Urban Arts Space |** Columbus, OH
PR / Merchandising Intern | January 2010 – April 2010
- Composed press releases and formulated outreach strategies
- Planned and executed special fundraising event
- Designed, curated and constructed retail merchandising display
- Assisted with installation and organization of exhibitions

**C Magazine |** Columbus, OH
Editorial Intern | Jan 2009 – April 2009
- Wrote a variety of copy, restaurant reviews and articles for three issues
- Audited advertising accounts, assisted advertising sales
- Assisted on photo shoots, working with local designers and retail PR
- Provided primary apparel styling for one cover shoot and corresponding feature

**SKILLS**

**Proficient In:**
- Microsoft Office (Word, Excel, Powerpoint, Outlook)
- Adobe Creative Suite (Photoshop, Illustrator, InDesign, Fireworks, Dreamweaver)

**EDUCATION**

**Ohio State University |** Columbus, OH
Bachelor of Arts, Strategic Communication | 2010

P0000401

# EXHIBIT 216

| | |
|---|---|
| From: | Xuedan Wang [xuey555@gmail.com] |
| Sent: | Thursday, January 12, 2012 11:41 AM |
| To: | assistant |
| Subject: | Styling Internship |
| Attachments: | XuedanDianaWang_Resume.pdf |

Hi Adam,

I would like to express my interest in a position of styling intern to Sally Lyndley.

I studied public relations, women's studies and marketing, culminating with a degree in Strategic Communication at Ohio State University. I have interned and worked in a variety of professional settings, most recently in a full-time role as Accessories Head Intern at Harper's Bazaar. In this position, I fulfilled assistant duties to the Director, Senior Editor and Editor.

Through direct coordination with public relations professionals, I was responsible for ensuring the reception and return of all accessories and jewelry samples. I supervised the maintenance of the fashion closet, delegated day-to-day tasks to a team of eight interns, and managed expense reports for two editors. Prior to Bazaar, I interned full-time doing pr, sales and production at Fenton-Fallon. Before moving to New York, I worked for one year at a pharmaceutical company, where I managed the marketing campaign efforts of an 8-state region.

For most of my life, it has been my dream to be a fashion stylist. My love of fashion photography dates back to grade school, when I first began to buy Vogue and Bazaar each month with my allowance money. It was then that I decided that I wanted to create these stunning, gorgeous, quirky, and edgy images. I have a fiendish knowledge of fashion and eat, sleep and breathe it.

Ms. Lyndley has become one of my favorite stylists in the past couple of years, and I loyally folloow her contributions to Fashionista and her blog. I think she is so unique for her occupation because of her business and web-savvy. Whereas most fashion stylists stick to doing their day job in the traditional sense, I respect Sally for fully embracing social media and providing insightful and insider information about the enigmatic processes of a stylist, which makes her a pioneer in my opinion. I am really inspired by how she engages both her clients and followers of fashion. On a weekday this past December, after having read her post of the politics of fashion for Fashionista.com while riding the subway to work, I spotted Ms. Lyndley sitting in the office of my then-boss, Ana Maria Pimentel, my former boss. I completely dorked out, I must admit.

1

EXHIBIT
WANG 20
2/8/12

I am currently seeking work as a freelance or staff fashion assistant, but during my search, I would love the chance to stay active in the fashion industry as well as continue to gain experience. I would like to contribute my work ethic, savvy and market experience to your team's styling assignments. To pay the rent, I am currently temping part-time, and thus my availability is 2 days per week. I know that you are seeking interns with more availability, but I hope that you will consider me still. I am extremely serious about making it in this industry and my work ethic and attitude reflects this. My ability to meet demands and multitask is tested and proficient. I am a meticulous and team-oriented worker and am confident in my ability to prioritize and organize to complete projects.

I believe the attributes that I have would make me a valuable contribution to you and Ms. Lyndley's team at large.  Thank you for your time and consideration, I look forward to discussing the position in greater detail with you.

Sincerely,

Xuedan "Diana" Wang

1054 Broadway, Apt 2

Brooklyn, NY 11221

614-256-6090

2

P0000405

# Xuedan "Diana" Wang

1054 Broadway #2 | Brooklyn, NY 11221
614-256-6090 | xuey555@gmail.com

**EXPERIENCE**

**Harper's Bazaar** | New York, NY
Head Accessories Intern | August 2011 – December 2011
- Directly assist to Accessories Director, Senior Editor and Editor
- Coordinate samples between editors and showrooms and pr firms
- Manage and delegate tasks to a team of interns
- Administer maintenance of fashion closet
- Provide on-site assistance at photo shoots
- Track and keep record of sample trunks for photo shoots
- Managing corporate expense reports

