UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------

Wang v.

Hearst

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/8/13
```

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

12 Civ. 793 (HB)(AJP)

------------------------------------------------------------ X

The above entitled action is referred to Magistrate Judge __Peck__ for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

✓ Specific Non-Dispositive Motion/Dispute:*
motion to reopen FLSA notice and for collective notice.

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

___ Settlement*

___ Inquest After Default/Damages Hearing

Tnys & heny PTSO
in fact ABM

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:_____

_____

All such motions: _____

**Matter is to be resolved in concert with the Pretrial Scheduling Order as modified.**

* Do not check if already referred for general pretrial.

**SO ORDERED.**
DATED:   New York, New York
         4/8/13

_____
United States District Judge

Revised: 01/02/13