*Baer, J.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

XUEDAN WANG and ERIN SPENCER on behalf
of themselves and all others similarly situated,

                                    Plaintiffs,          **ECF**

                        v.                                12-cv-00793 (HB)(AJP)

THE HEARST CORPORATION,                        ~~PROPOSED~~ **D ORDER DENYING**
                                                         **PLAINTIFFS' MOTION FOR**
                                    Defendant.           **PARTIAL SUMMARY**
                                                         **JUDGMENT ON**
                                                         **WILLFULNESS AND**
                                                         **LIQUIDATED DAMAGES**

**Hon. HAROLD BAER, JR., District Judge:**

  Having considered the parties' papers in support of and in opposition to Plaintiffs'

Motion for Partial Summary Judgment with respect to the issues of willfulness and

liquidated damages, and having heard argument on the same, it is hereby

  **ORDERED**, that Plaintiffs' Motion for Partial Summary Judgment on the issues

of willfulness and liquidated damages is **DENIED**.

**SO ORDERED.**

**New York, New York**
**April 23, 2013**
        **HAROLD BAER, JR.**
        **United States District Judge**

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/23/13
```