**HEARST** *corporation*

JUN 25 2013

*Courtenay O'Connor*
*Counsel*

June 24, 2013

*Office of*
*General Counsel*

*Eve Burton*
*Senior Vice President*
*and General Counsel*

*Jonathan R Donnellan*
*Mark C Redman*
*Deputy General Counsel*

*Kristina E Findikyan*
*Christopher A Fraser*
*Larry M Loeb*
*Kenan J Packman*
*Peter P Rahbar*
*Maureen Walsh Sheehan*
*Ravi V Sitwala*
*Jack Spizz*
*Debra S Weaver*
*Senior Counsel*

*Charlotte Burles*
*Heather L Dietrick*
*Carolene S Eaddy*
*Bridgette Fitzpatrick*
*Shari M Goldsmith*
*Carl G Guida*
*Audra B Hart*
*Siu Y Lin*
*Alexander N Macleod*
*Kevin J McCauley*
*Alexandra McGurk*
*Jonathan C Mintzer*
*Aimee Nisbet*
*Courtenay O'Connor*
*Shira R Saiger*
*Eva M Saketkoo*
*Aryn Sobo*
*Jennifer G Tancredi*
*Stephen H Yuhan*
*Counsel*

*Catherine A Bostron*
*Corporate Secretary*

**BY HAND**

The Honorable Harold Baer, Jr.
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06/28/2013

Re: *Wang v. The Hearst Corporation*, 12-cv-00793 (HB)(AJP)

Dear Judge Baer:

This office represents Defendant Hearst Corporation in the above-captioned matter. Please find enclosed a courtesy copy of Hearst's sur-reply to plaintiffs' reply memorandum in support of their motion for certification of question for interlocutory appeal. This sur-reply was filed via ECF today. Courtesy copies of all other papers filed in connection with plaintiffs' motion were delivered by plaintiffs to the Court on June 21, 2013.

[Handwritten annotation: "Too late and sur reply. See the FRCP?"]

SO ORDERED: Harold Baer, Jr., U.S.D.J. Date: 6/28/13

Respectfully Submitted,

Courtenay O'Connor

Enclosure

Cc: Juno Turner, Esq.
(without enclosure)

300 West 57th Street
New York, NY 10019-3792
T 212 649 2030
F 646 280 2030
coconnor@hearst.com