

Advocates for Workplace Fairness

November 16, 2015

**Via CM/ECF**
The Honorable J. Paul Oetken
U.S. District Court for the
Southern District of New York
40 Foley Square
New York, New York 10007

Re:     *Wang, et al. v. Hearst Corp.*, No. 12 Civ. 00793 (JPO) (AJP)

Dear Judge Oetken:

We represent the Plaintiffs in the above-referenced matter.  We write to set forth the
Plaintiffs' position as to the next phase of litigation, as directed by the Court's November 2, 2015
order.  We understand that Defendant will be submitting its position separately.

In *Glatt v. Fox Searchlight Pictures, Inc.*, the Second Circuit announced a new seven-
factor "primary beneficiary" test to be used by courts evaluating Fair Labor Standards Act claims
made by unpaid interns.  791 F.3d 376, 384 (2d Cir. 2015).  In light of the new standard, the
court vacated Judge Baer's denial of summary judgment to the plaintiffs and remanded this case
to the district court.  The Second Circuit noted that, on remand, the district court could permit the
parties to introduce new evidence that was not part of the prior record.  *Wang v. Hearst Corp.*,
No. 13-4480, 2015 WL 4033091, at *2-3 (2d Cir. July 2, 2015).

In light of the *Glatt* decision, lead Plaintiff Xuedan Wang intends to seek certification of
a narrower class of interns who worked in the "fashion closet" (where clothing and accessories
were stored) at Harper's Bazaar ("Bazaar"), where she worked.  The interns coordinated the
pick-up and delivery of clothing and accessories, unpacked and re-packed items, and went on
errands to deliver and pick up items.  The seven remaining opt-in Plaintiffs, who do not fall
within this class, will seek to dismiss their claims without prejudice.

Plaintiffs anticipate taking discovery focused on the new standard announced in *Glatt*.
Given the narrowed class described above, Plaintiffs anticipate that discovery can proceed on an
expedited basis and that it will take no more than six months.  Additional discovery is also
warranted because more than two years have passed since Judge Baer issued his opinion on class

**New York**  3 Park Avenue  29th Floor   New York, NY 10016   Tel (212) 245-1000 Fax (646) 509-2060
**Chicago**  161 N Clark Street  Suite 4700   Chicago, IL 60601   Tel (312) 809-7010 Fax (312) 809-7011
**San Francisco**  One Embarcadero Street  38th Floor   San Francisco, CA 94111   Tel (415) 638-8800 Fax (415) 638-8810

www.outtengolden.com

Hon. J. Paul Oetken
November 16, 2015
Page 2 of 2

certification and summary judgment in May of 2013.  Since that time, Hearst has continued to
employ unpaid interns at Bazaar.

      We are available to discuss the above at the Court's convenience.  We thank the Court for
its attention to this matter.

                            Respectfully submitted,

                            Rachel Bien

cc:      All counsel of record (via CM/ECF)