# Exhibit I

# Caitlin Leszuk

Digital Account Executive at HookLogic, Inc.

cleszuk@gmail.com

---

Experience

### Media Sales Executive at HookLogic, Inc.
August 2012 - Present (6 months)

  Digital Media Sales

### Account /Campaign Manager at Complex Media, Complex Magazine
June 2011 - Present (1 year 8 months)

  • Provided world class and timely service to a portfolio of advertisers and agencies in Fashion and Electronics
  • Leveraged analytics and a broad network of sites to create "must have" buys that drove awareness and promoted value of client products, services and brands
  • Researched consumer insights, vertical trends and product metrics for client meetings, media schedules, and RFP goals
  • Utilized campaign management tools such as DFA, DFP, Atlas, Media Mind, Flash Talk, and Media Visor
  • Developed strategic solutions for clients including Coca Cola, Lacoste, Bonobos, Macy's, Sony, and Samsung
  • Demonstrated product and technical expertise by managing and optimizing highly custom digital and editorial campaigns
  • Led weekly status meetings with account team and built solid agency and direct account relationships, while consistently receiving positive feedback

### Venue / Account Manager at NiteTables.com
January 2011 - December 2011 (1 year)

  • Managed and enhanced relationships with venue managers and owners to sign contracts for representation on the website
  • Researched new venues and contacted them for meetings regarding offers, representation and sponsorships of company events
  • Developed concepts for selling to new venues while building solid relationships with management of venues

### New Business/Project Coordinator at TRCO
January 2011 - April 2011 (4 months)

  • Direct selling of Sale Incentive Promotions to fashion clients such as Mattel, American Eagle, and Barney's New York
  • Responsible for new business sourcing and contacting potential clients to participate in promotional events
  • Organized and contributed to meetings with the Agency Director and brands such as Ann Taylor, Oakley, and Wet Seal
  • Built solid customer and partner relationships while developing strategic and tactical sales promotional programs



DEPOSITION EXHIBIT 1  Leszuk 1  1-4-13 7F  PENGAD 800-631-6989

Page1

### Sales Representative and Office Manager  at  Synergy Showroom
May 2010 - September 2010  (5 months)
- Sold Men's Fashion Lines (BoGosse, Zachary Prell, Z-Brand, Canterbury of New Zealand and Cohesive & Co., and Morphine Generation) at ENK New York, Chicago Collective and ENK Vegas to buyers from various stores across the US
- Managed the financial accounting system and sales data
- Handled reservations, customer service calls, and organized lines and visual displays in the showroom

### Advertising Sales Intern  at  Marie Claire
January 2010 - May 2010  (5 months)
- Assisted the sale of advertisements in Marie Claire Magazine to major retailers and brands
- Created edit credit books and sales presentations for clientele such as Chanel, Gucci, Prada and many other high-end retailers
- Managed sales records for advertising representatives and contributed to weekly sales meetings regarding the marketing and sales of upcoming issues
- Helped organize and manage marketing events, charity events and model castings

### Event Coordinator and Sponsorship Sales Assistant- Part Time  at  Attica
September 2009 - January 2010  (5 months)
- Coordinated venues, entertainment, sponsorship and production for charity and social events such as the Attica 007 Red Carpet Event and the St. Jude's Charity benefit
- Collaborated with photographers, magazines, television stations and websites for coverage of events
- Developed client relationships between sponsors and members and assisted in recruiting new members

### Marketing and Event Coordination Manager - Part Time  at  Extreme Marketing
July 2009 - January 2010  (7 months)
- Developed marketing concepts alongside Frank Supovitz, SVP of Events, for the NFL
- Coordinated the use of social networking websites and organized events to increase the sale of Pro Bowl tickets
- Arranged photo shoots for product placement and created marketing portfolios to present social networking concepts to sports organizations and fashion brands

### Sales and Visual Merchandising Coordinator / Intern  at  Forum Showroom
August 2008 - December 2008  (5 months)
- Sold women's contemporary clothing to buyers at the Forum Showroom and The Coterie Trade Show
- Organized budgets, payments, and shipments to retailers
- Created look books featuring lines for buyers. (Brands: Fluxus, Crash and Burn, Orka Messica and Small-town)

### Marketing / Personal Assistant- Part Time  at  Madame Paulette
October 2007 - March 2008  (6 months)
- Created marketing concepts for "The Madame Paulette Stain-kit" and worked with magazines and websites for implementation.

- Worked with high end clientele to manage service details and help support management in maintaining precious collections such as Princess Diana's and Audrey Hepburn's dress collections, the Sex and the City wardrobes as well as Donald Trump's garment collection and the interior of his private jet
- Assisted the CEO John Mahdessian in organization of home and office, phone calls, scheduling appointments, proofreading letters, and expense reports.

## Skills & Expertise

**Social Media**
**Fashion**
**Social Media Marketing**
**Digital Marketing**
**Digital Strategy**
**Marketing Strategy**
**Advertising**
**DoubleClick**
**Integrated Marketing**
**Public Relations**
**Digital Media**
**Event Planning**

## Education

**LIM College**
Bachelors of Business Administration, Visual Merchandising, 2007 - 2010

# Caitlin Leszuk

Digital Account Executive at HookLogic, Inc.

cleszuk@gmail.com

---



Contact Caitlin on LinkedIn