# Exhibit J

> Amy- Here is my Document regarding my internship with marie claire signed by my Career Development Counselor
> Thank you!
>   Caitlin Leszuk



CONFIDENTIAL

D0001795

01/13/2010  03:53   646-280-1089                                              PAGE  02/08

*[handwritten: NC- Christina Eliot Spring 2010]*

**LM**
LIM COLLEGE

## Spring 2010 Senior Co-op Internship Agreement

LIM College and __Marie Claire__ agree to co-operate
            *Company Name*   __Caitlin Lestrak__
in providing a student internship experience for __Ad Sales__, an undergraduate student enrolled at LIM College and part of the Senior Co-op Program. The student will be supervised by __Christina Eliot__, a designated Internship Site Supervisor at __Marie Claire__ (company name).

The student will perform his/her duties as an intern at __Marie Claire__ (company name) for a minimum of **28 hours of work per week**, at least 7 hours per day Mondays through Thursdays, beginning on **January 11, 2010 and ending May 13, 2010**. Please note that students are not required to report to their internship sites the week of March 29 through April 2, 2010 (spring break) or on April 15, 2010 (Career Day). Students will earn 6 academic credits upon satisfactory completion of the internship.

It is expected that, through exposure and hands-on experience, some of which are described below and in the Guidelines for Companies, which are attached hereto and incorporated herewith, the student will be gradually exposed to professional roles through observation, supervised performance, and where the skills of the student(s) warrant, independent performance of professional duties. The principal objective of the internship is to utilize information learned in the classroom in a professional setting. Specific objectives are to be developed cooperatively for each student by the company/organization.

Academic credit will be granted upon successful completion of the hours specified for internship and submission of all required documents. Site visits by the Faculty Advisor between the employer and Faculty Advisor will occur during the course of the internship.

### The Student Intern's responsibilities include:

- Conducting her/himself in accordance with the standards set forth in the LIM Student Code of Conduct and in accordance with the Company's professional expectations, including but not limited to appropriate dress, promptness, effective relationships with supervisor and peers, efficient and accurate performance of assigned duties, and compliance with other workplace policies;
- Justifying and making up, at the discretion of the Internship Site Supervisor, any absence either due to illness or other unforeseen circumstances;
- Following the syllabus of SENR 401a & SENR 401 – your Senior Semester Handbook

Page 1 of 7

CONFIDENTIAL                                                                   D0001796

- Consulting with the designated Faculty Advisor and/or Career Development Counselor throughout the internship; and
- Representing him/herself and LIM College in a professional and courteous manner.

### The Company's responsibilities include:

- Complying with the Guidelines for Companies attached hereto;
- Exposing the Student Intern to the fullest extent possible and depending on the type of business to:
    - Staff/Departmental meetings;
    - Long term projects;
    - Team project;
    - Opportunities to see and contribute to projects from start to finish;
    - Client/constituent interaction;
    - Company and industry events;
    - Analysis tools and procedures;
    - Marketing, public relations, advertising, and/or trend research;
    - Showroom responsibilities;
    - Information on customer profiles, target market, and vendors; and
    - Interaction with other departments and staff.

### The Internship Site Supervisor's responsibilities include:

- Providing the student(s) with a written description of the duties and responsibilities required by the internship;
- Discussing opportunities for the student(s) to accomplish the learning objectives;
- Orienting the student to the organization's structure, regulations, mission, and expectations for conduct of the student(s) while on-site;
- Consulting periodically with the student(s) during the internship experience to discuss progress, performance of duties, and further expectations; and
- Completing the evaluation materials supplied by the College.
- Contact the Center for Career Development should any issues or concerns arise throughout the duration of the internship.

CONFIDENTIAL

D0001754

**Student Information and Certification (to be completed by student)**

Name: Caitlin Leszuk

Address during internship (include city and state): 200 E 33rd St Apt 9E

Phone Number(s) where you can be reached most easily: 860 977 1799

Alternate (non-LIM) E-mail address: cleszuk@gmail

Major: Visual Merandising

Anticipated Graduation Date: May 2010

Emergency Contact Information: Jim / father    860 712 7926
                                Name / Relationship    Phone Number

**Internship Organization Details (to be completed by student or supervisor)**

Name of Company/Organization: Marie Claire

Company/Organization Address (include City & State): 300 W 57th St New York, NY 10021

Company/Organization Web Address: www.marieclaire.com

Brief Company/Organization Description: Fashion, beauty, health, Womens Issues magazine

**Internship Site Supervisor Information (to be completed by student or supervisor)**

Name: Christina Elliot

Page 3 of 7

Title: Assistant to Associate Publisher & Ad Director
Phone Number: 212-841-8487
Email: celliot@hearst.com
Fax Number: 646-280-1487

Brief Description of Internship Responsibilities and Duties:
- learning Advertisment Sales, helping to organize and retreave items, imputing edit Credits, mailing files

## Guidelines for Companies
## Participating in the LIM Senior Co-op Semester – Spring 2010

**Senior Co-op Course Description:**
The Co-op component of the senior year is designed to expose students to a significant and broadening full semester work experience in the fashion industry, usually in an area relevant to the student's career goal and experience.