**Fenton-Fallon** | New York, NY
Public Relations Intern | June 2011 – August 2011
- Organized and maintained the showroom, and managed press clippings
- Tracked, prepared and packed samples for press
- Assisted with the production of samples, including sourcing and construction
- Administered data entry, fulfilling purchase orders, and shipping

**NationsHealth** | Columbus, OH
Account Specialist | July 2010 – June 2011
- Presented informational meetings to market to healthcare professionals
- Conducted research and strategy development for pharmaceutical program
- Formed and developed relationships with healthcare professionals
- Secured new patient referrals and provided customer service

**RMD Advertising and Public Relations** | Columbus, OH
Special Projects Coordinator | January 2010 – May 2010
- Edited digital copy and operated social media accounts for several clients
- Conducted blogger pr outreach and extensive new business research
- Managed database of media opportunities
- Participated in field public relations efforts

**OSU Urban Arts Space** | Columbus, OH
PR / Merchandising Intern | January 2010 – April 2010
- Composed press releases and formulated outreach strategies
- Planned and executed special fundraising event
- Designed, curated and constructed retail merchandising display
- Assisted with installation and organization of exhibitions

**C Magazine** | Columbus, OH
Editorial Intern | Jan 2009 – April 2009
- Wrote a variety of copy, restaurant reviews and articles for three issues
- Audited advertising accounts, assisted advertising sales
- Assisted on photo shoots, working with local designers and retail PR
- Provided primary apparel styling for one cover shoot and corresponding feature

**SKILLS**

**Proficient In:**
- Microsoft Office (Word, Excel, Powerpoint, Outlook)
- Adobe Creative Suite (Photoshop, Illustrator, InDesign, Fireworks, Dreamweaver)

**EDUCATION**

**Ohio State University** | Columbus, OH
Bachelor of Arts, Strategic Communication | 2010

P0000406

# EXHIBIT 217



**Portland
Community
College**

P.O. Box 19000
Portland, Oregon 97280-0990

# Cooperative Education

### Learning Objectives

Due Date **4/27/11**

Sarah Wheels
_Student_

English                    Intern
_Program/Major/Instructor_          _Job Title_

Spring           Sarahwheels@hotmail.com
_Term_              _email_

(714) 457-5040
_Student Work Phone_          _Home Phone_

Caryn Kanare
_Supervisor/Title_

Cosmopolitan      (212) 649-3559
_Agency/Company_          _Phone_

6324 SE 44th Ave.
_Address_

Portland      97206
_City_        _Zip_        _Fax_

Work Schedule: Mon **9:30-6** Tues **9:30-6** Wed **9:30-6** Thur **1:30-6** Fri _____ Sat _____ Sun _____

The Learning Objectives/Activities listed here will describe the student's job related goals and the work site activities to meet those goals. See the **Cooperative Education Student Handbook** for details.

**OBJECTIVE:** What do you want to learn?          **Activities:** What will you do to learn it?

1 a. Objective: Increase my knowledge of the magazine industry

   b. Activities: Observe office protocol and employee activity, participate in projects

2 a. Objective: Familiarize myself with fact-checking procedures

   b. Activities: Use LexisNexis, use fact-checking software, perform interviews

3 a. Objective: Conduct surveys and compile data

   b. Activities: Attend training sessions, conduct face-to-face surveys

Δ π EXHIBIT 7
Wheels
Deponent
1/23/13
Date _____ Rpt _____
WWW.DEPOBOOK.COM

4 a. Objective: Increase contacts in the writing/publishing/editing fields

   b. Activities: Participate in office work, help employees w/ projects, update resumé

5 a. Objective: Learn to use the equipment in the office building

   b. Activities: Attend training sessions, take detailed notes about machine procedures

Work schedule and duties may be subject to change. Contact your Cooperative Education Specialist should any major changes occur.

_Sarah Wheels_                3/7/2011          X
_Student Signature_          _Date_                _Employer Signature_          _Date_

_Instructor Signature_          _Date_                _Coop. Ed. Specialist_          _Date_

Portland Community College is an Equal Opportunity Employer and committed to a policy of non-discrimination for all people regardless of race, color, religion, sex, age, disability or national origin.