**Time Involvement:**
The Senior Co-op Semester involves Monday through Thursday, full time employment (28 hours a week) between January 11th and May 13th. **Students must be on campus for classes every Friday.** Additionally, they are required to attend a Senior event on **Thursday, April 15th and will not be present at their work sites that day.**

**Goals of the Co-op Semester:**

- To provide students with practical "on the job" experience

- To give students the opportunity to put their theoretical course of study to applied use

- To allow students to gain learning and supportive mentoring from employers in the industry

- To give students an opportunity to evaluate, appraise and relate actual job experience to course work learned in the classroom

- When possible, to place students in a Co-op position that may result in paid, full-time employment

**Company's Responsibilities:**

Page 4 of 7

CONFIDENTIAL                                                                 D0001751

**All students should have an on-boarding process.** The company should give students an overview of their mission, their methods and philosophy, and their position in the industry. Departmental policies and procedures should be fully explained. The company should familiarize students with the different areas within the organization and their functions. This includes introducing students to managers, supervisors, and employees from the different areas of the organization and explaining their responsibilities and tasks.

**It is the responsibility of the supervisor and host company to create a learning environment. The students should, to the fullest extent possible and depending on the type of business, be exposed to:**

- Staff/Departmental meetings

- Long term projects

- Team project environment where applicable

- Opportunity to see and contribute to projects from start to finish

- Client/constituent interaction

- Company and industry events

- Analysis tools and procedures

- Marketing, public relations, advertising, and/or trend research

- Showroom responsibilities

- Information on customer profiles, target market, and vendors

- Interaction with other departments and staff

**Job Guidelines:**
**Prior** to the student beginning the internship, the supervisor or internship coordinator should:

- Provide an overview of the company – its mission and objectives.

- Provide an overview of the department in which the student will be working.

- Define specific tasks and responsibilities that the student will be performing.

- Introduce the student to the office personnel.

- Familiarize the student to required office procedures and the physical layout of the offices.

Page 5 of 7

CONFIDENTIAL

D0001752

During the Internship semester, the supervisor should:

- Be explicit in explaining the student's job responsibilities.

- Be specific in identifying priorities and performance standards.

- Guide the student in formulating learning objectives that meet the goals of the Senior Co-op Internship program.

- Have weekly touch-base meetings with their intern to give periodic feedback to the student on job performance, progress and problems.

- Communicate with the Office of Career Services should any issues with the student intern arise.

- Provide a "meaningful work experience" by letting the student see or hear how specific jobs relate to the organization's objectives.

- Allow the student to make some decisions and to operate independently in some area of regularly assigned work within defined parameters.

- Give students an opportunity to do independent research on a company problem or concern and develop recommendations to be considered by the company.

- Schedule the students Monday through Thursday. **Students must be on campus for classes every Friday.**

**Job Tasks, Responsibilities & the Journal:**

The supervisor will work with the student and assign tasks to be performed. These tasks should be measurable and relevant to the student's educational experiences in their program of study. Students are required to write a **Journal** that is based on three different specific learning objectives they hope to focus on at their jobs. These objectives should be meaningful, relevant to the student's educational experiences in their program of study, and reflective of the functions of the company and industry. These learning objectives should be ongoing through the entire internship period.

It is difficult for students to fulfill their leaning objectives unless they have the input and cooperation of their supervisor; therefore, your participation is needed and greatly appreciated during this process. Students are required to obtain the signature of their Supervisor and Academic Co-op Advisor on their Learning objectives in order to be approved.

If possible, one of the learning objectives must allow for quantitative analysis of a budgeting or monetary issue. (E.g. budgeting for a fashion show, photo shoot, holiday payroll, advertising program, competitive analysis, etc.) Students do not have to ask personal financial questions. They can use percentages, ratios and relationships and apply them as representations of

Page 6 of 7

CONFIDENTIAL

D0001753

budgetary numbers. The remaining two learning objectives should be related to the specific job tasks of the student, while on the job.
A learning objective has 3 parts:

1. **Performance:** What will the student be learning?

2. **Conditions:** What will the student be doing that affords him/her the opportunity to learn this?

3. **Criteria:** How will you determine if the student has learned it?

**Evaluations:**
During the semester, we request that you permit a representative of LIM to make an on-site visit at a mutually convenient time to meet with the supervisor and evaluate the student's job performance.
At the end of the work period, the supervisor will be e-mailed an evaluation form for the student's evaluation. It must be returned to the Office of Career Services. The employer's evaluation will form the basis of the work performance grade. *The student will be shown a copy of the performance evaluation form after the internship concludes as part of their learning experience and professional development.*

**Conflicts and Resolutions:**
The supervisor's main contact at LIM College is Senior Career Services Counselor, Todd Lotcpeich. Any questions, concerns, or problems with the student's work performance will be addressed promptly once the college is notified of any issues. If issues occur regarding the Journal's learning objectives or student's attitude or behavior, Mr. Lotcpeich may include the Director of Career Services and the Director of the Senior Semester, who oversees the Senior Semester, into the resolution.

The student is aware that should he or she quit or be fired for any reason, the student automatically receives an F for the Co-op semester experience.

**THE PARTIES SIGNING BELOW AGREE TO FULFILL THEIR RESPONSIBILITIES SET FORTH ABVOE AND IN THE GUIDELINES FOR COMPANIES ATTACHED HEREWITH.**

Internship Site Supervisor Signature _____

Date _1/13-10_

Student Signature _____

Date _1/13/10_

Career Development Counselor Signature _____

Date _____

Page 7 of 7

CONFIDENTIAL

D0001756