**Portland Community College**

P.O. Box 19000 Portland, Oregon 97280-0990

# Cooperative Education

### Training Agreement

Due Date __4/27/11__

## Student Information (Please Print)

Student Name: _Sarah Wheels_
E-mail: _sarahwheels@hotmail.com_
Student ID#: _G03605911_

Address: _6324 SE 44th Ave._   City: _Portland,_   State: _OR_   Zip: _97206_

Program Major: _English_   Completion Date: _05/2013_

Telephone: _(714) 457-5040_

Student Status: ☒ Full-time ☐ Part-time ☐ International

*I agree that I will receive Cooperative Education credit upon completion of the work experience requirements in accordance with school policy. I will keep my Co-op coordinator and/or instructor informed of my work activities and consult with them prior to changing my work status. Provisions outlined in the Federal Unemployment Tax Act and Oregon Revised Statutes apply.*

Student Signature: _[signature]_   Date: _3/7/2011_

## Employer/Supervisor Information (Please Print)

Company/Agency Name (Print): _Cosmopolitan_
Telephone: _(212) 649-3559_
Supervisor's Name (Print): _Caryn Kanare_
Title: _Internship Coordinator_

Address: _300 West 57th St (38th Floor)_   City: _New York_   State: _New York_   Zip: _10019_   Fax: _____

Employer Signature: _[signature]_   Date: _4/18/11_
E-mail: _ckanare@hearst.com_

*We are an equal opportunity employer and committed to a policy of non-discrimination for all people regardless of race, color, religion, sex, age, disability or national origin. I agree to work with the above student and the college representative while the student is completing the Cooperative Education objectives specified.*

Job Status: ☐ Paid ☒ Non-paid   Hourly Wage $ _____   Dates Worked: From _May 24th/2011_ to _August 15th/2011_

☐ International Site   Total number of hours to be worked in term for credit _364 hours_

*Please be advised that all PCC students enrolled in Cooperative Education are covered by Worker's Compensation insurance for their work experience, unless they are still covered by their prior employer, based on a job injury or will be covered as a paid employee or will be covered through a company-sponsored program (such as an Employer Volunteer Program).*

Worker Compensation Paid by: ☐ Employer ☐ Employer Volunteer Program ☒ PCC ☐ Other

*The student and employer listed above agree to work together in accordance with Co-op Education guidelines to satisfactorily complete the credit. The Co-op Ed Specialist is the liaison between the student, the college, and the employer in this training program.*

| Term/Year | Course No. | CRN No. | Credit |
|---|---|---|---|
| Spring/2011 | | CG280A | 1 |
| | | | |
| | | | |
| | | | |

| Instructor Signature | Date | Cooperative Education Specialist | Date |
|---|---|---|---|

*Distribution: White - Co-op Ed Specialist   Yellow - Student   Pink- Employer*

Print Center PM94229 09/2007



**Portland Community College**

P.O. Box 19000 Portland, Oregon 97280-0990

# Cooperative Education
### Training Agreement

Due Date  4/27/11

## Student Information (Please Print)

Sarah Wheels
*Student Name*

Sarahwheels@hotmail.com
*E-mail*

G03605911
*Student ID#*

6324 SE 44th Ave.   Portland,    OR    97206
*Address*            *City*       *State* *Zip*

English       05/2013
*Program Major*  *Completion Date*

(714) 457-5040
*Telephone*

Student Status:  ☒ Full-time  ☐ Part-time  ☐ International

*I agree that I will receive Cooperative Education credit upon completion of the work experience requirements in accordance with school policy. I will keep my Co-op coordinator and/or instructor informed of my work activities and consult with them prior to changing my work status. Provisions outlined in the Federal Unemployment Tax Act and Oregon Revised Statutes apply.*

*Student Signature*

3/7/2011
*Date*

## Employer/Supervisor Information (Please Print)

Cosmopolitan
*Company/Agency Name (Print)*

*Telephone*

Caryn Kanare
*Supervisor's Name (Print)*

*Title*

300 West 57th St (38th Floor) New York   New York   10019
*Address*                      *City*      *State*   *Zip*      *Fax*

ckanare@hearst.com
*E-mail*

*Employer Signature*          *Date*

*We are an equal opportunity employer and committed to a policy of non-discrimination for all people regardless of race, color, religion, sex, age, disability or national origin. I agree to work with the above student and the college representative while the student is completing the Cooperative Education objectives specified.*

Job Status:  ☐ Paid  ☒ Non-paid   Hourly Wage $ _____   Dates Worked: From _____ to _____

☐ International Site        Total number of hours to be worked in term for credit _____

*Please be advised that all PCC students enrolled in Cooperative Education are covered by Worker's Compensation insurance for their work experience, unless they are still covered by their prior employer, based on a job injury or will be covered as a paid employee or will be covered through a company-sponsored program (such as an Employer Volunteer Program).*

Worker Compensation Paid by:  ☐ Employer  ☐ Employer Volunteer Program  ☒ PCC  ☐ Other

*The student and employer listed above agree to work together in accordance with Co-op Education guidelines to satisfactorily complete the credit. The Co-op Ed Specialist is the liaison between the student, the college, and the employer in this training program.*

| Term/Year | Course No. | CRN No. | Credit |
|---|---|---|---|
| Spring/2011 | | CG280A | 1 |
| | | | |
| | | | |
| | | | |

*Instructor Signature*          *Date*          *Cooperative Education Specialist*          *Date*

*Distribution:  White - Co-op Ed. Specialist   Yellow - Student   Pink- Employer*

Print Center PM94229 09/2007

# EXHIBIT 218



## EVALUATION OF YOUR INTERNSHIP AT COSMO

*Please answer each question/respond to each statement, and feel free to make extra comments in the space provided in each box. Please fill out and give back to Caryn Kanare and place in my box by your last day:*

### GENERAL

| |
|---|
| **1. Name:** Sarah Wheels |
| **2. Semester of Internship**: Summer 2011 |
| **3. Department:** Editorial |
| **4. Name of Supervisor:** Caryn Kanare |
| **5. Please describe/list your duties/responsibilities:** Research, Bachelor interviews and profiles, interview transcriptions, Hot Guy Bloopers, Damage Control, Confessions, creating ratings sheets, Cosmo Inbox, email sorting, bi-weekly crime report, brainstorming articles and tips, quiz brainstorms, copying, archive work. |
| **6. On a scale of 1 to 5, please indicate your level of satisfaction with your internship experience at Cosmo (5 is exceeded expectations, 1 is dissatisfied):** Five. |
| **7. Was your internship experience at Cosmo what you expected? And, if not, why?** I expected the work to be less substantial. I'm very happy with the work that Cosmo allows interns to do. It's challenging and important. |
| **8. On a scale of 1 to 5, how challenged were you throughout your internship (5 is too much, 1 is not enough):** Three. |
| **9. On a scale of 1 to 5, how busy were you throughout your internship (5 is too busy, 1 is not busy enough):** Four. Some days were very busy, others were too slow. I would recommend having two or three interns in editorial, as opposed to four. |
| **10. On a scale of 1 to 5, how much did you learn throughout your internship (5 is a whole lot, 1 is not so much):** Five. |
| **11. On a scale of 1 to 5, how would you rate your interactions with your supervisor (5 is great, 1 is not enough):** Five. |
| **12. If you worked with other staffers in addition to your supervisor, |

**please describe those interactions.**
I worked for many of the staffers, including Stefanie Tuder, Bethany Heitman, Mina Azodi, Esther Crain, Kelly Thore, Anna Davies, Annie Daly, Korin Miller, Katy Lindenmuth, Miriam Friedman, and Carolyn Kylstra. Most people were very friendly and helpful. I encourage them to give even more work to future interns.

**13. Is there any way your internship experience could have been improved?**
I would have loved to receive more feedback from staffers on my work. Interns want to be sure that they are doing a great job on all of their assignments, and be made aware of things that need improvement. Also, research guidelines would be very helpful. None of us was sure about what type of research source was acceptable until the third month in. Additionally, a tutorial for the copier would have been useful at the start of the internship.

## POINT PERSON

**1. Name of Point Person:** Mina Azodi

**2. Did you receive adequate supervision as you progressed through your program?**
Yes. She is hands–off, which I prefer, but she always seems available to answer questions. She offered to answer my questions any time as soon as I was assigned to her, and I really appreciated that. She is very friendly.

**3. In what ways was your point person process (or lack of point person) helpful?**
I received great projects from Mina that kept me busy. She also took me to lunch, and answered all of the questions I had about the magazine, and informed me about the ASME internship program. She encouraged me to apply.

**4. How do you think we could improve the point person process in the future?**
I would encourage a point person to send as much work as possible to their intern so that the point person has a better idea about the individual intern and his or her working style/personality. This way, a closer working relationship forms and keeping in touch after the internship becomes easier.

## COSMO U PRESENTATIONS:

**1. On a scale of 1 to 5, please rate the presentation program (5 is**

P0002075

super informative and interesting, 1 is waste of time):
Five.

2. Which presentation/speaker interested you the most?
Nikki Beland.

3. Which interested you the least?
The Department Heads meeting, only because I already know that I want to be in editorial. It was informative and entertaining nonetheless.

4. How did Cosmo U contribute to the overall learning experience of your internship?
I really enjoyed hearing about how staffers got their start. It gave me a good idea about what my next career move should be. I was also blown away by the marketing meeting because that was a side of the magazine industry that I knew nothing about.

## COSMO AS A MAGAZINE/HEARST AS A COMPANY:

1. If you've interned at other magazines/companies, how does your time at Cosmo compare?
I have not had any other internship experience.

2. Would you have any interest in interning at Hearst again in the future?
Yes, absolutely. I would definitely come back to work for Cosmo if I had the opportunity.

P0002076

# EXHIBIT 219

# Sarah Wheels

6324 SE 44th Ave, Portland OR, 97206
Phone: 714.457.5040 E-Mail: sarahewheels@gmail.com

## Objective

I am pursuing a career in journalism, and I am interested in continuing to work in the field of lifestyle magazines. My summer internship in the editorial department of Cosmopolitan Magazine taught me that I am well suited to meet the demands of the publishing industry, and I feel very familiar with the West Coast because I have lived in Los Angeles, Santa Barbara, and Portland, and traveled extensively in the west.

## Experience

**Reed College – Writing and Humanities 110 Tutor**          September 1, 2010 - Present
I edit papers and projects, and work with individuals to help them meet their academic goals.

**Cosmopolitan Magazine – Editorial Intern**          May 16, 2011- August 18, 2011
I was chosen specifically from the pool of interns to take over for an editorial assistant who quit her job mid-summer. In addition to fulfilling my duties as an intern, which included research, administering surveys, and transcribing interviews, I was also trusted with more difficult tasks. I performed eleven important interviews and wrote copy for the November 2011 edition of the magazine. I was also previously published in the magazine in February 2010 before I took the internship position.

**New York Public Library – Collections Strategy Intern**          June 3, 2011- August 12, 2011
I handled both monetary and book donations for the main branch of the public library. I updated the catalog, and decided which books were fit for inclusion in the library's collection.

**Network Consulting Group – Assistant and Receptionist**          May 17, 2010 - August 20, 2010
I was the personal assistant to the president, salesperson, and operations staff of this telecommunication firm. I designed logos and advertisements with Adobe Photoshop and Acrobat alongside my work as a receptionist, which included data entry with Excel and Salesforce. I also spearheaded an office-wide reorganization project and lobby redecoration.

## Education

**Reed College**          August 31, 2009 - Present
I am currently a junior studying English Literature. I will receive my bachelor's degree in May of next year. My background is in literary theory, and twentieth-century literature. I am also proficient in French, and am employed in two tutoring positions, both of which require professorial recommendations.

**Santa Barbara High School**          September, 2005 - June, 2009
I graduated with High Honors and received the Bank of America award for English. I was awarded national and state honors for my weighted 4.6 GPA.

## Skills



Δ π EXHIBIT 15
Deponent Wheels
Date 1 23 13 Rptr G
WWW.DEPOBOOK.COM

P0002173

I am an exceptional writer and careful editor. In February of 2010, an article I wrote about rape was published in Cosmopolitan magazine. Aside from my understanding of the English language, I am also intuitive to the needs of others and proactive in any work environment. I am well traveled, and I have an intimate knowledge of the west coast and its lifestyles. I take direction well because I am organized, keep extensive notes and possess a keen memory. I am confident and courteous in dealing with strangers and coworkers alike. I understand what it means to be professional, in dress and manner, more than most individuals my age. I am always early, have never missed a deadline and gladly take on challenging work. More specifically, though, I feel suited to this particular position because my interests and skills align with the rigorous and fast-paced demands of the magazine industry.

2

P0002174

# EXHIBIT 220

Mary Beth Yale

Summer Internship Paper

Esquire Magazine, Hearst Publishing

Marketing and Advertising Intern

Total Weeks: 8

Total Hours: 176

CONFIDENTIAL

MY00000001

**Internship at Esquire**

This summer I interned at Esquire Magazine in New York City, which is under the umbrella of the Hearst Corporation. This internship was really informative, as I learned a lot about how advertisements are sold in magazines, as well as the processes the magazine itself goes through to maintain proper marketing channels. I was partnered with two different employees. One was a marketing representative, and the other was involved in sales. I had various responsibilities for each of them.

The only person who was in the New York office that I was partnered with was Scott Lehman. Scott is the Director for Special Events and Partnerships. We did not get to work extensively together, as he was very busy in the field.

However, despite this minor setback, I was able to collaborate quite a bit with Andrea Wiener, who is the sales director of the Northwest Region, and is based in San Francisco. She had many different projects for me to work on. One of them was a "flipbook" based on beer. This project consisted of my pulling all editorial and advertising content from the magazine over the past year and a half that was related in any way, shape, or form to drinking, beverages, and most importantly beer. The project took two full days and, according to Andrea, I was a great asset and saved her a lot of time as she prepared for her trip to Denver.

**Job Responsibilities**

My job responsibilities while working for Esquire magazine mostly included support of the sales and marketing teams. This began with simple administrative duties, such as organizing archives and making sure that the printer was full of paper and ink, and expanded to sending packages via messenger service or UPS, or hand delivering time sensitive materials. As the summer progressed, I was given more responsibilities. These included attending sales meetings and taking notes. From these notes I went on to help in creating a weekly report with the minutes of the sales meeting. Additionally I was entrusted with the complementary subscription list, and was the only intern allowed to update this very sensitive document. Also, our intern class was matched with various sales and marketing representatives who we periodically met with and received much guidance from these experienced professionals.

**Customized Responsibilities**

Throughout the entire program, we were tasked to complete a mock marketing proposal project, in which we created a fully integrated marketing program for one major account from our aforementioned representative's lists. This was both challenging and educational, in many different ways.

The account I chose for the project was Tahiti Tourism. This was a definite break from tradition, however, I wanted to focus on an account we had never been able to hone in on before. Esquire has very affluent leaders who are also decision leaders, so it only

CONFIDENTIAL

makes sense that Tahiti Tourism would profit from our efforts.

The project consisted of a complete design of the marketing plan. I created an advertising plan and timeline, mock-up digests to be included in the book with repurposed editorial on how to pack, and worked through the logistics of an event titled "Tahi-Tee Off To Summer", in which men could relax at a popular Los Angeles golf course. Tahiti and various other accounts would sponsor the event, and Esquire would invite its extensive list of celebrity partners to play for a charity's benefit.

**Providing Value**

In performing my duties, I did provide value to the magazine in many different ways. I was able to provide insight and a different perspective than had been previously considered. In addition, I was the only intern from Texas (or anywhere in the south), so I was able to offer some differences in attitude and had different viewpoints on some issues. Additionally, I was able to assist some supervisors who were very busy. In doing so, they were able to more quickly meet the needs of their supervisors, thus hastening the day-to-day activities of every team member.

Although it sometimes seemed like I was a drag on productivity when I had to ask questions or be trained in something new, my supervisors assured me that they preferred that I learned how to do things correctly as opposed to not learning correctly and never doing things correctly.

CONFIDENTIAL

**Expectations and Recommendations**

The internship experience did meet my expectations. I think this is because I spoke with somebody who had had this internship the previous summer, so I mostly knew what I needed to do to be successful. I would recommend that future interns be encouraged to schedule at least 3 informational interviews throughout the course of their internship. It is a good practice for anybody who is about to enter the real world and the job market to know what is coming up and what to expect. It is very important to hear this sort of information from somebody who is in the industry and can offer real world advice.

I would also recommend that future interns speak with somebody that has had an internship in their industry before. This would be very beneficial, as there are so many things a person could say that many people do not even consider before starting an internship in a new city, such as suggestions on where to live, how to meet new people, and what

**What I Have Learned**

I have learned a lot about the way that offices operate in a very formal setting, as well as how powerful it can be to work for a gigantic media conglomerate. In the marketing and advertising aspect of my internship, I have learned that there are so many more parts of marketing and advertising than I had ever known before. Specifically, on

MY00000005

our team, there are marketing directors, sales directors, and one events and special partnerships director. These people all coordinate marketing plans and objectives in our offices, and have different forms of outreach to many other different locations. For instance, the sales directors are in charge of making sure that there are enough pages of advertisements in each magazine. Each month there are different goals overall, and each sales person is expected to meet a certain minimum based on their experience and their performance in the previous year.

Marketing directors have different goals which are not as measurable or concrete as sales directors. They are required to keep up good brand relations and forge and maintain partnerships with different clients and advertisers. They do this by planning events and hosting parties with partners. This type of brand extension is the added value that shows that Esquire is a long lasting brand that will go above and beyond.

I have also learned that, like families, you cannot choose the people who you work with, and part of being a team player sometimes involves working with people you may not be interested in working with. Additionally, some people on your team may be very distracting, so I have learned to stay on task and keep others focused as well.

**How I Would Improve My Performance Given the Chance**

If I could do my internship over again, I would only change my performance by being more vocal. The entire internship process is very difficult, in that it is an

intermediate stage in between college where you are a student and an actual job, where you have real and important responsibilities. As an intern, one is at a stage where they are expected to be very actively interested, which I was, but also do not want to annoy or bother any of my superiors with too many questions. There is definitely a perfect medium in which one can be helpful but not submissive nor overpowering. There were definitely many different types of people at my internship and they achieved differing levels of success based on their personalities. At our office, there was definitely a correlation between likability and receiving better assignments.

One way I would change what I have done in my internship would be to better assess the clothing and shoes I brought to New York with me. Although I was always professionally dressed, there are definitely clothes that I have at home that would have been more appropriate for the work environment. Additionally, the weather was much different from Texas, so cardigans and pants were more often worn in the office than they are here.

**Internship Career Planning**

This internship has definitely helped me to plan my career. First of all, it has really shown me how difficult it is to work a full day for 5 days in a row (even though my internship at Esquire was 3 days a week, I also had an internship at an advertising agency on the other 2 days). This internship has also exposed me to the fact that during at least the first two to three years of my career, I will be at an assistant level, and that I will of

course have many things to do, but will likely still be absorbing many different facets of the industry as I gain further experience within whichever company I work for.

In addition, I spent a lot of time around sales people and was able to witness firsthand how stressful this position can be. I am fairly certain that I do not want to get involved in a position in which my progress is directly related to whether or not other people can perform. I am happy that I learned this through the summer, because I was on the fence about the thought that I might want to get into sales.

Finally, I was also able to see that there is not a lot of room for promotion within the magazine industry. There is a very low turnover rate, and people who work for Hearst greatly enjoy the benefits that such a large company provides. Thus, people are comfortable in their jobs, and few people leave.

**Overall**

Overall, I was very satisfied with the time I spent in New York at Esquire. It was a very informative and molding experience for me as I prepare to enter the work force. I was able to witness and interact in a professional office environment, and had the benefits of being immersed in the every day workings of a very highly successful magazine, from the business side of things. The Hearst Tower also has a subsidized cafeteria, where my friends (some from Esquire and some from other magazines) and I would sometimes eat lunch. We always had a good time remarking that it was so easy to spot who was an intern, like us, or who was a publisher, editor, or director of some magazine. It was very

CONFIDENTIAL

clear, just in the way people carried themselves, and I aspire to have confidence in the
workplace social environment of my first job such that onlookers will be impressed by
my stature and personal presence, and not know if I am the president of the company or
the president of the United States.

Living in a new city was very rigorous, yet entertaining and exciting. I found that
the best part was convenience to all material goods one could ever desire, and the worst
part was the distance from my friends and family back in Texas. Luckily, my sister and
her husband live in the city as well, so I was able to spend more time with them than
normal.

In addition to the internship at Esquire, which was three days a week, I was also
able to secure an internship at an advertising agency for the other two days. This agency
is called The Joey Company. The Joey Company is owned and run by a woman named
Joey, and there are a total of 14 employees. It was very interesting to work at such a small
office, compared to such a large corporation at Esquire. There were definitely benefits
and setbacks in both places, but it gave me more exposure to varying office environments
and gave me a good perspective on the type of workplace I would like to work in next
year.

This summer provided a lot of helpful insight as I go into my senior year and
prepare for full time recruiting. This will be a rigorous process and I will have to make a
lot of decisions, but now I have a lot more experience in making both large and small
decisions.

CONFIDENTIAL

Mary Beth Yale

Summer Internship Journal

Esquire Magazine, Hearst Publishing

Marketing and Advertising Intern

Total Weeks: 8

Total Hours: 176

CONFIDENTIAL

Week 1:

I started on a Friday, due to the fact that there was a marketing conference in Las Vegas. On my first day I learned that the Publisher, Kevin O'Malley, would be moving to the ELLE offices, as he was their new publisher. Additionally, his assistant, who was also the internship coordinator, would be moving with him. This offered some new and different opportunities for me to prove my competence.

Becky, the outgoing internship coordinator, introduced me to her replacement, Robyn Schechter. Robyn taught me and the 3 other interns how to messenger a package within Manhattan via the online delivery system, as well as send packages via UPS.

At the end of the day there was a champagne toast to Kevin O' Malley, the outgoing publisher. He spoke for a while on the benefits of modern technology and of his pride for how far Esquire had come in the past few years. I felt very lucky to be able to hear such a distinguished individual speak to his employees on his last day at the magazine.


Week 2:

Monday I was able to help the outgoing internship coordinator with a few last minute transition situations. I also worked with IT to get my computer fixed, as it was broken, and took pictures for the internship faces page. During this week, we also were able to go to a sales meeting, which was very interesting, and a party for the outgoing publisher. Although he is leaving, it was very lucky to get so much interaction with such an experienced and well-respected leader.

MY00000011

I realized very early that to find tasks and success in this internship, I would have to be a self-starter. Therefore, I did a lot of research on the Esquire website and read a few back issues. Most of the week, I took time to learn the names of the people who work in the office and took note of their job titles. I was also trained on Magazine Radar, a website that tracks all advertisements in all magazines.

Also, we were assigned to different sales and marketing reps to shadow for the summer. My reps are: Scott Lehman, Director of Strategic Partnerships and Events, Andrea Weiner, Northwest Director, and Tim Robbins, Southwest Director. I was able to contact all of them and introduce myself. Scott is in the New York office, but Andrea and Tim are in San Francisco and Los Angeles, respectively.

Week 3:

This week brought a lot more activity. Somebody from Marie Claire magazine (same magazine family as Esquire) contacted me and asked me to be a program ambassador for a contest they are hosting to find their new interns. I spent a day creating events and reaching out to different career counselors and fashion oriented groups at the University of Texas.

We went to another sales meeting, a meeting with the editor in chief, and our official orientation. All were very informative and interesting. We also got a complete breakdown of the Esquire Apartment, a signature space where the magazine leverages different companies to "sponsor" a room, in which the entire room is themed in that company's product. For instance, the gym would be sponsored by Asics, and there will be lots of running shoes and apparel available. There are multiple events that tie everything together and proceeds benefit selected

MY00000012

charities. All of these details were discussed and sales people were encouraged to sell the remaining 2 rooms.

This week seemed to be much more productive than last. At our orientation we were assigned 3 projects: 1 Mega project, which our entire intern class will work together on, to do an in-depth analysis of Esquire's competition, 2. Mock Marketing Proposals Project, in which I will work with my sales reps and come up with a marketing plan to propose to supervisors at the end of the summer, and 3. a social media marketing project, in which I will analyze different vendors' social media statistics and programs.


Week 4:

This week was very busy. We had a sales meeting and David Granger, the Editor, came and gave us a preview of the upcoming issue and other upcoming stories to give the sales people more selling points for upcoming months.

The next day, I was able to speak with Andrea Wiener in detail about her position and ways that I could assist her, even though we were on different coasts. She explained that she was not a salaried employee of Esquire, but works independently, and is only paid if she secures advertisements. This was an interesting perspective on her motivations, as all of her operations and sales trips are self-funded. It was also very interesting to meet somebody over the phone. I realized how easy it was to talk to Andrea, and I also learned that she spends a lot of time on the phone, therefore has had a lot of time to cull her skills, and does not let her distance from New York hinder her operations.

Later in the week, Andrea emailed me with a request to make a flipbook for a sales call she was going on the following week. A flipbook is usually a themed version of the magazine,

CONFIDENTIAL

and includes both editorial pages and advertisements for a certain time period. They serve as a tool for sales people to show that there are lot of relevant articles and competitors featured in the magazine. This specific flipbook was "beer" themed, and dated from January 2010 to August 2011. Compiling all of the articles and advertisements was very time consuming and required a lot of communication with Andrea and Robyn to verify that I was doing everything correctly and up to par.

Week 5:

In my fifth week at Esquire, the theme of the week was an informal employee review. The flipbook spilled into this week, so I was able to complete it and FedEx it overnight to meet Andrea in Denver when she arrived on Tuesday. She was very happy with how it turned out and told me that it was an extremely helpful aid in her sales call.

On the next day, a program was installed on my computer that allowed me to add and remove people from the complementary subscription list, a list that ensures that Esquire's advertisers and important contacts receive each issue monthly, for free. I was the only intern who was entrusted with this confidential program with many major fashion, advertising, and technology contacts and phone numbers. After I was fully trained on this program, I added and removed contacts on an as-needed basis.

Later in the week, I had a progress meeting with Robyn to discuss my mock marketing project. I had chosen Tahiti Tourism as the client, and had begun a rough draft of the proposal. I

MY00000014

presented my work to Robyn, and she made suggestions about what I could improve and expand upon.

Week 6:

In this week of my internship, I was able to find more time to work on my mock marketing project. I met with Andrea over the phone and asked her some questions about how sales calls work, and the timeline of planning an event from beginning to end. This was very helpful and I was able to add more dimensions to the project.

We had our weekly sales meeting, and although many people were on vacation, it was still very interesting and informational to sit in on. We learned more about the progress of the Esquire apartment and that all of the spaces were occupied, which is very good news.

We had our weekly "Lunch and Learn" with two Editors. This was also extremely interesting, because the publishing side is strictly marketing and advertising, so we were able to get some nice perspective on what happened on the other side of the office and more of an idea of how the magazine comes together each month. We also learned how they reached their positions via some interesting career paths.

Week 8:

In the final week of my internship, I was lucky enough to be able to meet our new publisher, Jack Essig. There was a welcome breakfast and it was really interesting to see such a powerful person start their first day of work in a new office. There was also a new Web Marketing Specialist, which is a lot closer to entry level. I really enjoyed watching the office dynamics change around to accommodate these two new employees.

CONFIDENTIAL

Andrea, the sales person I was in most contact with had suggested that we speak more about her career path and how she feels about sales. This turned into a very informal informational interview in which she answered a number of questions about her launch into sales out of college.

On the last day of my internship, I presented my project on Tahiti Tourism to Robyn and the interns. I also made my rounds and said goodbye to people, which was a lot harder to do than I thought it would be. I really enjoyed my time at Esquire and Hearst, and I was sad to see it come to an end.

MY00000016